

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Bryan Carr Olert**
Assistant Corporation Counsel
Phone: (212) 356-2203
E-mail: bolert@law.nyc.gov
*E-mail Not For Service*

September 22, 2023

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

        Re:  *Michael Rizzo v. New York City Department of Sanitation et al*
              No. 23-CV-7190 (JMF) (VF)
              Our No. 2023-079020

Dear Judge Furman:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write to respectfully request a two-month extension of time to respond to the Complaint in this action from September 27, 2023 to November 28, 2023. Defendants also respectfully request that the Court adjourn the initial conference scheduled for November 16, 2023, until a date after November 28, 2023. This is Defendants' first request for such an extension.

        Plaintiff, a former employee of the New York City Department of Sanitation, brings this action alleging that Defendants' denial of Plaintiff's religious accommodation request for an exemption from Defendants' employee COVID-19 vaccine mandate and the subsequent termination of Plaintiff's employment violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*; the New York City Human Rights Law, N.Y. Admin. Code §§ 8-107 *et seq.*; the New York State Human Rights Law, N.Y. Exec. L. §§ 296 *et seq.*; and the First Amendment of the United States Constitution.

        Defendants respectfully request this extension of time because the undersigned was only recently assigned to this case, on September 19, 2023, and requires additional time to respond given preexisting case obligations. Defendants also make this request so that they may can gather

documents and speak to witnesses in order to prepare an appropriate response. Plaintiff consents to these requests.

        Thank you for your consideration of this request.

                              Respectfully Submitted,

                              /s/

                              Bryan Carr Olert
                              Assistant Corporation Counsel

cc:      Christina Martinez
           Attorney for Plaintiff
           245 Bricktown Way, Suite J
           Staten Island, NY 10309
           (347) 215-4543
           christinamartinezesq@gmail.com

           James Mermigis
           Attorney for Plaintiff
           The Mermigis Law Group, P.C.
           85 Cold Spring Road, Suite 200
           Syosset, NY 11791
           (516) 353-0075
           james@mermigislaw.com