UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x


MICHAEL RIZZO,                                              **NOTICE OF**
                                                           **DEFENDANTS'**
                                    Plaintiff,             **MOTION TO DISMISS**
                                                           **THE COMPLAINT**

            -against-
                                                           23-CV-7190 (JMF)

NEW YORK CITY DEPARTMENT OF
SANITATION and CITY OF NEW YORK.


                                    Defendants.

-------------------------------------------------------------------------- X

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Defendants NEW YORK CITY DEPARTMENT OF SANITATION and CITY OF

NEW YORK's Motion to Dismiss the Complaint, dated December 1, 2023, and upon all the

papers and proceedings previously had herein, the undersigned will move this Court, before the

Hon. Jesse M. Furman, United States District Court Judge, at the United States Courthouse for

the Southern District of New York, located at 40 Centre Street. Courtroom 1105, New York, NY,

10007, on a date and time to be determined by the Court, for an order, pursuant to Rule 12 (b)(6)

of the Federal Rules of Civil Procedure, dismissing the Complaint on the grounds that, as a

matter of law, it fails to adequately state a claim upon which relief can be granted, and for further

relief as the Court may deem just and proper.


Dated:        New York, New York
              December 1, 2023


                                              **HON. SYLVIA O. HINDS-RADIX**
                                              Corporation Counsel of the

City of New York
Attorney for Defendants
100 Church Street, Room 2-141
New York, New York 10007
(212) 356-2441


By:                ___/s/ Rodalton J. Poole_____
                          Rodalton J. Poole
                          Assistant Corporation Counsel