UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

MICHAEL RIZZO,

                          Plaintiff,                      :                      23-CV-7190 (JMF)

                   -v-                                :                      ORDER

NEW YORK CITY DEPARTMENT OF
SANITATION et al.,

                         Defendants.                :

------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On December 1, 2023, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **December 22, 2023**.  Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **December 22, 2023**.  In light of the holidays, Defendants' reply, if any, shall be filed by **January 5, 2024.**

Finally, the initial pretrial conference previously scheduled for December 14, 2023, is ADJOURNED *sine die*.

        SO ORDERED.

Dated: December 4, 2023
       New York, New York                              JESSE M. FURMAN
                                         United States District Judge