Reasonable Accommodation Requests (Religion)
2016-2022

| Agency Code | Agency | 2016 Total Requests | 2016 Requests Granted | 2016 Requests Denied | 2017 Total Requests | 2017 Requests Granted | 2017 Requests Denied | 2018 Total Requests | 2018 Requests Granted | 2018 Requests Denied | 2019 Total Requests | 2019 Requests Granted | 2019 Requests Denied | 2020 Total Requests | 2020 Requests Granted | 2020 Requests Denied | 2021 Total Requests | 2021 Requests Granted | 2021 Requests Denied | 2022 Total Requests | 2022 Requests Granted | 2022 Requests Denied |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | OFFICE OF THE MAYOR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| 004 | CAMPAIGN FINANCE BOARD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 2 | 2 | 0 |
| 008 | OFFICE OF THE ACTUARY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 009 | NYC EMPLOYEES' RETIREMENT SYSTEM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 33 | 32 | 0 | 4 | 3 | 0 |
| 012 | BOROUGH PRESIDENT-BROOKLYN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| 014 | BOROUGH PRESIDENT-RICHMOND | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 015 | OFFICE OF THE COMPTROLLER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 019 | OFFICE OF MANAGEMENT AND BUDGET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 1 | 7 | 6 | 0 |
| 025 | LAW DEPARTMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 51 | 17 | 28 | 12 | 10 | 0 |
| 030 | DEPARTMENT OF CITY PLANNING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 6 | 3 | 1 | 7 | 5 | 1 |
| 032 | DEPARTMENT OF INVESTIGATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 14 | 1 | 11 | 2 | 2 | 0 |
| 041 | TEACHERS' RETIREMENT SYSTEM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 9 | 1 | 0 | 0 | 0 |
| 054 | CIVILIAN COMPLAINT REVIEW BOARD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| 056 | POLICE DEPARTMENT | 137 | 126 | 2 | 407 | 365 | 12 | 490 | 458 | 5 | 3078 | 2288 | 4 | 3095 | 521 | 0 | 639 | 410 | 98 | 662 | 538 | 30 |
| 057 | FIRE DEPARTMENT | 25 | 16 | 0 | 29 | 18 | 0 | 41 | 25 | 3 | 39 | 34 | 1 | 12 | 8 | 0 | 1682 | 43 | 977 | 47 | 24 | 15 |
| 063 | DEPARTMENT OF VETERANS' SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 067 | ADMINISTRATION FOR CHILDREN'S SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 271 | 112 | 131 | 46 | 25 | 2 |
| 069 | HRA/DEPARTMENT OF SOCIAL SERVICES | 14 | 10 | 0 | 38 | 15 | 0 | 40 | 19 | 7 | 28 | 18 | 1 | 3 | 1 | 0 | 512 | 274 | 149 | 61 | 12 | 23 |
| 071 | DEPARTMENT OF HOMELESS SERVICES | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 53 | 25 | 24 | 10 | 3 | 1 |
| 072 | DEPARTMENT OF CORRECTION | 61 | 39 | 14 | 209 | 178 | 12 | 187 | 140 | 6 | 135 | 108 | 12 | 85 | 58 | 12 | 87 | 63 | 16 | 11 | 8 | 2 |
| 073 | BOARD OF CORRECTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 082 | MAYOR'S OFFICE OF CONTRACT SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 2 | 1 | 1 | 0 |
| 103 | CITY CLERK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 125 | DEPARTMENT FOR THE AGING | 1 | 1 | 0 | 3 | 3 | 0 | 3 | 3 | 0 | 8 | 7 | 0 | 2 | 2 | 0 | 19 | 15 | 4 | 22 | 22 | 0 |
| 127 | FINANCIAL INFORMATION SERVICES AGENCY | 1 | 1 | 0 | 6 | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 3 | 6 | 1 | 1 | 0 |
| 131 | OFFICE OF PAYROLL ADMINISTRATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 1 | 1 | 0 |
| 156 | TAXI AND LIMOUSINE COMMISSION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 214 | OFFICE OF LABOR RELATIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 226 | COMMISSION ON HUMAN RIGHTS | 2 | 2 | 0 | 3 | 3 | 0 | 4 | 4 | 0 | 6 | 6 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 3 | 3 | 0 |
| 256 | NYC POLICE PENSION FUND | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 261 | DEPARTMENT OF YOUTH AND COMMUNITY DEVELOPMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 2 | 2 | 0 |
| 781 | DEPARTMENT OF PROBATION | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 2 | 1 | 38 | 5 | 33 | 8 | 2 | 6 |
| 806 | HOUSING PRESERVATION & DEVELOPMENT | 0 | 0 | 0 | 3 | 2 | 0 | 4 | 3 | 1 | 8 | 7 | 0 | 3 | 3 | 0 | 59 | 45 | 4 | 17 | 12 | 0 |
| 810 | DEPARTMENT OF BUILDINGS | 0 | 0 | 0 | 13 | 11 | 0 | 30 | 27 | 0 | 34 | 34 | 0 | 14 | 13 | 0 | 58 | 7 | 51 | 41 | 23 | 10 |
| 816 | DEPARTMENT OF HEALTH AND MENTAL HYGIENE | 0 | 0 | 0 | 33 | 27 | 1 | 40 | 39 | 0 | 40 | 38 | 0 | 3 | 3 | 0 | 192 | 86 | 86 | 65 | 52 | 0 |
| 820 | OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS (OATH) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 4 | 1 | 0 | 0 | 0 |
| 826 | DEPARTMENT OF ENVIRONMENTAL PROTECTION | 3 | 3 | 0 | 20 | 19 | 0 | 14 | 13 | 0 | 13 | 13 | 0 | 4 | 4 | 0 | 9 | 9 | 0 | 29 | 23 | 0 |
| 827 | DEPARTMENT OF SANITATION | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1169 | 306 | 858 | 5 | 2 | 3 |
| 831 | BUSINESS INTEGRITY COMMISSION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 836 | DEPARTMENT OF FINANCE | 8 | 8 | 0 | 45 | 45 | 0 | 94 | 94 | 0 | 130 | 129 | 0 | 30 | 29 | 0 | 50 | 37 | 13 | 13 | 8 | 4 |
| 841 | DEPARTMENT OF TRANSPORTATION | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 7 | 3 | 0 | 1 | 0 | 0 | 288 | 125 | 145 | 55 | 48 | 5 |
| 846 | DEPARTMENT OF PARKS & RECREATION | 2 | 2 | 0 | 2 | 1 | 0 | 6 | 5 | 0 | 9 | 8 | 0 | 3 | 3 | 0 | 196 | 63 | 110 | 48 | 21 | 24 |
| 850 | DEPARTMENT OF DESIGN AND CONSTRUCTION | 0 | 0 | 0 | 39 | 39 | 0 | 23 | 23 | 0 | 49 | 49 | 0 | 35 | 35 | 0 | 37 | 37 | 0 | 50 | 50 | 0 |
| 858 | OFFICE OF TECHNOLOGY & INNOVATION | 0 | 0 | 0 | 5 | 5 | 0 | 8 | 6 | 0 | 6 | 5 | 0 | 3 | 3 | 0 | 34 | 2 | 30 | 16 | 13 | 3 |
| 860 | DEPT. OF RECORDS AND INFORMATION SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| 866 | DEPARTMENT OF CONSUMER & WORKER PROTECTION | 0 | 0 | 0 | 5 | 3 | 1 | 1 | 1 | 0 | 3 | 3 | 0 | 2 | 2 | 0 | 8 | 3 | 4 | 8 | 4 | 2 |
| 868 | DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES | 1 | 0 | 0 | 9 | 9 | 0 | 4 | 4 | 0 | 10 | 10 | 0 | 0 | 0 | 0 | 62 | 9 | 48 | 18 | 16 | 2 |
| 901 | DISTRICT ATTORNEY-NEW YORK COUNTY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 21 | 18 | 0 | 9 | 6 | 1 |
| 902 | DISTRICT ATTORNEY-BRONX COUNTY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 |
| 903 | DISTRICT ATTORNEY-KINGS COUNTY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 1 | 9 | 2 | 0 | 1 |
| 904 | DISTRICT ATTORNEY-QUEENS COUNTY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 24 | 1 | 1 | 1 | 0 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
MICHAEL RIZZO,  :  **Docket No. 23-cv-07190-JMF**

         Plaintiff,  :

    -against-  :  **AFFIRMATION OF**

NEW YORK CITY DEPARTMENT OF  :  **JIMMY WAGNER, ESQ.**
SANITATION and CITY OF NEW YORK,

         Defendants.  :
---------------------------------------X

    JIMMY WAGNER, ESQ., an attorney duly admitted to practice before the Court of the State of New York, hereby affirms the following to be true, under penalty of perjury:

1. On October 14, 2023, I submitted a FOIL request with the New York City Department of Citywide Administrative Services ("DCAS") requesting "across the city broken down by agency, how many Reasonable Religious Accommodation requests were made by employees to their City Employer for the years 2016-2022 with a tally if the accommodation was granted or denied."

2. On November 22, 2023, I received a response from Alan Deutsch, Senior Counsel/Records Access Officer of DCAS, which provided "a report showing the number of religion-based reasonable accommodation requests made by City employees for the calendar years 2016 through 2022."

3. That report, a true and accurate copy of which is attached hereto, indicated that in 2021, 1,169 New York City Department of Sanitation employees requested religious accommodations. 306 were approved and 858 were denied.

Dated: Brooklyn, New York
      December 21, 2023

Respectfully submitted,

Jimmy Wagner
Attorney-at-Law
2055 Flatbush Ave
Brooklyn, NY 11234
Office: 929-477-8889

2



# Fwd: FOIL Request - Reasonable Religious Accommodation Requests

1 message

---

**Jimmy Wagner** <jimmy013@gmail.com>  Thu, Dec 21, 2023 at 11:09 AM
To: Christina Martinez <christinamartinezesq@gmail.com>

Here you go.

Jimmy Wagner
Attorney-at-Law
2055 Flatbush Ave
Brooklyn, NY 11234
Office: 929-477-8889
Cell: 718-288-2048
https://www.jwagnerlegal.com


---------- Forwarded message ---------
From: **Alan Deutsch (DCAS)** <adeutsch@dcas.nyc.gov>
Date: Wed, Nov 22, 2023 at 10:55 AM
Subject: RE: FOIL Request - Reasonable Religious Accommodation Requests
To: Jimmy Wagner <jimmy013@gmail.com>


Mr. Wagner,


I'm writing in response to your Freedom of Information Request, copied below, for a report showing the number of religion-based reasonable accommodation requests made by City employees for the calendar years 2016 through 2022.


Enclosed is a report containing the requested information, as reported to DCAS.  Please note that, following each column showing the number of requests made in a given year, the following two columns show the disposition (granted/denied) of the requests made in the subject year.


   Sincerely,


      Alan Deutsch



**Alan Deutsch**

**Senior Counsel/Records Access Officer**

**NYC Department of Citywide Administrative Services (DCAS)**

**P: 212-386-6226 | adeutsch@dcas.nyc.gov**


**From:** Jimmy Wagner <jimmy013@gmail.com>
**Sent:** Saturday, October 14, 2023 10:54 AM
**To:** foilrequest (DCAS) <foilrequest@dcas.nyc.gov>
**Subject:**  Reasonable Religious Accommodation Requests - FOIL REQUEST


Dear Sir or Madam:


I am requesting across the city broken down by agency, how many Reasonable Religious Accommodation requests were made by employees to their City Employer for the years 2016-2022 with a tally if the accommodation was granted or denied.



Thank you.



Jimmy Wagner

Attorney-at-Law

2055 Flatbush Ave

Brooklyn, NY 11234

Office: 929-477-8889

Cell: 718-288-2048

https://www.jwagnerlegal.com

---

Sent from the Department of Citywide Administrative Services. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.

---

📊 **Reasonable Accommodations Requests (Religion) 1-1-16 to 12-31-22.xlsx**
15K