UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL RIZZO,

                              Plaintiff,                    23-CV-7190 (JMF) (VF)

        -against-                         **ORDER SCHEDULING SETTLEMENT CONFERENCE**

NEW YORK CITY DEPT. OF SANITATION et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, November 13, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **November 6, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
              August 21, 2024

                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge