

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**RODALTON J. POOLE**
*Assistant Corporation Counsel*
Phone: (212) 356-2441
Email: ropoole@law.nyc.gov

January 28, 2025

**BY ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Rizzo v. New York City Department of Sanitation et al.*, 23-CV-7190 (JAV) (VF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and New York City Department of Sanitation ("Defendants") in the above-referenced matter. I write pursuant to the Court's Individual Practice Rules regarding requests for extensions.

      On December 3, 2023, the Court granted the parties an extension of time to complete discovery, from December 2, 2024, to January 29, 2025, and rescheduled the pretrial conference from December 12, 2024, to February 10, 2025. However, the parties have not been able to finalize discovery. The parties have been unable to meet and confer regarding ESI, and Defendants have not yet taken the deposition of Plaintiff. In addition, Defendant is still finalizing its response to Plaintiff's Interrogatories. These delays have been caused largely by the undersigned's current caseload. The undersigned apologizes to the Court for this inconvenience, and ensures the Court that, should an extension of time be granted, Defendants will meet all future deadlines. Defendants further apologizes for the untimeliness of this letter in light of Your Honor's Individual Practice Rules of. The parties also are working diligently to resolve this matter.

      Defendants respectfully request a 45-day adjournment, from January 29, 2025, to March 14, 2025, to complete all fact discovery and ask that the pre-trial conference be adjourned from February 10, 2025, to March 31, 2025. March 14th is currently the parties' deadline for expert discovery (*See* ECF No. 41). However, we respectfully request that the Court make this the deadline for fact discovery and extend the expert deadline to April 15, 2025. This is Defendant's

second request for an adjournment of the settlement conference, the first having been granted on December 3, 2024, as noted above. Plaintiff's counsel consents to an adjournment of 30 days.

Defendants thank the Court for its continued attention and consideration to this matter.

Respectfully submitted,

/s/ *Rodalton J. Poole*

Rodalton J. Poole
Assistant Corporation Counsel

cc: **VIA EMAIL AND ECF**
Christian Martinez
*Attorney for Plaintiff*
245 Bricktown Way, Ste. J
Staten Island, NY 10309
Christinamartinezesq@gmail.com