UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

| | |
|---|---|
| MICHAEL RIZZO, | **NOTICE OF PLAINTIFF'S MOTION TO REOPEN DISCOVERY** |
| Plaintiff, | |
| -against- | 23-CV-7190-JAV |
| NEW YORK CITY DEPARTMENT OF SANITATION and CITY OF NEW YORK. | |
| Defendants. | |

------------------------------------------------------- X

**NOTICE OF PLAINTIFF'S MOTION TO REOPEN DISCOVERY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of PLAINTIFF MICHAEL RIZZO's Motion to Reopen Discovery, dated February 5, 2025, and upon all the papers and proceedings previously had herein, the undersigned will move this Court, before the Hon. Jeannette Vargas, United States District Court Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 703, New York, NY, 10007, on a date and time to be determined by the Court, for an order reopening fact discovery for a limited period to allow the Defendant's production of outstanding Electronically Stored Information (ESI) and responses to interrogatories, and the scheduling of key depositions, and for such further relief as the Court deems just and proper, and for further relief as the Court may deem just and proper.

Dated:   Staten Island, NY

   February 5, 2025

_____
Christina Martinez, Esq.
*Attorney for Plaintiff*
245 Bricktown Way, Suite J
Staten Island NY 10309
T: (347) 215-4543