UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                                    :

MICHAEL RIZZO,                                              :

                            Plaintiff,              :                23-CV-07190 (JAV)

                -v-                                  :                <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF SANITATION :
AND CITY OF NEW YORK,

                          Defendants.          :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On February 13, 2025, the parties appeared for a conference on Plaintiff's Motion to Reopen Discovery (ECF No. 45).  For the reasons stated on the record, Plaintiff's Motion to Reopen Discovery is GRANTED.  It is HEREBY ORDERED that all fact discovery shall be completed no later than **April 14, 2025**.  This shall give the remaining Defendant the opportunity to complete the production of all outstanding Electronically Stored Information (ESI) and provide responses to interrogatories.  Additionally, all parties shall schedule and conduct all depositions by the fact discovery deadline.  It is FURTHER ORDERED that all expert discovery shall be completed no later than **May 13, 2025**.  The parties are on notice that no further extensions will be granted absent extraordinary circumstances.  A separate Revised Civil Case Management Plan and Scheduling Order will be entered today, establishing the schedule for the case moving forward.  The Clerk of Court is respectfully directed to terminate ECF No. 45.

      SO ORDERED.

Dated: February 20, 2025                                              _____
      New York, New York                                         JEANNETTE A. VARGAS
                                                                  United States District Judge