

**Martinez & Loiacono PLLC**

Christina M. Martinez, Esq.
Partner
245 Bricktown Way, Suite J
Staten Island, New York 10309
T: (347) 215-4543
F: (718) 556-2007
ChristinaMartinezEsq@gmail.com
*Admitted in:*
*New York & New Jersey*

April 10, 2025

*Via ECF*
The Honorable Jeannette A. Vargas
United States District Judge

      **RE:** Michael Rizzo v. The City of New York
            1:23-cv-07190-JAV
            Request to Strike ECF No. 55

Dear Judge Vargas:

I respectfully write to request that ECF No. 55 be stricken from the docket. Last night, while working late, I inadvertently filed an amended complaint in this matter that was intended for a different case. I did not intend to file anything in this case at this time.

I contacted the ECF Help Desk, and confirmed the filing was erroneous. They placed a note on the docket entry to that effect and instructed me to submit a request to Your Honor for it to be formally stricken.

Accordingly, I respectfully request that the Court strike ECF No. 55 from the docket.

I apologize for the confusion and thank you for your consideration.

                                                      Respectfully submitted,

                                                      Christina Martinez, Esq.