

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RODALTON J. POOLE**
Labor and Employment Law Division
(212) 356-2441
Email: ropoole@law.nyc.gov

April 14, 2025

**By ECF**
Judge Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re: *Michael Rizzo v. City of New York*, 23-CV-07190 (JAV)

Dear Judge Vargas:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants New York City Department of Sanitation ("DSNY") and the City of New York (together, "Defendants") in the above-referenced action.

I write to respectfully request a 14-day extension of time, from April 14, 2025, to April 28, 2025, for Defendants to comply with one item of the Court's discovery Order dated April 10, 2025, at ECF Dkt. No. 56 (hereinafter, the "Discovery Order"). In light of Your Honor's Individual Rules and Practices in Civil Cases, Defendants apologize to the Court for not having made the request 48 hours prior to today's deadline. Defendants have been diligently working during the last two business days after the Discovery Order was issued to produce all the discovery ordered by the Court. Indeed, by the end of the day today, Defendants will have produced two of the three discovery items directed by the Court, and the instant request seeks an extension of time solely for the last remaining item of the Discovery Order. While Plaintiff's counsel has not yet consented to a 14-day extension, she has indicated that she is willing to waive her request for the work location/garage of all employees who were granted or denied religious accommodations so long as Defendants provide a spreadsheet listing the number of employees who were granted or denied such accommodations. Defendants have agreed to do so, and will be providing such a spreadsheet today. This is Defendants' first request for an extension of time to comply with the Court's April 10, 2025 Discovery Order.

The relevant portions of the April 10, 2025 Discovery Order directed Defendants by today to provide the following three items:

1. The civil service title, rank, command, facility, garage, and/or unit of those DSNY employees who were granted accommodations;

2. The number of unvaccinated DSNY employees who remained on duty and tested while their accommodation requests were pending; and

3. The overtime hours worked by the most senior sanitation worker in Plaintiff's former garage from February 2022 through the present.

By the end of the day today, Defendants will have produced the discovery directed by the Court as to items #1 and #2 of the Discovery Order. Specifically, Defendants will produce several spreadsheets, which will include the civil service titles of those DSNY employees who were granted accommodations and a list of the unvaccinated DSNY employees who continued working while their accommodation requests were pending.

The reason for the requested extension is that Defendants need additional time to determine both the identity of and the overtime hours worked by the most senior Sanitation Worker in Plaintiff's former garage from February 2022 through the present as directed in item #3 of the Discovery Order. On the date of this letter, Plaintiff's counsel provided the name of an employee purported by Plaintiff to be the senior most Sanitation Worker at Plaintiff's former work location. DSNY, however, requires additional time to confirm this information and to tabulate this employee's overtime for the designated period. Further, because of this week's holidays, multiple DSNY Legal and Human Resources personnel are out of office and unable to obtain and provide the information regarding comparator overtime. Fourteen additional days will, therefore, allow DSNY to confirm the information related to the senior Sanitation Worker and provide it to Plaintiff.

Accordingly, Defendants respectfully request that the Court grant an extension of time, until April 28, 2025, for Defendants to provide the overtime hours worked by the most senior Sanitation Worker in Plaintiff's former garage, pursuant to the Court's April 10, 2025 Discovery Order.

I thank the Court for its consideration of this request.

Respectfully Submitted,

By:    /s/ *Rodalton J. Poole*
       Rodalton J. Poole
       Senior Counsel

cc:   **VIE ECF**
     Christina Martinez, Esq.
     245 Bricktown Way
     Suite J
     Staten Island, NY 10309
     Christinamartinez@gmail.com