UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- x

MICHAEL RIZZO,

                   Plaintiffs,

    -against-

CITY OF NEW YORK.

                 Defendants.

--------------------------------------------------- x

**DEFENDANTS' SUPPLEMENTAL DISCLOSURE PROVIDED TO ACCOMPANY DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

23-cv-7190

Defendant City of New York, by its attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, pursuant to FED. R. CIV. P. 26(a)(1)(A), hereby submit their **SUPPLEMENTAL DISCLOSURES PROVIDED TO ACCOMPANY DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** as follows:

A. City Panel and Appeal Documents – Bates Stamped ("BS") DEF 000286-291;
B. COVID 19 Vaccine Requirements – BS DEF 000292-295;
C. NYC Department of Sanitation Position Statement – BS DEF 000296-303;
D. City EEO Policy 2024 – BS DEF 000304-359;
E. City EEO Handbook – BS DEF 000360-374;
F. Plaintiff's Personnel Documents – BS DEF 000375-504;
G. NYC Office of Labor Relations Documents – BS DEF 000505-566;
H. DOHMH Reasonable Accommodation Guide – BS DEF 000567-569;
I. DCAS Reasonable Accommodation Procedural Guide – BS DEF 000570-611;
J. 2021 City EEO Policy – BS DEF 000612-666; and
K. Plaintiff's Termination Papers – BS DEF 000667-671.

Dated:      New York, New York
             Jan. 28, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007


By:    /s/___*Rodalton J. Poole*____
         Rodalton J. Poole
         Senior Counsel

To: VIA EMAIL
Christina Martinez
Attorney for the plaintiff
245 Bricktown Way, Suite J
State Island, NY 10309
ChristinaMartinezEsq2gmail.com



Attachments: as stated

Case 1:23-cv-07190-JAV    Document 62-1    Filed 04/16/25    Page 3 of 3