*Michael Rizzo v. City of New York*, 23-CV-07190-JAV
U.S. District Court Southern District of New York

### Defendant's Privilege Log – 4/16/2025

| No. | Bates Range | Doc. Type/Title/Subject | Date(s) | Author | Original Recipient(s)/Attendees | Others in Email Chain | Privilege |
|---|---|---|---|---|---|---|---|
| 1 | DEF742-744 | Excel Spreadsheet: "Christopher Morella's Vaccine Exemption Reviewer Spreadsheet." | 11/10/2021-11/18/2021 | Christopher Morella, Esq., Associate Counsel, NYC Department of Sanitation | David Ryan, Esq., Director the Office of Equity, Diversity & Inclusion, NYC Department of Sanitation | NA | Redactions of Non-Party DSNY Employees Information based on Relevancy and Preliminary Determinations and based on Relevancy and Deliberative Process Privilege |
| 2 | DEF-745-747 | Email: "Religious Reasonable Accommodation Review Protocol" | 10/29/2021 | Samuel Philipsek, Esq. Agency Attorney, NYC Department of Sanitation | Holly Biller, Esq. Madelynn Liguori, Esq. Dan Hagevik, Esq. Andrew Ciccone, Esq. Lisa M. Brandquist, Esq. | Robert Orlin, Esq. Ryan David, Esq. Julie Cascino, Esq. | Attorney Client Communication and Work Product Privileges |

| No. | Bates Range | Doc. Type/Title/Subject | Date(s) | Author | Original Recipient(s)/Attendees | Others in Email Chain | Privilege |
|---|---|---|---|---|---|---|---|
| 3 | DEF-748-750 | Email: "Email Template for Religious Exemption Request Supplemental Information" | 10/29/2021 | Samuel Philipsek, Esq. Agency Attorney, NYC Department of Sanitation | Holly Biller, Esq. Madelynn Liguori, Esq. Dan Hagevik, Esq. Andrea Ciccone, Esq. Lisa M. Brandquist, Esq. Charlayne White, Esq. Christopher Morella, Esq. | Robert Orlin, Esq. Ryan David, Esq. Julie Cascino, Esq. | Attorney Client Communication and Work Product Privileges |