UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MICHAEL RIZZO,                                                    :
                                                                  :
                              Plaintiff,                          :    23-CV-07190 (JAV)
                                                                  :
              -v-                                                 :    ORDER
CITY OF NEW YORK,                                                 :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------ :
                                                                  X

JEANNETTE A. VARGAS, United States District Judge:

      On April 14, 2025, Plaintiff filed a letter-motion to compel Defendant to produce six categories of documents referenced in an April 8, 2025 deposition. ECF No. 58. The Court issued an Order directing Defendant to provide its response to Plaintiff's April 14, 2025 Letter by April 16, 2025. ECF No. 59. According to Defendant's April 16, 2025 Letter, ECF No. 62, Defendant has produced all but three categories of documents. Defendant asserts that these categories of documents are protected by the deliberate process privilege, attorney-client privilege, and work product doctrine, and submitted a corresponding privilege log. *Id.*

      Accordingly, Plaintiff is ORDERED to file a letter by Friday, April 25, 2025, informing the Court whether there are any live discovery disputes in light of Defendant's recent productions, and stating whether Plaintiff intends to raise challenges to the withholding of any of the documents listed on Defendant's privilege log, and if so, which precise documents.

      SO ORDERED.

Dated: April 23, 2025
      New York, New York                                         _____
                                                             JEANNETTE A. VARGAS
                                                             United States District Judge