**COVID-19 Vaccine Exemption Requests (Reviewed by: OEDI Reviewer)**



DEF000742



DEF000743

DEF000744