UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
MICHAEL RIZZO,                                   :

        Plaintiff,                              :

                                1:23-cv-07190-JAV

        v.                                      :

                                                :
CITY OF NEW YORK,
                                                :  **MEMO ENDORSED**

        Defendant.                              :
-------------------------------------------------x

## PROPOSED ORDER – WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
       April 28, 2025

                                                PADUANO & WEINTRAUB LLP

                                                By: /s/ Bryan C. Olert
                                                     Bryan C. Olert
                                               1251 Avenue of the Americas
                                               Ninth Floor
                                               New York, New York 10020
                                               (212) 785-9100
                                               bco@pwlawyers.com

SO ORDERED

_____
Judge Jeannette A. Vargas

The proposed order to withdraw as counsel, is without effect on the grounds that it is an improper method to withdraw from a matter under S.D.N.Y. Local Rule 1.4(b).  Per S.D.N.Y. Local Rule 1.4(b), "a motion to withdraw is required whenever an attorney seeks to be relieved."  Accordingly, Counsel should file the appropriate letter-motion pursuant to S.D.N.Y. Local Rule 1.4(b) to withdraw from this case.  Counsel is reminded that "all motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties."  Id.  "Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought."  Id.
SO ORDERED.
Dated: May 19, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE