

Martinez
&
Loiacono
PLLC

Christina M. Martinez, Esq.
Partner
245 Bricktown Way, Suite J
Staten Island, New York 10309
T: (347) 215-4543
F: (718) 556-2007
ChristinaMartinezEsq@gmail.com
*Admitted in:*
*New York & New Jersey*

May 26, 2025

*Via ECF*
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:   *Michael Rizzo v. The City of New York*, 1:23-cv-07190-JAV
               Joint Status Letter

Dear Judge Vargas:

In advance of the Case Management Conference scheduled for May 29, 2025, the parties jointly submit this status update pursuant to the Court's order.

**Outstanding Discovery**

With respect to Plaintiff's first motion to compel, the Court directed Defendant to produce the overtime hours worked by the most senior sanitation worker in Plaintiff's garage from February 2022 to the present, finding that "information regarding the overtime actually worked by Plaintiff's comparator is plainly relevant to a calculation of potential lost earnings." (ECF No. 56.)

In response, Defendant produced a supplemental interrogatory identifying the total overtime hours worked by Steven Sandberg. After reviewing this information, Plaintiff produced evidence showing that Mr. Sandberg was not of comparable seniority and, in fact, had less seniority than Plaintiff. Plaintiff identified Paul Duhaney as the most appropriate comparator. Defendant has since obtained Mr. Duhaney's overtime hours and has committed to producing this information by supplemental interrogatory response prior to the May 29 conference.

Plaintiff's damages expert is awaiting this data in order to finalize the expert report. Defendant is aware of this and consents to an extension of Plaintiff's expert disclosure deadline accordingly.

1

Regarding Plaintiff's second motion to compel (ECF No. 58), the Court ordered Defendant on May 5, 2025, to produce unredacted documents for *ex parte in camera* review by May 9, 2025. (ECF No. 68.) Defendant complied on May 9, 2025, and the parties now await the Court's further direction—either by decision or a request for additional briefing.

**Summary Judgment**

Both parties intend to move for summary judgment and respectfully request that the Court set a briefing schedule.

**Settlement**

A settlement conference is currently scheduled for June 2, 2025. DSNY has not authorized a counteroffer to Plaintiff's demand due to the outstanding discovery described above. Defendant therefore requests that the Court adjourn the settlement conference, as DSNY would prefer to proceed with summary judgment briefing at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

_____/s/_____                                              _____/s/_____
Rodalton J. Poole                                                                           Christina Martinez
Assistant Corporation Counsel                                                *Attorney for Plaintiff*
Muriel Goode-Trufant
Corporation Counsel of the City of New York
*Attorney for Defendant*