

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Rodalton J. Poole<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2441<br>ropoole@law.nyc.gov |

June 4, 2025

**BY ECF**
Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>Michael Rizzo v. City of New York</u>
            No. 23-CV-07190-JAV

Dear Judge Vargas:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendant City of New York in the above-referenced matter. I write pursuant to Your Honor's Order at ECF Dkt. No. 72, requiring Defendant to submit a letter brief in support of withholding certain emails on the basis of attorney-client privilege and the work product doctrine.

      Defendant has reviewed the case law cited by the Court at ECF Dkt. No. 72 and has determined, based upon that review, that it may disclose to Plaintiff the emails in question. Therefore, Defendant respectfully requests that it be excused from submitting a supporting brief and hereby notifies the Court that it will submit the previously withheld emails by close of business today. Defendant will continue to work with Plaintiff to streamline this litigation and to resolve this case as quickly as possible.

      I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rodalton J. Poole*
Rodalton J. Poole
Assistant Corporation Counsel

cc:    Christina Martinez (By ECF)
       Attorney for Plaintiff
       245 Bricktown Way
       Suite J
       Staten Island, NY 10309
       christinamartinezesq@gmail.com