UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

MICHAEL RIZZO,

                                  Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF
SANITATION, et al.,

                                Defendants.

Civil Case No.: 23-CV-07190 (JAV)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

---------------------------------------------------------------- X

In accordance with Local Civil Rule 1.4, the undersigned counsel, Rodalton J. Poole, respectfully requests that this Court withdraw his appearance as counsel of record for the City of New York ("Defendant"). As of June 27, 2025, the undersigned is no longer employed with the New York City Law Department, Office of the Corporation Counsel. As of July 14, 2025, the undersigned has joined the law firm, Gordon Rees Scully Mansukhani, LLP. The New York City Law Department, Office of the Corporation Counsel, will continue to provide representation for Defendant.

Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be directed to the Office of the Corporation Counsel[1].

Dated: New York, New York
      July 24, 2025

                            Respectfully Submitted,

                            GORDON REES SCULLY
                            MANSUKHANI, LLP

                        By: */s/ Rodalton J. Poole*
                            Rodalton J. Poole, Esq.
                            One Battery Park Plaza, 28th Floor
                            New York, New York 10004
                            Tel: 917-246-7834
                            rpoole@grsm.com

To:    All Parties and Counsel of Record (via ECF)

---

[1] Pursuant to Local Civil Rule 1.4(b) of the United States District Courts for Southern and Eastern Districts, an affidavit in support of a notice of motion to withdraw is not required where an attorney from the same agency has filed a notice of appearance on behalf of the client and will remain in the case. On July 23, 2025, Assistant Corporation Counsel Shivani Reddy Damera noticed her appearance as lead counsel for Defendant in the above-referenced matter. *See* ECF Dkt. No.81.