UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL RIZZO,

                                                     Plaintiff,

              -against-

No. 23-CV-07190 (JAV)

NEW YORK CITY DEPARTMENT OF SANITATION
AND CITY OF NEW YORK,

                                                     Defendants.
------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE**, that upon the accompanying Local Civil Rule 56.1 Statement of Undisputed Facts in Support of the City of New York's Motion for Summary Judgment, Declaration of Shivani R. Damera, dated August 22, 2025, and the exhibits annexed thereto, and the Memorandum of Law in Support of the City of New York's Motion for Summary Judgment, dated August 22, 2025, and upon all prior pleadings and proceedings held herein, Defendant, City of New York, will move this Court before the Honorable Jeannette A. Vargas, United States District Judge at the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for judgment in favor of the City of New York, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety, and for any such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 22, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
 City of New York
Attorney for the City
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-2444
sdamera@law.nyc.gov

By: /s/ Shivani Damera
Shivani R. Damera
Assistant Corporation Counsel

To (Via CM/ECF):
Plaintiff's Counsel