**CHARGE NUMBER**: 520-2022-06739

| Date | Event | Name |
|---|---|---|
| Thu Nov 02 15:40:33 EDT 2023 | FOIA Request 520-2024-001348 received. | Foia User |
| Tue May 16 08:04:29 EDT 2023 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | Publicportal User |
| Mon May 08 15:01:51 EDT 2023 | EEOC has completed the investigation of this charge. Please review the Notice of Right to Sue for details. | Respondentportal User |
| Mon May 08 15:01:49 EDT 2023 | Respondent logged in | Respondentportal User |
| Mon May 08 10:35:48 EDT 2023 | Downloaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | Respondentportal User |
| Mon May 08 10:35:37 EDT 2023 | EEOC has completed the investigation of this charge. Please review the Notice of Right to Sue for details. | Respondentportal User |
| Mon May 08 10:35:36 EDT 2023 | Respondent logged in | Respondentportal User |
| Fri May 05 23:01:29 EDT 2023 | Reminder email sent to Ryan David at ▮▮▮@dsny.nyc.gov that Closure Notice/NRTS document is available to download. | Arcapp User |
| Wed May 03 11:29:39 EDT 2023 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | Publicportal User |
| Thu Apr 27 20:16:51 EDT 2023 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | Publicportal User |
| Thu Apr 27 09:18:54 EDT 2023 | Case status changed from Investigation to Charge Closed. | GWENDOLYN HOY |
| Thu Apr 27 09:18:54 EDT 2023 | Case moved to CLOSED stage. | GWENDOLYN HOY |
| Thu Apr 27 09:18:54 EDT 2023 | Charge has been closed with reason NRTS Request >179 days. | GWENDOLYN HOY |
| Thu Apr 27 09:18:53 EDT 2023 | Closure Supervisor review approved. | GWENDOLYN HOY |

| Date | Event | Name |
|---|---|---|
| Thu Apr 27 09:18:32 EDT 2023 | Supporting Details for recommended charge closure modified: CP requested NRTS, will send to DOJ for review and issuance. | ARACELY FRANCOIS |
| Thu Apr 27 09:18:32 EDT 2023 | Charge recommended for NRTS Request >179 days closure. | ARACELY FRANCOIS |
| Thu Apr 27 09:17:58 EDT 2023 | Downloaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | GWENDOLYN HOY |
| Thu Apr 27 09:17:47 EDT 2023 | Emailed Department of Sanitation New York City at ▮▮▮@dsny.nyc.gov that a new document is available to download. | Arcapp User |
| Thu Apr 27 09:17:47 EDT 2023 | Emailed Ryan David at ▮▮▮@dsny.nyc.gov that a new document is available to download. | Arcapp User |
| Thu Apr 27 09:17:46 EDT 2023 | Emailed Michael Rizzo at (b) (7)(C) ▮▮▮ that a new document is available to download. | Arcapp User |
| Thu Apr 27 09:17:46 EDT 2023 | Closure Notice/NRTS (DOJ letter to CP and R 520-2022-06739.pdf) released | ARACELY FRANCOIS |
| Thu Apr 27 09:17:35 EDT 2023 | Uploaded Document. Type: Closure Notice/NRTS, FileName:DOJ letter to CP and R 520-2022-06739.pdf | ARACELY FRANCOIS |
| Thu Apr 27 09:06:07 EDT 2023 | Assigned to GWENDOLYN HOY for Supervisor Closure review with comments: CP requested NRTS will send to DOJ for review and issuance. | ARACELY FRANCOIS |
| Thu Apr 27 09:05:51 EDT 2023 | Supporting Details for recommended charge closure added: CP requested NRTS, will send to DOJ for review and issuance. | ARACELY FRANCOIS |
| Thu Apr 27 09:05:51 EDT 2023 | Charge recommended for NRTS Request >179 days closure. | ARACELY FRANCOIS |
| Thu Apr 27 09:04:19 EDT 2023 | Title VII Religion-Catholic Discharge closed with NRTS Request >179 days | ARACELY FRANCOIS |
| Thu Apr 27 09:04:19 EDT 2023 | Title VII Religion-Catholic Reasonable Accommodation closed with NRTS Request >179 days | ARACELY FRANCOIS |
| Thu Apr 27 09:03:46 EDT 2023 | Uploaded Document. Type: Interagency Correspondence, FileName:EEOC 520-2022-06739 email to DOJ.msg | ARACELY FRANCOIS |

| Date | Event | Name |
|---|---|---|
| Thu Apr 27 08:56:08 EDT 2023 | Uploaded Document. Type: Interagency Correspondence, FileName:520-2022-06739 Form 257 NRTS Request to DOJ .docx | ARACELY FRANCOIS |
| Thu Apr 27 08:54:42 EDT 2023 | Generated Document. Type: FORM257, FileName:520-2022-06739_FORM257.docx | ARACELY FRANCOIS |
| Fri Apr 21 15:31:11 EDT 2023 | Downloaded Document. Type: Correspondence with Charging Party, FileName:Re Equal Employment Opportunity Commission- Number 520-2022-06739. Confirmed NRTS.msg | ARACELY FRANCOIS |
| Thu Apr 20 15:31:15 EDT 2023 | General note updated. Type:General. | ARACELY FRANCOIS |
| Thu Apr 20 15:31:03 EDT 2023 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Thu Apr 20 15:30:42 EDT 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:Re Equal Employment Opportunity Commission- Number 520-2022-06739. Confirmed NRTS.msg | ARACELY FRANCOIS |
| Thu Apr 20 08:42:38 EDT 2023 | Downloaded Document. Type: Position Statement, FileName:Rizzo v DSNY _520-2022-06739_ - Respondent Position Statement.pdf | ARACELY FRANCOIS |
| Wed Apr 19 19:29:13 EDT 2023 | Charging Party Chose to receive the Position Statement | (b) (7)(C) |
| Wed Apr 19 19:29:13 EDT 2023 | Used when email sent to PP CP to confirm they requested Position Statement | (b) (7)(C) |
| Wed Apr 19 19:29:13 EDT 2023 | Position Statement requested for Charging Party on 04/19/2023 19:29:13 | (b) (7)(C) |
| Wed Apr 19 18:36:26 EDT 2023 | Uploaded Document. Type: Request for Notice of Right to Sue, FileName:Is this where I confirm a Right to Sue Letter.docx | Publicportal User |
| Wed Apr 19 17:14:16 EDT 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:Please do not ignore this email..msg | Publicportal User |
| Wed Apr 19 15:59:07 EDT 2023 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Wed Apr 19 15:58:40 EDT 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:Please do not ignore this email..msg | ARACELY FRANCOIS |

| Date | Event | Name |
|---|---|---|
| Tue Apr 18 09:41:09 EDT 2023 | Contact with Charging Party record added | ARACELY FRANCOIS |
| Tue Apr 18 09:12:01 EDT 2023 | Uploaded Document. Type: Internal Correspondence-Enforcement, FileName:Signed _520-2022-06739 - Form 291 Recommendation for Closure.pdf | ARACELY FRANCOIS |
| Mon Apr 03 13:36:39 EDT 2023 | General note updated. Type:General. | ARACELY FRANCOIS |
| Mon Apr 03 13:36:13 EDT 2023 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Mon Apr 03 13:33:30 EDT 2023 | Generated Document. Type: FRM161NRTS, FileName:520-2022-06739_FRM161NRTS.docx | ARACELY FRANCOIS |
| Mon Apr 03 13:24:09 EDT 2023 | Respondent naicsCode changed to 562219 | ARACELY FRANCOIS |
| Mon Apr 03 13:24:09 EDT 2023 | Respondent institutionType added as County/City/Local Govt. Agency | ARACELY FRANCOIS |
| Mon Apr 03 13:16:15 EDT 2023 | Generated Document. Type: FRM291, FileName:520-2022-06739_FRM291.pdf | ARACELY FRANCOIS |
| Wed Mar 29 15:46:34 EDT 2023 | General note updated. Type:General. | ARACELY FRANCOIS |
| Wed Mar 29 15:30:08 EDT 2023 | General note updated. Type:General. | ARACELY FRANCOIS |
| Wed Mar 29 15:28:50 EDT 2023 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Wed Mar 29 15:20:41 EDT 2023 | Contact with Charging Party record added | ARACELY FRANCOIS |
| Thu Mar 09 07:34:34 EST 2023 | No Action is required from you at this time. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Thu Mar 09 07:34:32 EST 2023 | Respondent logged in | Respondentportal User |
| Fri Feb 17 16:50:15 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:RE M.Rizzo Response to Position Statement recevied..msg | ARACELY FRANCOIS |
| Fri Feb 17 16:45:44 EST 2023 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Fri Feb 17 16:45:02 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:M.Rizzo Reponse to DSNY Position Statement 2.16.2023.pdf | ARACELY FRANCOIS |

| Date | Event | Name |
| --- | --- | --- |
| Fri Feb 17 16:42:29 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:M.Rizzo Response to Position Statement.msg | ARACELY FRANCOIS |
| Fri Feb 17 14:50:44 EST 2023 | The Charging Party has Downloaded Document. Type: Rebuttal to Position Statement, FileName:M.Rizzo Reponse to DSNY Position Statement.pdf | Publicportal User |
| Fri Feb 17 14:49:54 EST 2023 | Uploaded Document. Type: Rebuttal to Position Statement, FileName:M.Rizzo Reponse to DSNY Position Statement.pdf | Publicportal User |
| Fri Feb 17 13:17:39 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:02.17.23. due RE EEOC No. 520-2022-06739 (response statement due - Tuesday- January 31 2023)..msg | Publicportal User |
| Thu Feb 02 08:20:45 EST 2023 | Downloaded Document. Type: Correspondence with Charging Party, FileName:02.17.23. due RE EEOC No. 520-2022-06739 (response statement due - Tuesday- January 31 2023)..msg | ARACELY FRANCOIS |
| Thu Feb 02 08:19:34 EST 2023 | Case status changed from Charge Filed to Investigation. | ARACELY FRANCOIS |
| Mon Jan 30 16:27:11 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:02.17.23. due RE EEOC No. 520-2022-06739 (response statement due - Tuesday- January 31 2023)..msg | ARACELY FRANCOIS |
| Wed Jan 11 13:21:24 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:EEOC No. 520-2022-06739 .response statement due Tuesday January 31 2023..msg | ARACELY FRANCOIS |
| Wed Jan 11 12:54:27 EST 2023 | Contact with Charging Party record added | ARACELY FRANCOIS |
| Wed Jan 11 12:36:09 EST 2023 | Uploaded Document. Type: Correspondence with Charging Party, FileName:EEOC No. 520-2022-06739 (Regarding Position Statement)..msg | ARACELY FRANCOIS |
| Wed Jan 11 10:39:59 EST 2023 | Contact with Charging Party record added | ARACELY FRANCOIS |
| Fri Jan 06 13:01:53 EST 2023 | Downloaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | DAVID PHILLIPS |

| Date | Event | Name |
|---|---|---|
| Wed Jan 04 11:14:43 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2022-11-22 0842 Email from EEOC re EEOC No. 520-2022-06739.msg | Publicportal User |
| Wed Jan 04 11:07:19 EST 2023 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | Publicportal User |
| Wed Jan 04 11:06:38 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2022-11-16 1140 Email from EEOC re Equal Employment Opportunity Commission (Inquiry) Number....msg | Publicportal User |
| Wed Jan 04 11:06:21 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2022-11-16 1140 Email from EEOC re Equal Employment Opportunity Commission (Inquiry) Number....msg | Publicportal User |
| Wed Jan 04 11:05:25 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2022-11-22 0842 Email from EEOC re EEOC No. 520-2022-06739.msg | Publicportal User |
| Wed Jan 04 11:01:44 EST 2023 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2022-11-16 1140 Email from EEOC re Equal Employment Opportunity Commission (Inquiry) Number....msg | Publicportal User |
| Sun Jan 01 20:25:27 EST 2023 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Rizzo v DSNY _520-2022-06739_ - Respondent Position Statement.pdf | Publicportal User |
| Thu Dec 29 12:49:05 EST 2022 | Emailed Michael Rizzo at (b) (7)(C) that a new document is available to download. | Arcapp User |
| Thu Dec 29 12:49:05 EST 2022 | Position Statement (Rizzo v DSNY _520-2022-06739_ - Respondent Position Statement.pdf) released | ARACELY FRANCOIS |
| Thu Dec 29 12:45:03 EST 2022 | Downloaded Document. Type: Position Statement, FileName:Rizzo v DSNY _520- | ARACELY FRANCOIS |

| Date | Event | Name |
|---|---|---|
|  | 2022-06739_ - Respondent Position Statement.pdf |  |
| Wed Dec 21 09:39:36 EST 2022 | Emailed Michael Rizzo at (b) (7)(C) that a new document is available to download. | Arcapp User |
| Wed Dec 21 09:39:36 EST 2022 | Position Statement received from Respondent on 12/21/2022 09:39:35 | Respondentportal User |
| Wed Dec 21 09:39:35 EST 2022 | Uploaded Document. Type: Position Statement, FileName:Rizzo v DSNY _520-2022-06739_ - Respondent Position Statement.pdf | Respondentportal User |
| Wed Dec 21 09:38:33 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Wed Dec 21 09:38:32 EST 2022 | Respondent logged in | Respondentportal User |
| Wed Dec 21 09:00:12 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Wed Dec 21 09:00:09 EST 2022 | Respondent logged in | Respondentportal User |
| Fri Dec 09 12:21:13 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Fri Dec 09 12:21:10 EST 2022 | Respondent logged in | Respondentportal User |

| Date | Event | Name |
| --- | --- | --- |
| Thu Dec 08 07:53:47 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Thu Dec 08 07:53:45 EST 2022 | Respondent logged in | Respondentportal User |
| Wed Dec 07 10:32:26 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Wed Dec 07 10:32:24 EST 2022 | Respondent logged in | Respondentportal User |
| Tue Dec 06 08:53:20 EST 2022 | Downloaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | Respondentportal User |
| Tue Dec 06 08:52:55 EST 2022 | Downloaded Document. Type: Notice of Charge, FileName:520-2022-06739_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Tue Dec 06 08:52:49 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Tue Dec 06 08:52:47 EST 2022 | Respondent logged in | Respondentportal User |
| Wed Nov 30 12:41:39 EST 2022 | PCHP Supervisor review approved. | GWENDOLYN HOY |
| Wed Nov 30 08:18:45 EST 2022 | Added Respondent Contact Information. | Respondentportal User |

| Date | Event | Name |
|---|---|---|
| Wed Nov 30 07:30:46 EST 2022 | Downloaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | Respondentportal User |
| Wed Nov 30 07:30:17 EST 2022 | Please provide a statement of your position on the issues covered in the charge, with any supporting documentation by December 29, 2022. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, as EEOC has revised its procedures related to the content and release of position statements, effective January 1, 2016. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Wed Nov 30 07:30:15 EST 2022 | Respondent logged in | Respondentportal User |
| Wed Nov 30 07:30:11 EST 2022 | Respondent password changed | Respondentportal User |
| Tue Nov 29 17:48:16 EST 2022 | Assigned to Gwendolyn Hoy for Supervisor PCHP review | NORA CURTIN |
| Tue Nov 29 17:47:55 EST 2022 | Emailed Department of Sanitation New York City at ███████@dsny.nyc.gov that charge has been perfected | NORA CURTIN |
| Tue Nov 29 17:47:54 EST 2022 | Uploaded Document. Type: Notice of Charge, FileName:520-2022-06739_NoticeOfChargeOfDiscrimination.pdf | NORA CURTIN |
| Tue Nov 29 17:47:52 EST 2022 | Generated Document. Type: Notice of Charge, FileName:520-2022-06739_NoticeOfChargeOfDiscrimination.pdf | NORA CURTIN |
| Tue Nov 29 17:47:50 EST 2022 | PCHP Legal review approved. | NORA CURTIN |
| Tue Nov 29 17:47:05 EST 2022 | (b) (5) ███████████ | NORA CURTIN |
| Tue Nov 29 17:47:05 EST 2022 | (b) (5) ██████████████r | NORA CURTIN |
| Tue Nov 29 17:47:05 EST 2022 | (b) (5) █████████ | NORA CURTIN |
| Tue Nov 29 17:47:05 EST 2022 | (b) (5) █████████ | NORA CURTIN |
| Tue Nov 29 17:47:05 EST 2022 | (b) (5) ███████ Additional information is needed. | NORA CURTIN |
| Fri Nov 25 16:41:06 EST 2022 | Assigned to Nora Curtin for Legal PCHP review | ELAINE EDWARDS |

| Date | Event | Name |
|---|---|---|
| Fri Nov 25 13:40:56 EST 2022 | Assigned to Elaine Edwards for Legal PCHP review with comments: CP began employment on Sept 2000, as a New York City - Department of Sanitation Worker- classified as a senior employee- over 21 years. R notified CP indirectly that they would be requiring all employees to be fully vaccinated by November 1, 2021, or be placed on Leave without Pay. CP stated that he has a sincerely held religious belief and requested a religious accommodation regarding the Covid19 mandate. On November 27, 2021, CP requested a religious accommodation. On November 18, 2021, CP was notified that his reasonable accommodation was denied. CP was given two options and a deadline of submission on November 23rd, 2021. CP received his second denial on January 24, 2022. On January 26, 2022, CP was discharged from work and placed on Leave Without Pay. On February 14th, 2022, CP received a letter of termination, effective date February 11th, 2022. | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) as CP began employment on Sept 2000, as a New York City - Department of Sanitation Worker- classified as a senior employee- over 21 years.<br><br>R notified CP indirectly that they would be requiring all employees to be fully vaccinated by November 1, 2021, or be placed on Leave without Pay. CP stated that he has a sincerely held religious belief and requested a religious accommodation regarding the Covid19 mandate. On November 27, 2021, CP | ARACELY FRANCOIS |

| Date | Event | Name |
|---|---|---|
| | requested a religious accommodation. On November 18, 2021, CP was notified that his reasonable accommodation was denied. CP was given two options and a deadline of submission on November 23rd, 2021. CP received his second denial on January 24, 2022. On January 26, 2022, CP was discharged from work and placed on Leave Without Pay. On February 14th, 2022, CP received a letter of termination, effective date February 11th, 2022. | |
| Fri Nov 25 13:35:48 EST 2022 | (b) (5) | ARACELY FRANCOIS |
| Fri Nov 25 13:13:32 EST 2022 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2022-11-25 1209 Email from MR MR re EEOC No. 520-2022-06739.msg | ARACELY FRANCOIS |
| Fri Nov 25 12:53:02 EST 2022 | Downloaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | ARACELY FRANCOIS |
| Fri Nov 25 12:18:05 EST 2022 | Interview has been cancelled for 12/09/2022 09:00:00 EST at New York District Office. | Publicportal User |
| Fri Nov 25 12:18:05 EST 2022 | Deleted Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf, Reason:NA | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | Emailed Michael Rizzo at (b) (7)(C) that charge has been Filed | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | Uploaded Document. Type: Charge of Discrimination, FileName:520-2022-06739_ChargeOfDiscrimination.pdf | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | Dual filing notification sent to New York State Division Of Human Rights | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | Case status changed from Charge Prepared to Charge filed. | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | A charge is formalized | Arcapp User |
| Fri Nov 25 12:18:03 EST 2022 | Added Charge Particulars - Formalized | Arcapp User |
| Fri Nov 25 12:18:00 EST 2022 | Charging Party signed Charge of Discrimination. | (b) (7)(C) |

| Date | Event | Name |
|---|---|---|
| Fri Nov 25 12:09:18 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Fri Nov 25 12:03:34 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Fri Nov 25 12:02:14 EST 2022 | Document properties have been updated. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf, Reason:NA | ARACELY FRANCOIS |
| Fri Nov 25 12:02:09 EST 2022 | Generated Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | ARACELY FRANCOIS |
| Fri Nov 25 12:02:09 EST 2022 | Sent to Charging Party For Review | ARACELY FRANCOIS |
| Fri Nov 25 12:02:06 EST 2022 | Added Charge Particulars - Revised | ARACELY FRANCOIS |
| Fri Nov 25 11:44:41 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Fri Nov 25 11:41:57 EST 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Fri Nov 25 11:40:46 EST 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Fri Nov 25 11:40:02 EST 2022 | Charging Party Added Comments | (b) (7)(C) |
| Fri Nov 25 11:35:03 EST 2022 | Charging Party Added Comments | (b) (7)(C) |
| Fri Nov 25 10:42:36 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Fri Nov 25 10:11:58 EST 2022 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Fri Nov 25 10:05:14 EST 2022 | Charging Party homePhone changed t ▮▮▮▮ | ARACELY FRANCOIS |
| Fri Nov 25 10:03:27 EST 2022 | Changed Document Received Date 520-2022-06739_ChargeOfDiscrimination-Draft to 11/25/2022 | ARACELY FRANCOIS |

| Date | Event | Name |
| --- | --- | --- |
| Fri Nov 25 10:03:21 EST 2022 | Generated Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | ARACELY FRANCOIS |
| Fri Nov 25 10:03:21 EST 2022 | Sent to Charging Party For Review | ARACELY FRANCOIS |
| Fri Nov 25 10:03:09 EST 2022 | Added Charge Particulars - Revised | ARACELY FRANCOIS |
| Wed Nov 23 17:03:05 EST 2022 | Charging Party Added Comments | (b) (7)(C) |
| Wed Nov 23 16:57:07 EST 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Wed Nov 23 16:53:31 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Tue Nov 22 08:45:01 EST 2022 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Tue Nov 22 08:44:09 EST 2022 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2022-11-22 0842 Email from EEOC re EEOC No. 520-2022-06739.msg | ARACELY FRANCOIS |
| Tue Nov 22 08:31:42 EST 2022 | Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | ARACELY FRANCOIS |
| Sat Nov 19 12:33:55 EST 2022 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Fri Nov 18 16:11:23 EST 2022 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Fri Nov 18 16:10:14 EST 2022 | Uploaded Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | ARACELY FRANCOIS |
| Fri Nov 18 16:10:09 EST 2022 | Generated Document. Type: Charge of Discrimination- Draft, FileName:520-2022-06739_ChargeOfDiscrimination-Draft.pdf | ARACELY FRANCOIS |
| Fri Nov 18 16:10:09 EST 2022 | Case status changed from Inquiry Submitted to Charge Prepared. | ARACELY FRANCOIS |
| Fri Nov 18 16:10:09 EST 2022 | Sent to Charging Party For Review | ARACELY FRANCOIS |
| Fri Nov 18 16:10:00 EST 2022 | Identified Receiving Office Intent as Investigate Charge | ARACELY FRANCOIS |

| Date | Event | Name |
| --- | --- | --- |
| Fri Nov 18 16:10:00 EST 2022 | Selected Deferral Office: New York State Division Of Human Rights | ARACELY FRANCOIS |
| Fri Nov 18 16:10:00 EST 2022 | Added Charge Particulars - Draft | ARACELY FRANCOIS |
| Fri Nov 18 15:40:18 EST 2022 | Allegation Title VII Religion-Catholic Reasonable Accommodation added to case | ARACELY FRANCOIS |
| Fri Nov 18 15:40:18 EST 2022 | Allegation Title VII Religion-Catholic Discharge added to case | ARACELY FRANCOIS |
| Fri Nov 18 15:35:03 EST 2022 | Intake Interview note added. Type:Intake Interview and Non-Disclosable:No. | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Respondent hrDirectorOwner added as Christopher Morella Associated Counsel | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Respondent numberOfEmployees added as 501+ Employees | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Respondent name changed to Department of Sanitation New York City | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Responden (b) (7)(C) | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Respondent emlState added as Respondent must verify record. | ARACELY FRANCOIS |
| Fri Nov 18 15:02:07 EST 2022 | Respondent emailAddress added as ▇▇▇▇@dsny.nyc.gov | ARACELY FRANCOIS |
| Thu Nov 17 10:00:46 EST 2022 | Contact with Charging Party record added | ARACELY FRANCOIS |
| Wed Nov 16 11:51:59 EST 2022 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2022-11-16 1140 Email from EEOC re Equal Employment Opportunity Commission (Inquiry) Number....msg | ARACELY FRANCOIS |
| Wed Nov 16 11:50:46 EST 2022 | General note added. Type:General and Non-Disclosable:No. | ARACELY FRANCOIS |
| Wed Nov 16 11:37:58 EST 2022 | Charge assignee ARACELY FRANCOIS (INVESTIGATOR) viewed charge details. | ARACELY FRANCOIS |
| Mon Nov 14 12:07:01 EST 2022 | ARACELY FRANCOIS designated as the primary assignee | ARLEAN NIETO |
| Wed Nov 09 06:08:51 EST 2022 | A 20-day reminder notice is emailed to the PCP. | noreply@eeoc.gov |
| Wed Oct 26 18:38:50 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |

| Date | Event | Name |
|---|---|---|
| Wed Oct 26 18:33:27 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Wed Oct 26 18:28:55 EDT 2022 | Supplemental text updated | (b) (7)(C) |
| Wed Oct 26 13:55:40 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Wed Oct 26 13:55:30 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Wed Oct 26 13:55:10 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Mon Oct 10 23:40:21 EDT 2022 | Online inquiry set as urgent. | Arcapp User |
| Wed Sep 14 12:09:36 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Wed Sep 14 12:09:10 EDT 2022 | Viewed Online Inquiry Report Information | (b) (7)(C) |
| Mon Aug 01 00:48:03 EDT 2022 | Interview has been scheduled for 12/09/2022 09:00:00 EST at New York District Office. | (b) (7)(C) |
| Mon Aug 01 00:37:26 EDT 2022 | Interview has been scheduled for 12/09/2022 09:00:00 EST at New York District Office. | (b) (7)(C) |
| Tue Jul 26 16:51:16 EDT 2022 | PP user confirms that the Preservation of Evidence has been reviewed | (b) (7)(C) |
| Tue Jul 26 16:46:07 EDT 2022 | An Inquiry has been created. | (b) (7)(C) |