IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RIZZO<br><br>*Plaintiff,*<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF SANITATION and CITY OF NEW YORK,<br><br>*Defendants.* | Case No. 1:23-cv-7190-JAV |

**DECLARATION OF CHRISTINA MARTINEZ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

CHRISTINA MARTINEZ declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice before this Court and am counsel for Plaintiff Michael Rizzo in the above-captioned matter.

2. I respectfully submit this declaration in support of Plaintiff's Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3. This declaration is based on my personal knowledge, as well as a review of documents produced in discovery in this action, publicly filed records (including those available on NYSCEF and PACER), and documents obtained in the ordinary course of litigation, including related proceedings involving the same policies and parties.

4. The following documents are annexed hereto as Exhibits "1" through "20" and are relied upon and cited by Plaintiff in the Statement of Material Facts Pursuant to Local Civil Rule 56.1 and in Plaintiff's memorandum of law in support of the motion for summary judgment:

1

a.  Attached hereto as **Exhibit "1"** is a true and correct copy of the certified transcript of the Plaintiff's deposition in this action.

b.  Attached hereto as **Exhibit "2"** is a true and accurate copy of Plaintiff's High School Equivalency Diploma.

c.  Attached hereto as **Exhibit "3"** is a true and correct copy of the Apostolic Constitution *Fidei Depositum* retrieved on August 18, 2025, from the Holy See's official website (vatican.va), in which Pope John Paul II promulgated the *Catechism of the Catholic Church*. This documents is maintained by the Holy See in the regular course of their official ministries. Plaintiff relies on the Catechism to show the source of his religious beliefs; it is not offered for the truth of any theological proposition.

d.  Attached hereto as **Exhibit "4"** is a true and correct copy of the title/front matter of the English *Catechism of the Catholic Church (Second Edition)* as hosted by the United States Conference of Catholic Bishops ("USCCB"), which reflects publication by *Libreria Editrice Vaticana*. These documents are maintained by the USCCB in the regular course of their official ministries. Plaintiff relies on the Catechism to show the source of his religious beliefs; it is not offered for the truth of any theological proposition.

e.   Attached hereto as **Exhibit "5"** is a true and accurate copy of the Catechism of the Catholic Church, paragraph 1776.

f.  Attached hereto as **Exhibit "6"** is a true and accurate copy of the Order of the New York City Commissioner of Health and Mental Hygiene requiring all City Workers to receive a COVID-19 vaccine ("Vaccine Mandate").

g. Attached hereto as **Exhibit "7"** is a true and accurate copy of the City of New York's written policy, "FAQ on New York City Employees Vaccine Mandate".

h. Attached hereto as **Exhibit "8"** is a true and accurate copy of the New York City Department of Sanitation's Vaccine Mandate Policy, "Policy and Administrative Procedure 2021-03", regarding the COVID-19 Vaccine Requirement.

i. Attached hereto as **Exhibit "9"** is a true and accurate copy of the Plaintiff's Accommodation Request to the Vaccine Mandate.

j. Attached hereto as **Exhibit "10"** is a true and accurate copy of the Plaintiff's Requests for Admission, deemed admitted. I served the Requests for Admissions on the Defendant on March 14, 2025. The City never served any responses to the Plaintiff's Requests for Admissions. Thus, they are deemed admitted pursuant to Rule 36(a)(3) of the Federal Rules of Civil Procedure.

k. Attached hereto as **Exhibit "11"** is a true and accurate copy of the certified transcript of the deposition testimony of Ryan David, 30(b)(6) witness for the New York City Department of Sanitation.

l. Attached hereto as **Exhibit "12"** is a true and accurate copy of the Request for Information ("RFI") from Christopher Morella to the Plaintiff.

m. Attached hereto as **Exhibit "13"** is a true and accurate copy of the Plaintiff's Supplemental Information sent to DSNY regarding his accommodation request.

n. Attached hereto as **Exhibit "14"** is a true and accurate copy of the DSNY Denial of Plaintiff's accommodation request.

o. Attached hereto as **Exhibit "15"** is a true and accurate copy of the Plaintiff's Appeal Statement submitted to the Citywide Panel.

p.  Attached hereto as **Exhibit "16"** is a true and accurate copy of the deposition testimony of Eric Eichenholtz, 30(b)(6) witness for the City of New York.

q.  Attached hereto as **Exhibit "17"** is a true and accurate copy of the Citywide Panel Vote Report.

r.  Attached hereto as **Exhibit "18"** is a true and accurate copy of the Citywide Panel Denial letter.

s.  Attached hereto as **Exhibit "19"** is a true and accurate copy of the Termination Notices sent by DSNY.

t.  Attached hereto as **Exhibit "20"** is a true and accurate copy of the Defendants' Responses to Plaintiff's First Set of Interrogatories.

Dated:    Staten Island, New York
          August 20, 2025

                                        _____
                                        Christina Martinez, Esq.