Michael Sean Rizzo

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF NEW YORK

3    _____

4    MICHAEL RIZZO,

5            Plaintiff,

6        v.                        Civil Action No.

7    NEW YORK CITY DEPARTMENT OF        1:2023-cv-07190-JAV

8    SANITATION and CITY OF NEW

9    YORK,

10           Defendants.

11   _____

12           DEPOSITION OF MICHAEL SEAN RIZZO

13   DATE:          Thursday, April 3, 2025

14   TIME:          10:18 a.m.

15   LOCATION:      Remote Proceeding

16                  Mineola, NY 11501

17   REPORTED BY:   Jacqueline Dominguez

18   JOB NO.:       7290470

19

20

21

22

23

24

25

Michael Sean Rizzo

Page 2

```
 1                   A P P E A R A N C E S
 2     ON BEHALF OF PLAINTIFF MICHAEL RIZZO:
 3          CHRISTINA MARTINEZ, ESQUIRE (by videoconference)
 4          Law Offices of Christina Martinez
 5          245 Bricktown Way, Suite J
 6          Staten Island, NY 10309
 7          christinamartinezesq@gmail.com
 8          (347) 215-4543
 9
10     ON BEHALF OF PLAINTIFF MICHAEL RIZZO:
11          JAMES MERMIGIS, ESQUIRE (by videoconference)
12          The Mermigis Law Group P.C. (Co-Counsel)
13          85 Cold Spring Road
14          Syosset, NY 11791
15          mermigislaw@gmail.com
16          (516) 353-0075
17
18     ON BEHALF OF DEFENDANTS NEW YORK CITY DEPARTMENT OF
19     SANITATION AND CITY OF NEW YORK:
20          RODALTON POOLE, ESQUIRE (by videoconference)
21          New York City Law Department
22          100 Church Street, Second Floor
23          New York, NY 10007
            ropoole@law.nyc.gov
24          (212) 356-2203
            File #:  2023-079020
25          Control #:  491929
```

Michael Sean Rizzo

Page 3

1    1                    A P P E A R A N C E S (Cont'd)

2    2

3    3

4    4

5    5    ALSO PRESENT:

6    3         Sara Hernandez, Witness's Tech Support (by

7    4         videoconference)

8    6

9    7

10    8

11    9

12    10

13    11

14    12

15    13

16    14

17    15

18    16

19    17

20    18

21    19

22    20

23    21

24    22

      23

25    24

      25

Michael Sean Rizzo

Page 4

1                          I N D E X

2    EXAMINATION:                                   PAGE

3          By Mr. Poole                                7

4          By Mr. Mermigis                             68

5          By Mr. Poole                                69

6          By Mr. Mermigis                            105

7          By Mr. Poole                               110

8

9                       E X H I B I T S

10   LETTER           DESCRIPTION                   PAGE

11   Defendant:

12   Exhibit A        Verified Complaint              44

13   Exhibit B        Email to RA Exemptions,

14                    10/26/21                        53

15   Exhibit C        Email to M. Rizzo, 11/05/21     68

16   Exhibit D        Email to C. Morella, 11/11/21   79

17   Exhibit E        Email to Appeals, 11/23/21      86

18

19        I N F O R M A T I O N   R E Q U E S T E D

20   NO.              DESCRIPTION                   PAGE

21   1                Name of Person Who Called

22                    Ryan David                      78

23

24

25

Michael Sean Rizzo

Page 5

1                    P R O C E E D I N G S

2                    THE REPORTER:  Good morning.  My name

3      is Jacqueline Dominguez; I am the reporter assigned by

4      Veritext to take the record of this proceeding.  We

5      are now on the record at 10:18 a.m.

6                    This is the deposition of Michael Sean

7      Rizzo taken in the matter of Michael Rizzo vs. New

8      York City Department of Sanitation and City of New

9      York on April 3, 2025, presently at 161 Emory Road,

10     Mineola, New York 11501.

11                   I am a notary authorized to take

12     acknowledgments and administer oaths in New York.

13     Parties agree that I will swear in the witness

14     remotely.

15                   Additionally, absent an objection on

16     the record before the witness is sworn, all parties

17     and the witness understand and agree that any

18     certified transcript produced from the recording of

19     this proceeding:

20                        - is intended for all uses permitted

21                          under applicable procedural and

22                          evidentiary rules and laws in the

23                          same manner as a deposition recorded

24                          by stenographic means; and

25                        - shall constitute written stipulation

Michael Sean Rizzo

```
                                              Page 6
 1                  of such.
 2                  At this time will everyone in
 3       attendance please identify yourself for the record.
 4                  MR. POOLE:  Assistant Corporation
 5       Counsel, Rodalton J. Poole, appearing on behalf of the
 6       City of New York and the Department of Sanitation.
 7                  MS. MARTINEZ:  Christina Martinez for
 8       the plaintiff, Michael Rizzo.
 9                  MR. MERMIGIS:  James Mermigis for the
10       plaintiff, Michael Rizzo.
11                  THE REPORTER:  Would the witness state
12       his full name, please?
13                  MR. RIZZO:  Michael Rizzo.
14                  THE REPORTER:  Thank you.
15                  Hearing no objection, I will now swear
16       in the witness.
17                  Please raise your right hand.
18       WHEREUPON,
19                  MICHAEL SEAN RIZZO,
20       called as a witness and having been first duly sworn
21       to tell the truth, the whole truth, and nothing but
22       the truth, was examined and testified as follows:
23                  THE REPORTER:  Thank you.
24                  You may proceed.
25       //
```

Michael Sean Rizzo

Page 7

1                    EXAMINATION

2       BY MR. POOLE:

3            Q     Good morning, Mr. Rizzo.  My name is

4       Rodalton Poole.  As I said, I'm an Assistant

5       Corporation Counsel.  That means I'm an attorney for

6       the City of New York and the New York City Department

7       of Sanitation in this lawsuit that you have commenced

8       in the Southern District of New York, Rizzo vs. City

9       of New York, Docket Number 23-CV-7190.  I'm going to

10      be asking you a series of questions related to the

11      allegations you've made in your lawsuit.

12                 Before I begin, I'd like to go over a few

13      ground rules that will help make this process easy and

14      efficient for us both.  So you've been placed under

15      oath by the court reporter.  And this is the same oath

16      that you would take if you were testifying at trial

17      before a judge or jury.  So it requires that you

18      answer my questions as fully and accurately as you

19      can.  Do you understand?

20           A     Yeah.

21           Q     Your testimony is being transcribed by the

22      court reporter, so you must answer my questions

23      verbally and keep your voice up so that the court

24      reporter can record your responses.  The court

25      reporter cannot record a nod of the head or a hand

Michael Sean Rizzo

Page 8

1    gesture, so you must be sure to answer verbally.

2    Please also answer yes or no questions with the words

3    "yes" or "no" rather than "uh-huh."  Do you

4    understand?

5          A     Yes.

6          Q     Please listen to my questions and wait until

7    I've finished asking a question before responding.

8    Even if you think you might be able to anticipate what

9    I'm going to ask you, please wait until I'm done

10   before responding.  This will ensure that the

11   transcript is clear.  If during the course of our

12   conversation you do not remember certain facts, please

13   let me know and we will leave a space in the

14   transcript for you to supplement at a later date.

15              It's important not to guess if you don't

16   know an answer.  It's also important that you

17   understand all my questions.  If you do not understand

18   a question, please tell me so that I can clarify and

19   rephrase that question.  If you do not ask me to

20   clarify or rephrase the question, I will assume that

21   you have understood it.  Do you understand the

22   instructions?

23         A     Yes.

24         Q     Is there anyone in the room with you right

25   now?

Michael Sean Rizzo

```
                                               Page 9

 1          A     Yes.

 2          Q     Who's in the room with you?

 3          A     My tech support, my girlfriend.

 4          Q     Okay.

 5          A     Need her name or--

 6          Q     Yes, please.

 7          A     Sara Hernandez.

 8          Q     Okay.  And so since you're -- is there

 9    anyone else in the room?

10          A     No.

11          Q     Okay.  So I just ask that during the

12    deposition you please not discuss my questions with

13    Ms. Hernandez.

14          A     Yes.

15          Q     Other than the device you're using to

16    participate in this deposition, is there any other,

17    like, electronic device such as a phone or a desktop

18    computer or laptop?

19          A     A phone.

20          Q     Okay.  If you will, please silence your

21    phone and don't look at it while the questions are

22    pending, please.  And do you understand that you may

23    not consult with your attorneys during the deposition

24    while there is a question pending?

25          A     Yeah.
```

Michael Sean Rizzo

Page 10

1       Q    Okay.  What that means is no text, emails,
2   or otherwise communicating with your attorneys during
3   the deposition until you've answered a question.
4   Similarly, you should not be consulting with anyone
5   else during the deposition.
6            All right.  You're entitled to take a break,
7   and we'll plan a break for lunch if we need one if we
8   go that long.  If you need to take a break at any
9   point during the deposition, please let me know.
10  However, if we are in the middle of a question, I will
11  ask you to answer that question before the break.  Do
12  you understand?
13      A    Yes.
14      Q    Do you have any questions for me before we
15  begin?
16      A    Probably no.
17      Q    Okay.  I'll start with fitness to testify.
18  Do you suffer from any conditions, either mental or
19  physical, that might impair your ability to understand
20  my questions?
21      A    No.
22      Q    Have you taken any medication, prescription,
23  or otherwise in the last 24 hours?
24      A    No.
25      Q    Have you taken any controlled substances

Michael Sean Rizzo

Page 11

```
1     within the last 24 hours?
2         A     No.
3         Q     Have you consumed any alcoholic beverages
4     within the last 24 hours?
5         A     No.
6         Q     Are you aware of any reason that might
7     impair or prevent you from fully and truthfully
8     answering my questions today?
9         A     Other than sleep?  No.
10        Q     Earlier you stated your name was Michael
11    Sean Rizzo.  Is that correct?
12        A     Correct.
13        Q     Is that how your name appears on your birth
14    certificate?
15        A     Yeah.  Pretty sure.
16        Q     Have you ever been known by any other name
17    other than Michael Sean Rizzo?
18        A     No.
19        Q     Please state your place of birth.
20        A     What do you mean?
21        Q     Like, where were you born?
22        A     Address or --
23        Q     City and state.
24        A     I was born in New York and in Nassau, I
25    guess, I think.
```

Michael Sean Rizzo

Page 12

1        Q    And your date of birth?

2        A    08/07/74.

3        Q    Your current age?

4        A    Too old.  Fifty.

5        Q    What religion do you self-identify as?

6        A    I'm a Catholic.

7        Q    How long have you identified as a Catholic?

8        A    My whole life.

9        Q    Meaning since birth?

10        A    Yes.

11        Q    And how did your Catholic beliefs develop?

12        A    Started baptism.  I don't know what age.

13    And over my life, grew more and more.  Through, you

14    know, life experiences to what they are now and --

15        Q    Okay.  Are you currently a member of a

16    church?

17        A    Yes.

18        Q    What church?

19        A    Originally, Our Lady of Lourdes and now

20    Corpus Christi.

21        Q    How long have you been a member of Corpus

22    Christi?

23        A    Probably four years, maybe.

24        Q    Okay.  So since about 2021?

25        A    Yeah, maybe a little before that.

Michael Sean Rizzo

Page 13

1        Q    And you mentioned Lady of Lourdes.  Is that
2    a separate church than Corpus Christi?
3        A    Yes.
4        Q    Are you a member of that church as well?
5        A    No, I'm out of the neighborhood.
6        Q    I'm sorry.  What was that?
7        A    I'm not in the neighborhood anymore.
8        Q    Okay.  So you were a member of Corpus
9    Christi when you lived elsewhere?
10       A    Yeah.
11       Q    And where's Corpus Christi?
12       A    In Mineola.
13       Q    And what about Lady of Lourdes?  Where is
14   that?
15       A    That's in Queens Village.
16       Q    Have you ever been married?
17       A    No.
18       Q    Do you have any children?
19       A    No.
20       Q    And I believe you said you're currently --
21   are you currently living with your mother?
22       A    No, no.
23       Q    Okay.
24       A    No.
25       Q    Where do you currently live?

Michael Sean Rizzo

Page 14

```
 1        A     In Mineola.
 2        Q     I'm sorry if you stated it, but what is your
 3   current address where you live?
 4        A     436 Emory Road.
 5        Q     And that's Mineola, New York?
 6        A     Correct.
 7        Q     Are you -- is that a house or an apartment?
 8   What type of residence is that?
 9        A     House.
10        Q     Okay.  Do you own that home?
11        A     Yes.
12        Q     Do you have a mortgage?
13        A     Yes.
14        Q     How much is your monthly mortgage?
15        A     About -- about 2,000 now.
16        Q     And who pays the mortgage?
17        A     I do.
18        Q     Have you had any other addresses in the past
19   seven years?
20        A     Yeah.
21        Q     What are those other addresses?
22        A     The one in Queens, 9115 218th Place, Queens
23   Village.
24        Q     And what dates did you live there?  From
25   what date to what date?
```

Michael Sean Rizzo

Page 15

```
1        A     From birth to -- I don't -- I'm not really
2   sure because --
3        Q     Okay.  What's your highest --
4        A     It's been a while.
5              THE REPORTER:  I'm sorry.  What was
6   that?
7              MR. POOLE:  I'm sorry.  What was that
8   last --
9              THE WITNESS:  It's been a -- it's been
10  a while.  I'm not sure.  My -- my highest what?
11  BY MR. POOLE:
12       Q     Your highest level of education.  What's
13  your highest level of education?
14       A     High school.
15       Q     What's the name of your high school?
16       A     Benjamin Cardozo.
17       Q     And what year did you graduate?
18       A     I'm not sure.  I don't know.
19       Q     Okay.  You used to work at the New York City
20  Department of Sanitation.  Is that correct?
21       A     Yes.
22       Q     Did you work for any other city agency
23  before going to the New York City Department of
24  Sanitation?
25       A     I was in process of getting hired in a -- in
```

Michael Sean Rizzo

Page 16

1    a few different ones.  And I was -- I was in with the

2    fire department.  And then -- then I went to the

3    sanitation department.

4         Q    When you say you were in with the fire

5    department, does that mean you worked for the fire

6    department?

7         A    No, no, no.  I was in the process of the

8    hiring.  And then -- and then sanitation called.  Fire

9    department, I did everything except the last minute

10   they threw in college credits.

11        Q    Okay.  So other than the New York City

12   Department of Sanitation, have you worked for any

13   other city agency?

14        A    No.

15        Q    What was the date that you were hired to

16   work at the New York City Department of Sanitation?

17        A    September 5, 2000.

18        Q    And how old were you when you were hired in

19   2000?

20        A    Twenty-five.

21        Q    What was your title when you were hired by

22   the New York City Department of Sanitation?

23        A    Sanitation worker.

24        Q    Did you have to apply to become a sanitation

25   worker?

Michael Sean Rizzo

```
                                        Page 17
 1          A     Yes.
 2          Q     Did you have an interview?
 3          A     Yes.
 4          Q     And tell me why you chose to become a
 5     sanitation worker for the New York City Department of
 6     Sanitation?
 7          A     Benefits, security.
 8          Q     Did you have any other title other than
 9     sanitation worker while at the New York City
10     Department of Sanitation?
11          A     No.  I took the test -- I took the test with
12     for supervisor.  I made the list, but I -- I turned it
13     down.
14          Q     When you say took the test, do you mean the
15     Civil Service Exam?
16          A     Yeah.
17          Q     And you passed the Civil Service Exam?
18          A     Yeah.
19          Q     When did -- do you recall when you took the
20     Civil Service Exam for that?
21          A     No.
22          Q     So you said you passed, but you turned it
23     down.  Why did you turn it down?
24          A     I wasn't sure if I wanted to be in that
25     position, you know, just being the bad guy, writing
```

Michael Sean Rizzo

Page 18

```
 1    people up.  I -- I didn't feel that was for me.
 2         Q    Did you have to undergo any training to
 3    become a sanitation worker?
 4         A    Training?  Yeah.
 5         Q    What training did you have to undergo?
 6         A    All different kinds of stuff.  But to
 7    basically get on, you had to have your commercial
 8    driver's license with all your endorsements.  And then
 9    once you got on, they trained you for all kinds of
10    things.  Front end loaders, easy packs, the street
11    sweepers or wreckers, the snow melters, snow plows,
12    snow chains, all kind -- all numerous stuff.
13         Q    And did you have to undergo all of this
14    training before you were allowed to start your duties?
15         A    On those equipment, yeah.  On each
16    individual -- yeah.
17         Q    Okay.  So how long did it take you to finish
18    your training before you were allowed to start your
19    duties as a sanitation worker?
20         A    I think we were -- it was about a month on
21    Randall's Island.
22         Q    Okay.  And if you will, tell me what your
23    duties were as a sanitation worker.
24         A    It's -- it's a general -- it's whatever they
25    want you to do, pretty much.  And depending on your
```

Michael Sean Rizzo

Page 19

1    seniority, everything on the job was seniority, from

2    vacation picks to day-to-day jobs, where you work,

3    where you went out of town.  Each day, the operation

4    board would be set up.  The -- each borough would get

5    a notification from Manhattan borough where they

6    needed manpower.

7            And then the borough would pick and choose

8    what districts would move around, depending on the

9    manpower in the district.  And then by seniority, they

10   would send you to The Bronx, to Staten Island, to

11   Manhattan, wherever they needed you.  That -- that's

12   pretty much on a daily basis.  And you didn't know

13   what you were doing till about two -- about

14   one-thirty -- one-thirty the day before.

15           So if you were off the day, you would have

16   to call in every day to find out what -- where you

17   were going the next day, where you were going to show

18   up, what your job was.  And then when you become a

19   senior guy, you pretty much get your own route, pick

20   your route, and your partner and --

21       Q    Did you ever reach a point where you were

22   senior enough to have your own route?

23       A    Yes.

24       Q    Okay.  When did you get your own route?

25       A    A few years before I got fired.

Michael Sean Rizzo

```
                                      Page 20
 1        Q     Do you remember the specific year?
 2        A     Not offhand.
 3        Q     Was that route in a specific borough, or was
 4    it all over -- sorry.  Was that route in a specific
 5    borough?
 6        A     Yes, Bushwick.
 7        Q     What borough?
 8        A     Bushwick.
 9        Q     In Brooklyn?
10        A     Yes.
11        Q     So when you got that route, were you
12    assigned to Bushwick every day that you worked?
13        A     Even -- even with seniority, certain days,
14    even the number one guy had to go out of town, but
15    very rarely, like, in the snow.  Our district had
16    tissue guys, which were guys that couldn't go out of
17    town because they held a -- like, a tissue job, like,
18    the street sweepers.
19              Those guys were -- they would be locked into
20    the garage and the easy pack guys, that's the truck
21    with the forks on the front that would go to the
22    schools, pick up the big 8-yard containers and dump
23    them in.  If you had the tissue for that, you were
24    locked in.  So days -- days when it snowed, after they
25    started a new program, they would move the manpower to
```

Michael Sean Rizzo

                                        Page 21

1    the district that needed more help.

2            So every once in a -- as you were a senior

3    guy, every once in a while, you still would get

4    bounced out of town, but not as often, like -- like,

5    when I started on the job, I was basically never out

6    my district.  I lived out of my car.

7        Q    Okay.  A couple of questions based on that.

8    When you say bounced out of town, what do you mean?

9        A    You go to another district.  It could be --

10   it could be in Brooklyn, another district in Brooklyn.

11   It could be another -- in Brooklyn South, Queens, The

12   Bronx, Manhattan, Staten Island.

13       Q    Okay.  And did --

14       A    All five boroughs.  You can go anywhere in

15   all -- all five boroughs.  It was a, you know, it was

16   a city job and -- on a day-to-day basis, they would

17   find out -- like, say there was a parade going on in a

18   certain district or, you know, sometimes a storm hits

19   a -- one area more than the other, and they would ship

20   us out to another district.

21       Q    And you said you were basically living out

22   of your car.  Is that correct?

23       A    Yeah, yeah.

24       Q    You mean you were literally living in your

25   car?

Michael Sean Rizzo

Page 22

1        A     Not -- not as -- as a home, but when you're

2    working different shifts, doing round robins, you

3    work -- you'll work four to twelve one day, go home at

4    twelve o'clock at night, and you have to be back at

5    eight in the morning.  And then you work eight to

6    four, and then you would go home at four o'clock and

7    have to be back at twelve o'clock that same night.

8    You know, sometimes you wouldn't even bother going

9    home, especially in snowstorms, you -- you know?

10               To be reliable, you know, you would just

11   stay in your car, sleep on a couch.  I mean, that's --

12   and when you had no seniority, you -- you were all

13   over the city.  I mean, even one time, we were in The

14   Bronx, and we -- we had to come back to The Bronx the

15   next day, and we were like, "If we go home in the

16   snow, we're not going to make it back."  So we -- we

17   chipped in, we got a hotel, and we all piled into a

18   hotel, you know, just so we'd be able to make it back

19   in the morning to be reliable, you know?

20               And, you know, you kept all your uniforms in

21   your car because you were going out of town, so you

22   didn't -- you didn't have a locker in another garage,

23   you know?  So you kept everything in your car, and we

24   bounced around all over the place.

25         Q    Okay.  So when you start your shift, were

Michael Sean Rizzo

                                        Page 23

1    you required to report to any specific location?

2         A    Yeah, the operation board gets set up at

3    1:30; it locks at 1:30 the day before.  And so if you

4    were, like, off, and you have to call in and find out

5    where you were -- where you're going, you could go to

6    another district or whatever.  But the -- the

7    operation board wouldn't get set up until, like, 1:30,

8    and then the shift would end at 2 o'clock.  So --

9         Q    What's the operation board?

10        A    Now it's -- now it's on, like, a computer, a

11   big screen, whatever -- whatever.  But it used to be

12   an actual plexiglass board with rows, and they would

13   put your name under different assignments, and, you

14   know, it would be set up.  It -- it's -- it seems

15   complicated, but once you learn the board -- I might

16   have a picture if you want to see.

17        Q    No, that's okay.

18        A    Yeah --

19        Q    So it's a physical board?  It was a physical

20   board?

21        A    Yeah, yeah.  Your name would be on there.

22   It would have your seniority and all that stuff.  If

23   you were a section guy, if you were a driver, you

24   know, your -- your start date. Yeah.  I mean --

25        Q    Okay.  And where was the operation board?

Michael Sean Rizzo

                                        Page 24

1    Was it at a garage?

2         A    Yeah, each garage had their own operation

3    board of the guys that were in their garage.

4         Q    So is it fair to say you would start your

5    shift at a garage?

6         A    Yes.  You -- yeah.  You report to the garage

7    that you were assigned to for that day, wherever it

8    was, and sign in and then wait for your orders.

9         Q    Okay.  So --

10        A    And then being out of town, you always got

11   the worst jobs, because you're the out-of-towners.

12   You had the least seniority.

13        Q    Okay.  So --

14        A    Even if you had -- even if you had somebody

15   beat in seniority, but because you were at their job

16   at their district, they had you beat, so you got the

17   worst jobs.  Be out in the rain sweeping a corner,

18   shoveling snow off the highway, off an exit ramp or

19   stairs somewhere or --

20        Q    Okay.  So once you got to the garage on any

21   given day, what was the first thing that you were

22   required to do?

23        A    On any given day?

24        Q    Yeah.

25        A    Sign in.  You had to sign in on the sign-in

Michael Sean Rizzo

Page 25

1    sheet, find out -- you know, where -- you looked where
2    you were on the board.  And sometimes you were stuck.
3    Sometimes you had a chance to move.  If you had -- if
4    you had seniority over the out-of-town guys that were
5    there, you could use your seniority for just that
6    group.  And -- and then sometimes guys in the district
7    would jump off and want to do certain things, and
8    other things would open up.

9            And you never knew what you were doing on a
10   daily basis.  It was always just a gamble.  It was --
11   you could be working on baskets.  You could be
12   sweeping corners.  You could be working on a broom.
13   You could be collecting garbage, recycling.  It was
14   a -- it was a day-to-day basis.  It was just so many
15   different things to do.  People call us garbage men,
16   but, you know, it's -- it's not just that.  It is so
17   many different things.  Schools.  Highways.
18   Dump-outs.
19        Q    When you got to the garage, were you
20   required to put on your uniform then?
21        A    No.  You -- but you had to be in uniform by
22   roll call.
23        Q    Okay.  So were there locker rooms at the
24   garage?
25        A    Yeah.  You could use the locker rooms, but

Michael Sean Rizzo

Page 26

1    you didn't have a locker if you were out of town.  If
2    you were in your garage, you had a locker, you know?
3    Some guys would just change out in the parking lot.
4         Q    Okay.  And so in the locker room, would
5    there be multiple sanitation workers changing at once,
6    or would you typically be by yourself?
7         A    Oh, no.  It's everybody.  No -- no separate
8    rooms or anything.  Some of the showers were all
9    together, too.
10        Q    So there were showers as well?
11        A    Yeah, yeah.
12        Q    And were the showers connected to the locker
13   rooms?
14        A    Yes.  Well, it -- then -- then again, it
15   depends on the district.  A lot of the buildings were
16   condemned.  And we weren't even supposed to be in
17   them, but the city gets away with it -- what they get
18   away with.
19        Q    What do you mean the buildings were
20   condemned?  The Department of Sanitation buildings?
21        A    Yeah.  A lot of the buildings.  My -- my
22   building that I first started in was condemned.  They
23   finally did a redo over it, but the toilets didn't
24   work.  The sewers would back up.  There'd be toilet
25   water all over the floor, all over the locker room.

Michael Sean Rizzo

Page 27

1    Guys would refuse to use it, arguing back and forth,

2    union involved.  But we were garbage men, so that's

3    how we were treated.

4         Q    Okay.  When you were assigned to Bushwick,

5    were you assigned to any specific garage?

6         A    Yeah, it was Brooklyn North 4.

7         Q    Did Brooklyn North 4 have a locker room?

8         A    Yes.

9         Q    And what about a shower?  Did it have a

10   working shower?

11        A    Yes.

12        Q    Did you --

13        A    Yeah, where I -- where I first originally

14   started, that was the building that was, like, in bad

15   shape.  We moved out of that.  We moved into a new

16   location on Varick Street.  That's where the -- the

17   borough and Brooklyn North 1 is.  It's all three

18   combined in one building.  And then they redid the old

19   building, and they moved the BK3 into that building.

20        Q    All right.  And when you were assigned a

21   route, were you assigned the same partner every day,

22   or was it a different set of sanitation workers each

23   day?

24        A    It -- it depended until you got up there in

25   seniority that you would have your regular partner all

Michael Sean Rizzo

                                        Page 28

1    the time.  A lot of guys would try to take the -- get

2    the same day off, you know, and they would be off

3    together and stuff like that.  But when they were off,

4    somebody else would fill in.  Depending on your

5    seniority, your route wouldn't go out every day.  So

6    you would -- what happened?  I thought this can't

7    happen.  I could just hit End.

8         Q    We can still see and hear you.

9         A    Okay.  Someone's calling.  There you are.

10        Q    Okay.  Did you ever get to a point where you

11   were senior enough to have your own partner, the same

12   partner every day?

13        A    Yep.

14        Q    Who was that partner?

15        A    I had multiple ones because they were all

16   senior guys retiring.  I had Lopez.  After Lopez, I

17   had Landon.  And then after Landon, I was supposed to

18   get -- I forget his name.  Oh, Valencia.  Landon's

19   first name was Ronald, and Lopez's first name was

20   Alex.

21        Q    And what about Valencia?  Do you know that

22   person's first name?

23        A    No, I -- I didn't.  I wasn't with him long.

24        Q    Okay.  Do you have any tattoos, Mr. Rizzo?

25        A    No.

Michael Sean Rizzo

```
                                          Page 29
 1          Q     Have you ever had any tattoos?
 2          A     Nope.
 3          Q     What about body piercings?  Do you have any
 4     body piercings?
 5          A     Nope, never.
 6          Q     Do you take any prescription drugs?
 7          A     No.
 8          Q     Do you consume alcohol?
 9          A     No.
10          Q     Have you ever consumed alcohol?
11          A     Maybe a few times when I was a kid,
12     experimenting, and that's it.
13          Q     When you say you were a kid, what does that
14     mean?
15          A     Teenager.
16          Q     Okay.  When was the last time you consumed
17     alcohol?
18          A     I'm not really sure.  I cannot say.
19          Q     Okay.  Do you ever use marijuana?
20          A     No.
21          Q     Have you ever used marijuana?
22          A     No.
23          Q     Have you ever used any non-prescription
24     drug?
25          A     No.
```

Michael Sean Rizzo

Page 30

```
 1        Q    Have you ever used any controlled substance
 2   of any kind?
 3        A    No.
 4        Q    Okay.  Are you currently employed?
 5        A    No.
 6        Q    How are you supporting yourself financially?
 7        A    Mostly from what I'm getting in a pension.
 8   And then I worked with a few people here and there,
 9   but nothing -- nothing worked out of that.
10        Q    Okay.  So when you say pension, are you
11   being paid monthly for your pension?
12        A    Yeah, now I am.
13        Q    How much are you receiving monthly from your
14   pension?
15        A    I think it's, like, 4-something.  I don't --
16   I'm not -- I'm not really sure.  It's direct
17   deposited.
18        Q    And when you say 4-something, is that 400 or
19   4,000?
20        A    4,000.
21        Q    And you mentioned that you work sometimes
22   here and there.  Can you explain what you mean by
23   that?
24        A    I tried working for some people, but it just
25   didn't work out.
```

Michael Sean Rizzo

                                                    Page 31

 1          Q     Okay.  Going back to the pension -- I'm
 2    sorry.  When did you start receiving pension payments?
 3          A     I was getting temporary ones.  And then as
 4    of last, I want to say July-ish, they finalized it.
 5    But without me, and I don't know how they did that,
 6    because I wasn't ready to finalize it.
 7          Q     When you say finalize, what do you mean?
 8          A     Sign all the paperwork, get it notarized,
 9    pick -- pick my beneficiary, because I was trying
10    to -- I was trying to wait to get married first.  And,
11    you know, because once -- once it's finalized, it's
12    finalized, and you can't make changes on it.
13          Q     Okay.  And you said they did it.  Who is the
14    "they" you're referring to?
15          A     I have no idea.  I just got a letter saying
16    "Congratulations, your thing was finalized."  The last
17    time I heard from them, they said that I needed to
18    pick who I was going to put on as my, you know,
19    beneficiary.  But I needed to either show a marriage
20    license or a birth certificate.  And at that time, I
21    didn't have nothing, so I was hoping to stall it, so
22    at least I can get married first.
23                And at least put my wife, if I couldn't put
24    my kids on, I could at least put my wife on.  And that
25    got destroyed.

Michael Sean Rizzo

```
                                        Page 32

 1        Q     Okay.  And did you receive this notice via
 2   letter?
 3        A     Yes.
 4        Q     Okay.  Who was the letter from?
 5        A     The retirement panel, the -- NYCIS [ph].
 6        Q     When did you receive this letter from NYCIS
 7   [ph] that told you that your pension was finalized, as
 8   you say?
 9        A     I think it was July.  I think it was around
10   July.
11        Q     Of 2024?
12        A     Yes.
13        Q     So before July of 2024, were you receiving
14   any money from your pension?
15        A     Yeah, they were giving me, like, an
16   estimated amount.
17        Q     Do you recall what that estimated amount
18   was?
19        A     Not offhand.
20        Q     When did you start receiving that estimated
21   amount?
22        A     I think the -- the summer of the year
23   before.
24        Q     So is that the summer of 2023?
25        A     No -- I'm not sure.  No, it was -- I think
```

Michael Sean Rizzo

Page 33

1    it had to be 2022.

2         Q    Okay.  So you first started receiving an

3    estimated amount from your pension in the summer of

4    2022?

5         A    Yeah.

6         Q    And do you recall how much that was?

7         A    They threw so many numbers.  There was,

8    like, I -- I don't -- I don't really remember, but it

9    was being direct deposited.  But, yeah, I'm not -- I'm

10   not really too sure.

11        Q    Other than your pension, are you receiving

12   money from any other source?

13        A    At this point, no.

14        Q    All right.  Since you were terminated, have

15   you received money from any other source other than

16   your pension?

17        A    Not really, no.

18        Q    So during your employment with the New York

19   City Department of Sanitation, were you ever

20   disciplined?

21             MR. MERMIGIS:  Objection as to form.

22             THE WITNESS:  What?  Form.

23             MR. MERMIGIS:  You can answer.

24             THE WITNESS:  Oh, well, a lot of things

25   are personal.  You get on somebody's wrong side.  They

Michael Sean Rizzo

Page 34

1    tried to, but I was never -- I -- I was written up,
2    but everything was thrown out, from what I remember.
3    I don't think I've ever -- I don't think any of my
4    complaints ever stuck or I never -- I never had any
5    bad time, never suspended for anything.  Like, if you
6    were -- if you were wearing the wrong hat and the guy
7    didn't like you -- you -- he would use that to go
8    after you or write you up for a hat or something.
9                   Or, at one point, I was a night shop
10   steward.  So I -- I did a lot of standing up for a lot
11   of the new guys that were getting picked on and stuff.
12   And they tried to retaliate on me with that.  But that
13   all got thrown out.  But, you know, nothing -- I never
14   got -- never -- I went to trial and nothing stuck.
15   Everything was let go.
16   BY MR. POOLE:
17        Q    Have you ever at any time been accused of
18   discrimination by another employee of the City of New
19   York?
20        A    Never.
21        Q    Okay.  I'd like to swing back to your duties
22   as a sanitation worker.  Were you ever assigned any
23   equipment to use as a sanitation worker?
24        A    Always.
25        Q    Okay.  What equipment were you assigned to

Michael Sean Rizzo

Page 35

1   use?

2       A    Garbage trucks, easy packs, wrecker, front

3   end loaders, personal car, like -- just, you know,

4   cars and SUVs and stuff like that.  Supervisor

5   vehicles, vans.  I mean, basically whatever you were

6   doing for the day that, you know?  You would sign out

7   a vehicle.

8       Q    What about uniform?  What did the uniform

9   consist of?

10      A    Changed over the years.  When I came on, it

11  was green and orange stripe.  That's how you know

12  you're old.  And the patch was the old-fashioned

13  orange patch.  When I came in, they started

14  introducing a more -- more reflectant strip on the

15  back, like, a neon greenish.  And then that was --

16  that was for a while.  The T-shirt was just a green

17  T-shirt.

18           Right now, it's, like, a neon green, which

19  is funny because when guys wore neon green for their

20  safety, they would get, like, a safety vest that's now

21  required by law, they would get written up for it.

22  But, yeah, I mean, they -- they went into more safety

23  now than it used to be.  It used to be just dark

24  forest green.

25      Q    What about gloves?  Does the uniform include

Michael Sean Rizzo

Page 36

1    gloves?

2         A    No, that's your own responsibility.  You pay

3    for it yourself.

4         Q    When you were a sanitation worker, did you

5    use gloves?

6         A    Lots of them.

7         Q    Did you use gloves every day?

8         A    Mostly, yeah, unless, like, certain things

9    you didn't need them.  But, like, if you were out on

10   garbage or something, sometimes you'd forget to bring

11   them, you'd go buy a pair in the store.  But, yeah,

12   you know, when you were on garbage, you -- you had

13   gloves.

14              I mean, if you're working in the garage, I

15   mean, depending on what you were doing, if you were

16   changing a tire or something, some guys would wear

17   gloves, some guys wouldn't.  If you were putting

18   chains on, you know, in the garage.  Yeah, it depends

19   on what you were doing, you know?  Most of the time,

20   yes.

21        Q    Okay.  I'm now going to ask you some

22   questions about the COVID pandemic.  Do you recall

23   when the COVID-19 pandemic began in March of 2020?

24        A    Yeah.

25        Q    Were you employed by sanitation at that

Michael Sean Rizzo

Page 37

1    time?

2          A    Yep.

3          Q    And at that time, were you assigned to

4    Bushwick?

5          A    Yep.

6          Q    Were you given any additional duties due to

7    the pandemic?

8          A    Due to it?  No.

9          Q    Did the New York City Department of

10   Sanitations institute any safety regulations to

11   prevent the spread of COVID amongst its workforce?

12         A    I would say -- some things, yeah, some

13   things bare minimal.  As for gloves and masks, hand

14   sanitizer, no.  I tried to get them to have hand

15   sanitizer.  They said that they're no longer putting

16   it out because somebody stole -- somebody stole it out

17   of the hand sanitizer.  So I took the hand sanitizer

18   dispenser down, and I put it in the office so it was

19   being monitored at all time, and they still refused to

20   fill it.

21         Q    Okay.  So you said, yeah.  Your answer was,

22   yeah, they did do some things.  What were the things

23   that they did do?

24         A    They split the shift up so not so many

25   people one place, one location all the time.  And then

Michael Sean Rizzo

Page 38

1    if you went out of town, you weren't allowed to go

2    into out-of-town's district because the out-of-towners

3    didn't want out-of-towners -- other out-of-towners in

4    their district to get them sick.

5            But, for the most part, as a garage, most of

6    the guys, they really didn't care.  Most guys didn't

7    wear masks.  Most guys didn't worry about it.  And --

8    but it got to the point where they actually just

9    started telling guys, "Finish the route and go home."

10   It was good times.

11       Q    Was social distancing required in the

12   garages?

13       A    Absolutely not.

14       Q    And you said that no one -- I'm sorry.  You

15   said that people were or were not required to wear

16   masks in the garages?

17       A    Not required.

18       Q    What about on the trucks?

19       A    I mean, technically, that's what the

20   teletypes would come out and say, but teletypes would

21   never get read.  Orders would never get read.  They

22   were supposed to be read at roll call.  It would never

23   happen, depending on who the foreman was.  If he was

24   lazy, he didn't want to read anything out to no guys,

25   he would just hand out paperwork for everyone's

Michael Sean Rizzo

Page 39

1    details.

2             And that's it.  So a lot of times you didn't

3    even know what was going on unless you went looking

4    for it yourself.

5        Q    When you say teletype, what do you mean?

6        A    You're not too old, are you?  Teletype was,

7    like, I guess, the old-fashioned -- where you would

8    get messages, and it was, like, a printer, and the

9    paper had the edges that peeled off with the little

10   holes on it.  Jim's got to know that.

11       Q    And so what would the teletype say about

12   wearing masks during the pandemic?

13       A    It was just the basic guidelines, like,

14   "Wash your hands.  Keep your distance."  It -- it

15   would come down from Manhattan, you know, down the

16   chain.  Everything was chain of command, but nothing

17   was ever enforced.

18       Q    Do you ever recall seeing a teletype

19   suggesting that sanitation workers wear masks during

20   their duty?

21       A    Personally, no, but I'm sure it probably

22   was.

23       Q    Okay.  So during the COVID-19 pandemic, did

24   any of your partners contract COVID-19?

25       A    Yeah, a lot of them, multiple times.

Michael Sean Rizzo

Page 40

1        Q    So people that you were assigned to Bushwick

2    with contracted COVID-19 while you were a sanitation

3    worker there?

4        A    Absolutely.

5        Q    Did you --

6        A    Worked with them.  And then the city, when

7    they found out when guys got sick, they wouldn't even

8    tell the guys that worked with them that day that the

9    guy was sick because they have to follow -- I don't

10   know, what is that?  The health HIPAA or whatever.  So

11   instead of -- instead of letting them tell the person,

12   "Hey, you worked with this guy.  He came down with

13   COVID, you might want to stay away from your family,"

14   or something like that.

15            They would -- the city's policy was not to

16   let the person know.  You -- you would only find out

17   if the guy was like, "Hey, I worked with you

18   yesterday.  I came down with COVID."  So --

19       Q    And so would that happen?  Would sanitation

20   workers call you and let you know that they had COVID?

21       A    Some guys, if they had decency.  Other guys,

22   you'd just hear it through the grapevine.

23       Q    And when they had COVID, were they still

24   allowed to work?

25       A    Basically, I would say yes.  But if you got

Michael Sean Rizzo

Page 41

1    COVID, you would have to stay off.  You got to stay

2    home for, like -- I forgot how many days.  So guys

3    were, like, looking to get sick.  But it was, like --

4    it was, like, it turned into, "Oh, if I get sick, if I

5    come up positive, I'll just stay home, you know."

6         Q    And while you were working at the Department

7    of Sanitation, did you ever contract COVID-19?

8         A    Yes.

9         Q    When was that?

10        A    January of 2020.

11        Q    And when you contracted COVID-19, did you

12   notify the Department of Sanitation?

13        A    Didn't know it.  Didn't know it at the time.

14   It wasn't -- supposedly it wasn't out.  Everyone in --

15   in my aisle, in my locker room started dropping like

16   flies.  Going down, getting sick, and everyone, like,

17   thought it was the flu because it was supposed to be a

18   bad flu season that year.  And I normally don't get

19   sick.

20             And then later, I guess it was the -- the

21   week after, I was in bed.  I woke up in the middle of

22   the night coughing my brains out.  I never experienced

23   anything like that in my life.  Could not stop

24   coughing.  Dry.  Horrible.  Sweating like I've never

25   sweated before in my life.  Ringing my -- I -- I

Michael Sean Rizzo

Page 42

1    changed my clothes about four times that night.  And I
2    just figured, "All right.  I got the flu."  And I
3    checked my -- I was monitoring my -- my fever.
4              A couple of days later, the fever broke.
5    Then I -- when I checked my fever, it was very low.
6    So then I -- that's when I got worried because I
7    thought maybe I had a blood infection.  Because, you
8    know, low -- too low temperature.  It was just that
9    my -- I guess my thermometer was -- I was actually
10   hotter than I thought I was at the time.  But, yeah,
11   you know, a couple of days later it passed.  But I
12   never felt the same after that.  And lightheaded for a
13   while.
14             And then I took some easy jobs when I first
15   came in -- came back.  I was working at the salt mine,
16   piling the -- the salt, getting the salt deliveries.
17   That was one of the details that I specialized in that
18   they would use me for.  Not too many guys were trained
19   to pile the salt up on the -- you know, up under the
20   salt tent.
21        Q    Okay
22        A    Build a ramp and drive up.  So I -- I did
23   that for a while because I wasn't feeling myself.
24   And, you know, I didn't want to be, like, over --
25   overdoing myself, you know, right after being sick.

Michael Sean Rizzo

Page 43

```
 1   So --
 2        Q    Okay.  So how did you --
 3        A    And then I never got sick again.
 4        Q    Okay.  Thank you.  How did you come to know
 5   that what you had in January of 2020 was COVID-19?
 6        A    Afterwards, when I asked my doctor, he
 7   said -- he said, "Yeah, you had it."  He didn't check
 8   for it, but he was worried about me.  So he -- he
 9   ordered tests on me for my lungs and everything.  And
10   when the test came back, he was, like, "Yeah, you
11   definitely had it."
12        Q    Did you have to take off work while you had
13   it?
14        A    Yeah.  I don't know if it was like -- I
15   think it was -- it might have been linked with my day
16   off, so it might have been only, like, three days off
17   or something like that.  And then I don't remember.
18   It was a while back.  But, yeah, I did -- I did -- I
19   was sick.  I had to call in sick.  One of the rare
20   times.
21              MR. POOLE:  Okay.  We've been going
22   about an hour.  I need a short break, only about five
23   minutes.  Mr. Rizzo, do you need a break?
24              THE WITNESS:  Break is okay.
25              MR. POOLE:  Okay.  How much -- would
```

Michael Sean Rizzo

Page 44

1    you, like, ten minutes?

2                    THE WITNESS:  Whatever you need.

3    Whatever you need.

4                    MR. POOLE:  Okay.  Why don't we take a

5    ten-minute break?

6                    THE WITNESS:  Okay.

7                    THE REPORTER:  We are now off the

8    record at 11:13.

9                    (Off the record.)

10                    THE REPORTER:  We are now on the record

11    at 11:28 a.m.

12                    MR. POOLE:  Okay.  Ms. Dominguez, could

13    we show Mr. Rizzo Exhibit A, please?

14                    (Defendant Exhibit A was marked for

15                    identification.)

16                    THE REPORTER:  Yes.  Standby.

17                    UNIDENTIFIED SPEAKER:  I didn't know

18    there was going to be exhibits.  Reporter has started.

19                    THE REPORTER:  Can everybody see that?

20                    MR. POOLE:  I can.

21                    THE REPORTER:  All right.

22                    THE WITNESS:  Barely.

23                    THE REPORTER:  -- you're on a small

24    screen.

25                    MR. POOLE:  Mr. Rizzo, are you able to

Michael Sean Rizzo

Page 45

```
1    see --
2                  Oh, I'm sorry, Ms. Dominguez.  Let me
3    know when you're ready.
4                  THE REPORTER:  I'm ready.
5    BY MR. POOLE:
6         Q    Okay.  Mr. Rizzo, are you able to see the
7    document that's on the screen right now?
8         A    Yes, sir.
9         Q    Can you tell -- do you recognize it?
10        A    That's my -- I guess my -- I don't know what
11   it's called.  My lawsuit.
12        Q    Okay.
13        A    I don't know what that -- that's my thing;
14   right?
15        Q    Is it your complaint?
16        A    Yeah.
17        Q    Okay.  Do you recall signing this complaint?
18                  MR. POOLE:  Ms. Dominguez, if you will
19   scroll to the last page.
20                  THE REPORTER:  Okay.
21   BY MR. POOLE:
22        Q    Mr. Rizzo, do you see this page here?
23        A    Yep.
24        Q    Is that your signature?
25        A    Yep.
```

Michael Sean Rizzo

```
                                        Page 46
 1        Q    Okay.  So do you recall signing this
 2   complaint?
 3        A    I meant to say yes.  Sorry about that.
 4        Q    That's okay.  And did you review the
 5   complaint before signing?
 6        A    Yeah.  Yes.
 7        Q    Okay.  And is it your understanding that all
 8   of the statements in the complaint are true and
 9   accurate to the best of your knowledge?
10        A    Yes.
11                  MR. POOLE:  Okay.  Thank you.
12                  Ms. Dominguez, could we scroll to
13   paragraph 36, please?  Thank you.
14   BY MR. POOLE:
15        Q    Mr. Rizzo, are you able to see paragraph 36?
16        A    Yep.  The top line?
17        Q    Yes.  If you wouldn't mind, would you read
18   that for us onto the record?
19        A    "On October 20, 2021, Dave" -- I don't know
20   how to say his last name -- "Chokshi" --
21        Q    Sure.  That's fine.
22        A    "The New York City Commissioner of Health
23   and Mental Hygiene, issued an Order ("Vaccine
24   Mandate") requiring employees of New York City ("City
25   Workers") to receive a COVID-19 vaccine shot [sic] by
```

Michael Sean Rizzo

Page 47

1    October 29, 2021."

2         Q    Thank you, Mr. Rizzo.  And do you recall

3    receiving notice of the order that you just

4    referenced?

5         A    There was a lot of different orders.  They

6    just kept changing them.  The union had a deal with

7    them that they weren't going to force people to get a

8    vaccine, that we would be able to just test, do weekly

9    testing.  And that's what the -- the union told

10   everybody.  Then a week later, they started enforcing

11   it for the civilian workforce in the department.  And

12   then they went ahead and they -- they, you know, went

13   with the -- the whole force.

14        Q    Okay.  Let's go back just a little bit.  So

15   my question is, do you recall receiving notice of this

16   October 20, 2021 order that you referenced at

17   paragraph 36?

18        A    Yes.

19        Q    Okay.  And how did you receive that notice?

20        A    I don't -- I don't know.  Probably through

21   an uproar in the garage.

22        Q    And when you say uproar in the garage, what

23   do you mean?

24        A    Because people in the union, the union guys

25   were told one thing and then -- then this.  And I

Michael Sean Rizzo

Page 48

```
1    don't remember what day when I came in and heard about
2    it.  But I don't -- I don't know if it was right at a
3    roll call or if it was -- it might have been, like, on
4    the -- where you sign in on the countertop or
5    something like that.
6         Q    Okay.
7         A    Yeah.
8         Q    When you first heard about it, did you
9    understand what the order meant?
10        A    Not really.  I was confused.
11        Q    Okay.  Did you ask anyone at sanitation for
12   clarification?
13        A    Yeah.
14        Q    Okay.  Who did you ask for clarification?
15        A    The people in the office, the shop stewards,
16   the union.
17        Q    Okay.  What, if anything, were you told in
18   response?
19        A    Well, me personally, I -- when I called the
20   union and I told them how I felt, they gave me a
21   number to call.  I called that number.  The lady that
22   I spoke to wasn't too helpful.  It seemed like I was
23   bothering her.  She told me -- I asked -- I asked if I
24   can get an application for a religious exemption.
25              She told me, "Oh, you have to submit an
```

Michael Sean Rizzo

Page 49

```
 1    email."  I told her -- I said, "I can't just get a
 2    form?"  I was, like, "Everything is, like, forms."
 3    They're like, "No, nothing, you know, everything's
 4    email now."  I said, "I don't have an email.  I don't
 5    really know how to do that.  Can somebody walk me
 6    through it?"  She says, "Oh, no, it's easy.  It's
 7    really easy.  You can do it.  All you have to do
 8    is" -- she gave me where I send it.
 9            She goes, "You just put in your name, where
10    you work, what your religion is, and just why, you
11    know, why you feel the way you feel, you know," and so
12    I got off the phone with her.  And I wasn't
13    comfortable with that.  So I called.  I said, "Let me
14    call back and see if I get another person."  The other
15    person was a little more understanding, nice,
16    whatever.  She walked me through it a little better.
17        Q    Okay.  Let's --
18        A    So that's -- you know, then I -- I sent in
19    my -- my request sometime after that.
20        Q    Okay.  So I'd like to back up and slow down
21    just a little bit.  Okay.  So you said you called the
22    union and told them how you felt.  Is that correct?
23        A    Yes.
24        Q    Okay.  When you say told them how you felt,
25    what do you mean?
```

Michael Sean Rizzo

Page 50

```
 1        A    I told them that due to my religion, I
 2   wasn't going to be able to accept getting vaccinated
 3   and they were like, "No problem.  You just have to" --
 4   "you just got to apply for a religious exemption."
 5   And they made it like it was no big deal.  Like it was
 6   going to be, "Yeah, you just, you know, you apply and
 7   whatever."  And, you know, they -- they made it, you
 8   know, like, it was no big deal.  Nothing -- nothing,
 9   you know?
10        Q    Okay.  And when did you have this
11   conversation with your union?
12        A    I -- I have no idea, but sometime in that
13   period.
14        Q    Okay.  Do you recall who you spoke with at
15   the union?
16        A    I spoke to a couple of guys, maybe someone
17   down in union hall and then possibly the delegate
18   afterwards that has Brooklyn North.  He's the one -- I
19   think they -- I think he's the one that called me back
20   and gave me the number.
21        Q    And what specifically did the union tell you
22   about getting an exemption?
23        A    Just to call that number, that's the
24   department that handles it.
25        Q    And did you call the number?
```

Michael Sean Rizzo

1        A      Absolutely.

2        Q      Okay.

3        A      Twice.

4        Q      And what happened when you called the

5    number?

6        A      The lady, the first lady was -- I -- I asked

7    if I -- if there was an application.  She said, "No,

8    you have to do it online."  I tried to explain to her

9    I -- I have very little knowledge of online stuff.  I

10   told her "I don't really have a computer or anything."

11   She was like, "Oh, well, you could do it on any

12   computer."  And, "Oh, you could find someone to help

13   you.  It's not hard, you know?  And all you have to do

14   is you put your name, where you work."

15            I don't know if -- it might have been, like,

16   the start date or something like that.  My -- my, you

17   know, my start date for the job, maybe; I'm not sure.

18   But it was, like -- it was supposed to be just a

19   simple process.  You put -- you put your reasoning,

20   you put your religion, you put your name, you put your

21   district, you know, and -- and that was it.  And --

22   and I kept -- well, can't -- there's nothing I could

23   fill out.

24            And she was like, "No, you have to do it

25   online."  So I -- I think I waited, like -- I don't

Michael Sean Rizzo

Page 52

1    know, like, maybe 20, 30 minutes or something.  And I

2    said, "You know what?  Let me call again," because

3    sometimes you get people that don't want to help, you

4    know?  They just -- they're just not helpful.  So I

5    thought maybe I'll get somebody else.  And the lady

6    was nice, and she spent more time on the phone with

7    me.

8              And she was just telling me how to -- how to

9    do -- you know, how to, you know, do the email, how

10   to -- you know, how to, you know -- she was walking me

11   through like, "Oh, you just do this.  You do this.

12   You go to whatever the email address was.  You send it

13   in, you put your name, whatever, whatever."  She was,

14   like, "It's very easy."  So, you know, I -- I got off

15   the phone with her and then, you know, I attempted

16   what I thought was good, and it wasn't.  So --

17        Q    And the lady that you're referring to, did

18   she work for the union that you're referencing?

19        A    No, no, she worked -- I -- I would assume --

20   I don't remember.  I don't know if it was EEOC or

21   Human Resources or something like that.  I -- I

22   don't -- it might have been, like, EEOC or something

23   like that division or something.  I'm not -- I'm not

24   100 percent sure, but I -- I -- it was -- it was -- it

25   had nothing to do with the union.

Michael Sean Rizzo

```
                                            Page 53
 1              And it wasn't, like, immediate supervisors
 2     or anything like that, like, the borough or something
 3     like that.  It was -- it was, like, directly to who
 4     was handling it.
 5          Q    Okay.  So was this handled by the Department
 6     of Sanitation?
 7          A    I believe so, yes.
 8          Q    Okay.  And you mentioned that she said to do
 9     it online.  Is that correct?
10          A    Yes, I had to -- well, I had to -- I had to
11     send an email, they said.  I couldn't do it verbally,
12     and I couldn't fill nothing out.  It had to be an
13     email.
14          Q    And did she tell you to whom to send an
15     email to?
16          A    Yeah, the -- whatever the email address that
17     I sent it to.
18                    MR. POOLE:  Thank you.
19                    Ms. Dominguez, could we please show
20     Mr. Rizzo Exhibit B?  All right.  Thank you.
21                    (Defendant Exhibit B was marked for
22                    identification.)
23     BY MR. POOLE:
24          Q    Mr. Rizzo, this is what we're calling
25     Defendants' Exhibit B for the deposition transcript.
```

Michael Sean Rizzo

Page 54

1    Are you able to see it?

2         A    Yes, sir.

3         Q    Okay.  Do you recognize it?

4         A    Yep.

5         Q    Can you tell us what the date of this

6    document is?

7         A    I don't know.

8         Q    Okay.

9         A    There's -- there's two dates.  One's October

10   26th and one's October 27th.

11        Q    That's fine.  Can you tell us what this is?

12        A    That's my -- "To whom it may concern," first

13   request that they told me to write.

14        Q    Okay.  So did you author this email?  Did

15   you write this email?

16        A    Yes.

17        Q    And what was the purpose of this email?

18        A    Explaining my -- my situation.

19        Q    Okay.  And when you say your situation, what

20   do you mean?

21        A    The predicament that I was being put in and

22   asking, filing -- filing for my request.  What

23   happened here?

24        Q    Okay.  And thank you.  When you say

25   predicament, can you explain to me exactly what that

Michael Sean Rizzo

Page 55

1   is?  What you mean by predicament?

2        A    Like, how I -- how I, you know, felt.  My --

3   my concerns.

4        Q    Okay.  Concerns about what?

5        A    About -- about my religion.

6        Q    Okay.  When you received notice of the

7   vaccine mandate, Mr. Rizzo, were you able to get

8   vaccinated?

9        A    Was I able to?  Yes.

10             MR. MERMIGIS:  Objection as to form.

11             MR. POOLE:  Oh, I'll rephrase.

12   BY MR. POOLE:

13        Q    When you received notice of the vaccine

14   mandate, did you get vaccinated?

15        A    No.

16        Q    Okay.  And tell me why not?

17        A    Because of my -- my religious beliefs.

18        Q    Okay.

19        A    Which I -- which I was asking for and

20   voicing --

21        Q    Okay.  So tell me what your religious belief

22   is that prevented you from getting vaccinated against

23   COVID-19.

24        A    Well, the vaccination being derived of a

25   fetal -- it's -- it's disturbing to me, and I -- I'm

Michael Sean Rizzo

Page 56

1    totally against abortions.  And I -- I feel it's

2    disgusting.  I -- it basically -- you know, if I had

3    anything to do with that, it would just violate my

4    conscience.  And it's just something that I'm very

5    uncomfortable with.

6         Q    Okay.  When you say "If I had anything to do

7    with that," do you mean abortion?

8         A    Yes.

9         Q    And I believe you said, "I'm against

10   abortion."  Is that correct?

11        A    Yes.

12        Q    Okay.  So looking at what's on the screen,

13   Exhibit B, can you look at it and tell me if this

14   email mentions abortion?

15        A    I don't -- I don't think it has to, but no,

16   it's about my religion.

17        Q    Okay.  And looking at this email marked as

18   Exhibit B, is there any portion of this email that you

19   did not write?

20        A    Of course.

21        Q    Okay.  Which part is that?

22        A    Where I'm -- where I'm giving guidance.

23        Q    Okay.  Which part is that?  Is that the

24   first paragraph that starts "I am respectfully

25   requesting an exemption"?

Michael Sean Rizzo

Page 57

```
 1          A     No.

 2          Q     Okay.  Is it the second paragraph that says

 3    "I am and have been a practicing Catholic from birth"?

 4          A     No.

 5          Q     Okay.  Is it the third paragraph that starts

 6    "The Church treasures its teachings on the sanctity of

 7    conscience"?

 8          A     That's what the church teaches.

 9          Q     Okay.  But did you write this paragraph

10    yourself or --

11          A     That's -- I didn't write it, but I wrote it.

12    That's a -- that's a well-known -- I didn't -- I

13    didn't come up with it.  It's a well-known -- and then

14    the St. Paul underneath, same thing.  That's just --

15          Q     Okay.  You said --

16                MR. MERMIGIS:  Can I just interject one

17    second, Rodalton?

18                I think you misunderstood the question.

19                You're just asking if he typed that;

20    right?

21                MR. POOLE:  Correct.

22                MR. MERMIGIS:  Yeah.  He's

23    misunderstanding.  I think what he thinks is St. Paul

24    wrote that, you know, when you're asking him, did you

25    write that?  He's assuming -- he doesn't want to say
```

Michael Sean Rizzo

```
1    that he wrote it when St. Paul wrote it.  You know
2    what I'm saying?
3                    MR. POOLE:  Yeah, I understand.
4                    MR. MERMIGIS:  But I think what you're
5    asking him, Rodalton, is whether or not he actually
6    wrote this email.  Is that correct?
7                    MR. POOLE:  Yeah.
8                    MR. MERMIGIS:  Am I understanding it
9    correct?
10                   MR. POOLE:  Yes.  So I'll rephrase.
11   Thank you, James.
12                   MR. MERMIGIS:  All right.
13   BY MR. POOLE:
14       Q    Mr. Rizzo, let's focus on the paragraph that
15   says "The Church treasures its teachings on the
16   sanctity of conscience."  Okay.  So my question is,
17   did you construct this paragraph yourself, or did you
18   take it from some, some other source?  Meaning, did
19   you cut and paste it from some other source?
20       A    I didn't -- no.  I didn't cut and paste.
21       Q    Okay.  So this is your own writing.  The
22   second paragraph?
23                   MR. MERMIGIS:  Which paragraph are you
24   talking about, Rodalton?
25                   MR. POOLE:  I'm sorry.  Actually the
```

Michael Sean Rizzo

Page 59

```
 1    third paragraph.  The one that starts with "The Church
 2    treasures."
 3                    THE WITNESS:  I mean, I typed it.
 4    BY MR. POOLE:
 5        Q    But did you cut and paste it from another
 6    source?
 7        A    No, I didn't cut and paste.
 8        Q    Okay.  And what about the final paragraph
 9    that starts "St. Paul wrote," can you tell me where
10    you found this paragraph?
11        A    It's -- it's a well-known paragraph.  I
12    can't -- it's --
13        Q    Okay.  Did you find it someplace on the
14    Internet?
15        A    I don't have a computer, so --
16        Q    Okay.  I'm just trying to understand where
17    you got this specific paragraph.  Meaning, was it
18    provided to you?  Did somebody give it to you?
19        A    Where I physically saw it and wrote to
20    explain, I -- I really don't -- I don't -- it could
21    have been from a -- a pamphlet from church.  It could
22    have been -- I -- I don't know what.
23        Q    Okay.  So looking at this email that we're
24    calling Exhibit B, can you explain to me which part of
25    it explains what your conflict with the vaccine is?
```

A Where?
Q Yes.
A What do you mean?
Q Okay. So we're looking at this email that you sent on -- it says "October 26, 2021." I want you to tell me which part of the email explains to the Department of Sanitation what your issue is with the vaccine.
A Well, it -- it -- on the top, it says that "it violates" sincere -- "my sincerely held religious beliefs, my practices, and my observances." And then, "The Church teaches its teachings on conscience."
Q Okay.
A And how conscience -- you know, how important conscience is. And my conscience, because of what -- how the vaccines are made and tested, my conscience is where -- you know, what I have to respect as a Catholic. I -- you know? And my conscience, you know, I -- I know --
Q Okay. Where did you --
A I know -- I know, you know, how disgusting abortions are. And it basically, you know, it's -- it violates it. So -- and I -- I don't want to be a part with violating something that I know is wrong, that's going to make me sin against my religion.

Michael Sean Rizzo

Page 61

```
 1        Q    Okay.  Thank you.  And I'm looking back at
 2   the first paragraph.  I'll read it onto the record so
 3   that we're all looking in the same place.  "I am
 4   respectfully requesting an exemption from the recently
 5   imposed Covid-19 vaccination requirements as it
 6   violates my sincerely held religious beliefs,
 7   practices, and observances." Okay.
 8             Mr. Rizzo, why did you use the term
 9   "sincerely held religious beliefs" there?
10        A    Why?
11        Q    Yes.
12        A    Because it is?
13        Q    And did someone tell you to use that term in
14   this email?
15        A    No.  Is it wrong?
16        Q    I'm not saying it's right or wrong.  I just
17   want to know why you used this specific term,
18   "sincerely held religious beliefs" in the email.
19        A    I mean, this is basically what the lady on
20   the phone told me I had to write.
21        Q    Okay.  So --
22        A    So you just -- just -- you have to explain
23   it.  What I told her -- she said, "You have to
24   explain."  I did the best of my knowledge that I
25   could -- you know, capable of.
```

Michael Sean Rizzo

Page 62

1          Q     I understand.  That's what I'm getting at.

2     So when you spoke to this lady on the phone, she

3     suggested that you mention "sincerely held religious

4     beliefs" in this email?

5          A     No, not necessarily.

6          Q     Okay.  What were the instructions that she

7     gave to you?

8          A     Basically just, like I said, my name, my

9     contact information, my -- my district, and a brief

10    little explanation.  And that's what this is, a simple

11    brief explanation.

12         Q     Okay.  Who is St. Paul, Mr. Rizzo?

13         A     Off the top of my head right now, I mean, I

14    really can't go into detail, but --

15         Q     When you say can't go into detail, why is

16    that?

17         A     Because I don't want to mix it up with

18    something else.

19         Q     Okay.  And what are you afraid that you're

20    going to mix it up with?

21                    MR. MERMIGIS:  Rodalton, is there a

22    pending question?

23                    MR. POOLE:  Yes, there is.

24                    Do you need us to read the question

25    back to you, Mr. Rizzo?

Michael Sean Rizzo

Page 63

```
 1                    THE WITNESS:  Please.
 2                    MR. POOLE:  Ms. Dominguez, could you
 3     read the witness the last --
 4                    (The reporter repeated the record as
 5                    requested.)
 6                    MR. POOLE:  And what was the question
 7     before that?
 8                    THE REPORTER:  Stand by.
 9                    (The reporter repeated the record as
10                    requested.)
11                    MR. POOLE:  Okay, thank you.
12     BY MR. POOLE:
13          Q    So, Mr. Rizzo, do you understand the last
14     question?
15          A    Yeah, but I'm not sure -- I'm not sure who
16     he -- I don't want to mix him up with another saint.
17     And I don't want to, like -- I'm not -- I don't want
18     to mix him up with -- with another saint, but --
19          Q    Okay.  You mentioned abortion earlier.  Is
20     it your understanding that the COVID vaccine was
21     derived from aborted fetal cells?
22          A    Repeat that?
23          Q    You mentioned abortion earlier.  So my
24     question is, is it your understanding that the
25     COVID-19 vaccine was derived from aborted fetal cells?
```

Michael Sean Rizzo

Page 64

1        A    Yes.

2        Q    Okay.  And how did you come to believe that?

3        A    Because it was -- it was everywhere.  The

4    news, church, guys at work, people.  It was

5    everywhere.  Everyone was talking about it.

6        Q    Okay.

7        A    How I -- how I -- I -- you know, somewhere.

8        Q    Let's start with the news.  Did you learn

9    this information from watching the news?

10       A    It -- it could be one of the places.  Could

11   have been church.  It could have been -- I -- I don't

12   know where I actually got it from, but maybe multiple

13   places at first.

14       Q    And you also said guys at work.  What were

15   the guys at work saying about the COVID-19 vaccine?

16       A    Just if someone mentioned it, might've heard

17   it.

18       Q    And what about church?  What did you mean by

19   you heard it at church?

20       A    It could have been people at church talking

21   about it.

22       Q    No, I noticed you're saying could have been.

23   Did you hear people at church talking about it?  Are

24   you saying that it --

25       A    Oh, yeah, yeah, yeah.

Michael Sean Rizzo

```
                                            Page 65

 1         Q     Okay.

 2         A     But where I -- where I actually first

 3    initially, I -- I can't -- I can't say.  Could have

 4    been -- could have been any of them.

 5         Q     Have your religious beliefs prevented you

 6    from taking any other medications?

 7         A     Yes.

 8         Q     Okay.  What are those medications?

 9         A     Off the top of my head, I really can't say.

10         Q     Have you ever taken Advil?

11         A     No.

12         Q     Have you ever taken aspirin?

13         A     No.

14         Q     Have you ever taken Tylenol?

15         A     No.

16         Q     Have you ever taken Sudafed?

17         A     I'm not even sure what that is, but no.

18         Q     Okay.

19         A     Is that a sleeping one?

20         Q     Have you ever taken Benadryl?

21         A     No.

22         Q     Have you ever had any oral surgery?

23         A     What do you mean?

24         Q     Like, have you ever had surgery on your

25    mouth?
```

Michael Sean Rizzo

Page 66

```
1           A      Yeah.
2           Q      And when you had surgery on your mouth, were
3    you given Novocaine?
4           A      I'm not sure.  I don't know.
5           Q      Wen you had surgery on your mouth, were you
6    given any sort of anesthesia?
7           A      He might have rubbed something on my gum to
8    numb it, but I don't -- I don't know what it was on
9    a -- on a cotton swab thing.
10          Q      Okay.
11          A      I don't know what it was though.
12          Q      Have you ever had a flu vaccine?
13          A      No.
14          Q      Have you ever had a tetanus shot?
15          A      Not that I could -- not that I can remember.
16          Q      Okay.  Have you been vaccinated against the
17   measles?
18          A      Not that I know of.  I might have.
19          Q      All right.  Did you attend public school?
20          A      Yeah --
21          Q      Okay.  Have you --
22                 MR. MERMIGIS:  I'm going to object,
23   Rodalton.  I'd like for you to -- I mean, I'd like for
24   you to break it down when you ask these questions.
25   I'm going to object as to form.
```

Michael Sean Rizzo

1              MR. POOLE:  Sure.  Okay.

2    BY MR. POOLE:

3        Q    Mr. Rizzo, were you required to be

4    vaccinated to attend public school?

5        A    I think --

6              MR. MERMIGIS:  I'm going to object as

7    to form.

8              THE WITNESS:  I think it -- I don't

9    know about now, but I think back then.  I -- I'm not

10   sure --

11             MR. POOLE:  Okay.

12             THE WITNESS:  -- yeah, I don't know if

13   the measles one was on that list.

14             MR. MERMIGIS:  Do you mean as a child,

15   Rodalton?

16             MR. POOLE:  Yes.

17             THE WITNESS:  Yeah.  I don't know -- I

18   don't know which ones were on that list.

19   BY MR. POOLE:

20       Q    Okay.  But were you required to receive any

21   vaccines to attend public school?

22       A    I -- I can -- I would assume, but I -- I

23   don't know.  I'd have to get back to you on that.

24       Q    All right.  Going back to the exhibit on the

25   screen, Exhibit B.  After you sent this email, did

Michael Sean Rizzo

1    anyone respond to this email, Mr. Rizzo?

2        A    I think I got -- I think I got a -- a

3    confirmation that they received it and that -- I don't

4    remember.  But, yeah, I think I got a confirmation

5    that they received it, that they were in -- in

6    possession of my request.

7        Q    Okay.  Thank you.

8                MR. POOLE:  Ms. Dominguez, could we

9    show Mr. Rizzo Defendants' Exhibit C, please?

10               (Defendant Exhibit C was marked for

11               identification.)

12               MR. MERMIGIS:  Rodalton, if I want to

13   ask the deponent a question, would you rather me ask

14   it at the end or after, you know, the subject is

15   approached by you?

16               MR. POOLE:  You can ask it at the end

17   of the subject.  Do you have a question now?

18               MR. MERMIGIS:  Yes, I have a couple.

19               MR. POOLE:  Okay.  You can go ahead.

20               MR. MERMIGIS:  Okay.

21                    EXAMINATION

22   BY MR. MERMIGIS:

23        Q    Mr. Rizzo, when you were attending public --

24   did you attend public school as a child?

25        A    Yes.

Michael Sean Rizzo

Page 69

1        Q     Who was in charge of your medical

2    decision-making when you were a child?

3        A     My parents.

4        Q     So you had no control over what you put into

5    your body as a child?

6        A     No, of course not.

7        Q     Mr. Rizzo, since you turned 18, have you

8    received any vaccines?

9        A     Not -- not that I'm aware of.  Not that I

10   can remember.

11               MR. MERMIGIS:  Okay.  Thank you.  Okay.

12   No other questions.

13               MR. POOLE:  You're done, James?

14               MR. MERMIGIS:  Yes.

15               MR. POOLE:  Okay.  Thanks.

16                    EXAMINATION

17   BY MR. POOLE:

18        Q     Mr. Rizzo, are you able to see Exhibit C on

19   the screen right now?

20        A     From Christopher Morella?

21        Q     Yes.  Do you recognize this document?

22        A     I sure do.

23        Q     Okay.  Can you tell us what it is?

24        A     To this day, I'm still confused.

25        Q     Okay.  Tell us what you think it is.

Michael Sean Rizzo

Page 70

1      A    Well, obviously, he contacted me to have me

2    explain a little better, but it's not clear to me

3    exactly what he meant by certain things.

4      Q    Okay.

5      A    So I wasn't really too -- I didn't really

6    understand exactly what they meant.  And I thought,

7    being a lawyer who's reaching out to me from the city,

8    that they, since I reached out to EEOC, I thought they

9    were looking to help me with this, because I told them

10   that I really wasn't understanding what it was.  So I

11   reached out to the guy.  I never heard anything from

12   him.

13          I didn't see the email right away.  I was

14   working mandatory.  They canceled everyone's days off.

15   No could -- no one had a day off.  No one could put

16   time off.  Mandatory 12-day shifts, around the clock.

17   I'm not an email guy.  At that time, I think it was,

18   like, two days later or something like that, I

19   happened to look at the email and saw that.  I reached

20   out to him to get more information, and I never -- I

21   never got nothing.

22          I was scared because he said I had to reach

23   back in two days, but meanwhile, I didn't see it right

24   away.  So I -- I was asking -- I wanted to ask for if

25   I could have a little more time, because basically,

Michael Sean Rizzo

Page 71

1    I'm going to work.  The time I get up, drive to work,

2    work, come back home, you're talking 15, 16-hour days.

3    So, like, when I was coming home, I was passing out.

4    I didn't check my email.

5            And when I saw it, I tried reaching out,

6    because I didn't know, like, I mean, two days, I

7    didn't know how, like -- I didn't want to miss my

8    deadline or anything like that.  And I never heard

9    back to the -- from the guy.  And I put together what

10   I thought was pretty good at the time, trying to

11   explain something that's very hard to explain, and I

12   never got a response.

13       Q    Okay.

14       A    Not -- not a phone call, not an email, not

15   nothing.  I didn't even know -- I didn't even know if

16   I sent him the email back properly because there was

17   no -- there was no -- like, when I sent the first one,

18   I got a confirmation.  I never got a confirmation from

19   this guy.

20       Q    Okay.  Mr. Rizzo, when you receive emails,

21   how do you view them?  Meaning -- I'm sorry.  When you

22   receive emails, on what device do you use to view

23   them?

24       A    Back then, I didn't have any.  I -- I was --

25   I had a flip phone.

Michael Sean Rizzo

```
 1        Q    Okay.
 2        A    Now -- now I have this -- this -- whatever,
 3   a smartphone.
 4        Q    Okay.  So did you first see this email on
 5   your flip phone?
 6        A    No.
 7        Q    Okay.  When did you first see this email?
 8        A    Probably, when -- or -- or on what device?
 9        Q    So the first question is when?
10        A    I was -- it was probably -- it was -- I
11   think it was, like, that two day that they said they
12   wanted a response from me.
13        Q    Okay.  And on what device did you first see
14   this email?
15        A    I -- I don't remember.
16        Q    Okay.  All right.  I would like to --
17        A    I still had the -- I still had the flip
18   phone at that time.  So --
19        Q    And were you, at that time, viewing emails
20   on your flip phone?
21        A    No, it didn't have -- it didn't have email.
22   And I -- I got -- I -- I wound up getting this one
23   somewhere right -- right around then, just -- just for
24   this process.  It was a --a hand-me-down.
25        Q    When you say you ended up getting this one,
```

Michael Sean Rizzo

Page 73

1      what is the "this one" you're talking about?

2          A     The smartphone that I'm on now.

3          Q     Okay.  So I guess I want to understand what

4      device you first saw this email on.  Was it a

5      computer?

6          A     I -- I really don't know.

7          Q     Okay.

8          A     It's not something I paid attention to.

9          Q     Okay.  I'd like to direct your attention to

10     the first bullet in this email that starts with the

11     words "Please provide additional information."  Do you

12     see that -- I'm sorry -- say that.  "Please provide

13     additional information regarding how complying with

14     the vaccine mandate will conflict with your sincerely

15     held religious belief."  Do you see that?

16         A     Mm-hmm.

17                   THE REPORTER:  Is that a "yes" or a

18     "no"?

19                   THE WITNESS:  Yes.  Sorry.

20     BY MR. POOLE:

21         Q     And at the time you received this email, did

22     you understand what that sentence meant?

23         A     Not entirely.  I didn't -- I didn't

24     understand why I was getting it from the -- the whole

25     thing in the beginning.  That's why I reached out to

Michael Sean Rizzo

Page 74

```
 1    the guy.  Because I wanted to -- I wanted to supply
 2    exactly what they needed.  And I -- I -- you know, I
 3    wanted more clarification.  And I -- I never got
 4    anything.
 5        Q    Okay.  The sentence after that, I'll read it
 6    onto the record and you can tell me if you agree.
 7    "This information may include how long you have held
 8    this belief or how your belief has impacted other
 9    medical decisions you have made in the past."  Do you
10    agree that the second sentence says that, Mr. Rizzo?
11        A    Yes.
12        Q    Okay.  And did you understand what that
13    sentence meant?
14        A    I thought so.
15        Q    Okay.  Did you respond to this email?
16        A    Yeah, a -- a couple of -- I think I -- I
17    don't know.  I started writing it, fell asleep.  I
18    continued when I got home another day, fell asleep,
19    and then I think I wound up -- I think I wound up
20    emailing it something, like, three or four in the
21    morning when I got up to go to work the next day.  And
22    I think it was a holiday.  So I don't know if the guy
23    was in or not.
24        Q    Okay.
25        A    So then I was, like -- I was -- I was
```

Michael Sean Rizzo

Page 75

```
1      worried if he was even going to get it.  And I thought
2      I -- you know, and I never heard from the guy again.
3      And then I -- I reached out another time and still
4      never got nothing from him.  And when I replied to
5      him, I -- I mean, I -- I couldn't make it any clearer
6      that I was asking exactly what the city was looking
7      for.  Because he said, "The city, help the city."
8               And I was trying to help the city.  I
9      just -- I didn't understand exactly what they wanted
10     me to provide.  I was willing to give my -- all my
11     information.  I was -- I was willing to provide him
12     with my godchildren that recently I became godfather
13     of, which the church is very strict about and checks
14     all your information and makes sure you receive all
15     your sacraments.
16              And they give you, like, a little bit of
17     a -- a quiz and responsibilities that you have to
18     abide by.  Like, it's, you know, in the -- in the
19     Catholic religion, it's -- you know, it's a big thing
20     and it's an honor.
21          Q    Do you know if other members of the
22     Department of Sanitation requested vaccine exemptions?
23          A    Yeah, there was this throughout the whole
24     department.  I can't say.  I know a few of my garage,
25     some went for medical, some went for religion.
```

Michael Sean Rizzo

```
 1          Q    And how did you come to know that they
 2     requested exemptions?
 3          A    Because the guy that -- one of the guys told
 4     me he had a medical exemption, that he was allergic.
 5     He provided all his information from the Army, where
 6     he almost died.  That he had -- they gave him a
 7     vaccine in the Army, and he had allergic reaction, and
 8     he almost died, and they denied him.  And I was --
 9     I -- I couldn't believe that.
10          Q    And do you recall this person's name?
11          A    It's been almost four years, but, like,
12     right now I can't; it'll pop up.
13          Q    And so you learned about his vaccine request
14     through having a conversation with him, yes or no?
15          A    Yes.
16          Q    Okay.  And did you have that conversation
17     with this member before or after you made your
18     request?
19          A    No, it was after.
20          Q    You said you spoke to someone who requested
21     a religious exemption as well.  Is that correct?
22          A    Yeah.
23          Q    Do you recall who that person was?
24          A    There was a one guy, supervisor actually, on
25     the night shift.  That's actually how I went home and
```

Michael Sean Rizzo

Page 77

1    checked my email because he got an email that he just
2    found out that he didn't know he had.  And he asked
3    me, did I get an email?  I'm like, "What are you
4    talking about?"  He goes -- he told me that, "Oh," he
5    got an email that he has to reply in two days.
6            He called -- he called Ryan David right in
7    front of me and told Ryan David that he just saw the
8    email.  He hasn't had time.  Work has been hectic.
9    Then he gets home and he has the kids and everything
10   like that, and he hasn't had time to write anything.
11   He was on the phone for him a little bit.  He said --
12   he goes -- he told him, "You're good."  Whatever that
13   means, I don't know.  He says, "Don't worry, you're
14   good."
15       Q    Do you remember who this person was?
16       A    Absolutely.
17       Q    What's his name?
18       A    The guy that he called was Ryan David.
19       Q    I mean, the person that -- I understand.
20   But who called Ryan David is my question.
21       A    I don't know if I want -- I don't -- I got
22   his name.  If I need to give it -- I don't want to
23   give his name out without his permission, but I do
24   know his name.
25       Q    Okay.  I'm going to direct you to tell me

Michael Sean Rizzo

1    his name.

2         A    Am I legally allowed to?

3         Q    I mean, I can't give you legal advice, but I

4    am directing you, like, to tell me his name.

5         A    Well, I don't have his permission.  I -- I

6    don't think that's -- I can ask him if it's all right.

7    If he wants to be a witness.  I'll ask him first.  I

8    got to give him -- I got to give him that respect.

9              MR. MERMIGIS:  Rodalton, how about we

10   leave open space in the transcript, and he could ask

11   the gentleman, and then he could fill in the name.

12             THE WITNESS:  Am I bringing -- am I

13   bringing him in as a witness?

14             MR. POOLE:  Okay.  That's fine.

15             THE WITNESS:  I don't understand.

16   Like, I don't want -- I don't want him --

17   BY MR. POOLE:

18        Q    Was this person given an exemption to the

19   vaccine mandate?

20        A    Absolutely.  And that's when I went home and

21   I -- I looked at my email and I saw, and then I tried

22   to get in touch with him to ask for the same courtesy.

23        Q    When you say get in touch with him, who are

24   you referring to?

25        A    Christopher Morella.

Michael Sean Rizzo

Page 79

```
 1                    MR. POOLE:  Okay.  Ms. Dominguez, could
 2    we show Mr. Rizzo Exhibit D?  I understand that there
 3    may be some trouble opening this.  So let me know if I
 4    need to share it.
 5                    (Defendant Exhibit D was marked for
 6                    identification.)
 7                    THE REPORTER:  Okay.  I never received
 8    Exhibit D.  I got everything else though.  A through
 9    E, except for D.
10                    MR. POOLE:  Okay.  Yeah, it's -- I have
11    it on my screen.  Let's see.  I'll try and --
12                    THE REPORTER:  Do you want me to walk
13    you through the process?
14                    MR. POOLE:  Someone else is sharing.
15    You can request multiple --
16                    THE REPORTER:  Oh, yep.  Let me just
17    stop sharing.  Sorry about that.  I forgot.  Okay.
18    You should be able to now.
19                    MR. POOLE:  Okay.  I think -- is
20    everyone able to -- oh, let me maximize it.  Is
21    everyone able to see my screen now?
22                    THE REPORTER:  No.
23                    MR. POOLE:  No?
24                    THE REPORTER:  No.
25                    MR. POOLE:  Okay.
```

Michael Sean Rizzo

Page 80

```
 1                    THE REPORTER:  There you go.
 2                    MR. POOLE:  Okay.  Yeah.  How about
 3     now?  Can we all see this?
 4                    THE REPORTER:  I can see your file
 5     name.
 6                    MR. POOLE:  How about now?
 7                    THE REPORTER:  Email open.
 8                    MR. POOLE:  It should be an email.
 9     Like, an email dated 11/11/2021.
10                    MR. MERMIGIS:  I can see it.
11                    THE REPORTER:  Yes, it's up.
12     BY MR. POOLE:
13         Q    Mr. Rizzo, can you see this?
14         A    Yep.
15         Q    Okay.  Great.  Do you recognize this email?
16         A    Yep.
17         Q    Okay.  Can you tell us what it is, please?
18         A    It's me trying to reply to Christopher with
19     a -- with a little more information, the best I could
20     think of.  And -- and with an open-end question about,
21     like, exactly -- a little -- like, you know, what
22     exactly would they be looking -- and what -- what more
23     do I need to explain because I -- you know, I -- I
24     really didn't understand what -- what they were
25     actually looking for.
```

Michael Sean Rizzo

Page 81

1        Q     Okay.  I'm going to direct your attention to
2   the third paragraph here, and I'll read it onto the
3   record, and if you can follow along and tell me that
4   you agree with what I'm saying.
5             It says:  "I am a simple man, I keep my body
6   clean from tattoos, drugs, alcohol, smoking, meds and
7   other substances that would alter me, my body or goes
8   against my beliefs.  My Religious beliefs and
9   practices have strengthened throughout my life
10  experiences as well as through my continued prayer
11  with God.  Through prayer together God and I determine
12  what life I am to lead that will result in joining my
13  family in Heaven."
14            Do you agree that that's what that says?
15       A     Yeah.  Yes.
16       Q     Okay.  And did you write this paragraph
17  yourself?
18       A     That I'm a single man?  Yeah.
19       Q     Okay.  And so, I want you to read this email
20  and tell me if you mentioned abortion anywhere in this
21  email.
22       A     The word "abortion" ain't there.  Is that a
23  requirement?  I was never told that was a requirement,
24  but if you look up at the top -- it just moved.
25  Someone's moving it.

Michael Sean Rizzo

Page 82

1      Q    Sorry -- I'm moving it.  Up at the top,
2  where would you like me to start?
3      A    Corinthians 19, 20 -- "1 Corinthians
4  6:19-20:  'Your body is a temple of the Holy Spirit
5  within you.'"
6      Q    Okay.  And explain to me why you're
7  referring me to that paragraph.
8      A    Because we're all bought at a price, and you
9  got to glorify your body.  Babies are also -- "fetals"
10  are also, of someone's body.  They're -- they're still
11  important.
12      Q    Okay.
13      A    It's a gift from God, and we're all supposed
14  to cherish it.  And a lot of people don't.
15      Q    So is it your understanding that -- so, I'll
16  read onto the record what you're referencing.  You
17  quoted 1 Corinthians 6:19 through 20, and the quote
18  says:  "Your body is a temple of the Holy Spirit
19  within you, whom you have from God.  You are not your
20  own, for you were bought with a price, so glorify your
21  body."  Is that correct?
22      A    That -- and that's not me.  It's not -- it's
23  not me.  It's you.  It's Jim.  It's Christina.
24  That -- that stands for everybody.  God created
25  everybody.

Michael Sean Rizzo

```
                                          Page 83

 1        Q    But my question is, do you agree that that's

 2   what you wrote in the email?

 3        A    That's -- that's one of the many things I

 4   wrote in the email.

 5        Q    Okay.  And so explain to me why you put that

 6   specific quote in this email.

 7        A    You're talking a long time ago.  I'm trying

 8   to explain religion the best that I can.  It's --

 9   it's -- I -- I'm not teaching a class.  I'm not trying

10   to convert you or anybody else.  I just tried to

11   explain, the best of my ability, some important things

12   that I try to follow.  Simple things.

13        Q    Okay.

14        A    It's some of the simplest things.  And I

15   tried the best of my ability to just let them know.  I

16   didn't know it was going to be ripped apart and -- and

17   picked at and I was -- I was -- the best of my

18   ability, I was just trying to help with them

19   understanding.  I failed at that, for some reason, and

20   I don't know why.  Do I feel stupid about it?  Yeah, I

21   feel stupid about it.  Is that what the city was

22   trying to accomplish?  I don't know.

23             All I know is that I dedicated my life to

24   this job.  And I just tried to explain, to the best of

25   my ability, why and how I asked for help, guidance.  I
```

Michael Sean Rizzo

Page 84

```
 1    got nothing.  I gave 22 years of my life to this job,
 2    and no one could even reach out to me to help me
 3    with -- with what -- they -- they couldn't even tell
 4    me what they wanted.  I -- I don't think that was
 5    fair.  I don't think it was honest.
 6            I don't think it was honest that a lawyer
 7    that I'm thinking is going to help me, and I'm asking
 8    him basic questions, "What exactly are they looking
 9    for?"  Because I would have gave them all my records.
10    I would have gotten them more proof.  And I didn't
11    think this was going to be as horrible, and that I was
12    going to be punished so badly for admitting my
13    religion.
14            I -- I'm dumbfounded.  After all I did for
15    this city, after all the emergencies I -- I responded
16    to, after digging in 09/11.  I don't think I did
17    anything wrong.  I -- I tried to explain.  I -- I --
18    if you don't understand, if whoever looked at my thing
19    didn't understand, I don't understand how that's my
20    fault.  The only thing I know is that it was never
21    intended to be passed.  I was never intended.
22            The whole thing by a lawyer, not -- not
23    Human Resources, not EEOC, a lawyer reached out to me.
24    I still don't understand how a lawyer -- how am I
25    responding to a lawyer without representation?  I -- I
```

Michael Sean Rizzo

Page 85

1    still don't know that -- how that happened.  Because

2    anytime there's any possibility of this job of you get

3    in any kind of discipline action, you're supposed to

4    be represented at some level.

5        Q    Okay.  So after you sent the email that we

6    just had on the screen, which is Exhibit D, did anyone

7    from the Department of Sanitation respond to you?

8        A    No one.  I got an email from -- I think it

9    was the same email initially.  It was just a

10   generic -- just a generic thing saying "Didn't meet

11   criteria," I think.  Or -- or that might have been the

12   second one.  I don't know how someone's religion

13   doesn't meet a criteria.  I don't know what criteria

14   there is for anybody's religion.  Can anybody explain

15   that to me?  What criteria a religion has to meet?

16       Q    Okay.

17       A    It just -- it wasn't -- it wasn't even -- it

18   was just -- I think it was "Doesn't meet criteria."

19   Or that might have been the second one.  And the other

20   one was -- I don't know.  Do you have it?  It was just

21   a generic -- it was a generic email that nobody even

22   put together.

23       Q    Okay.

24       A    That was a copy and paste.

25       Q    All right.  And so this email that you're

Michael Sean Rizzo

Page 86

```
 1    referring to, was that the Department of Sanitation
 2    telling you that you were not exempt from the vaccine
 3    mandate?
 4          A     That I was denied.
 5          Q     Okay.
 6          A     And then -- then no explanation.  And -- and
 7    maybe how to appeal it.
 8          Q     Okay.  And so did you appeal the denial?
 9          A     Absolutely.
10                    MR. POOLE:  Could we now show Mr. Rizzo
11    what I marked as Exhibit E?
12                    (Defendant Exhibit E was marked for
13                    identification.)
14                    THE REPORTER:  Yes.
15                    MR. POOLE:  That one should be able
16    to-- you should be to view that one.  Okay, thank you.
17    BY MR. POOLE:
18          Q    Mr. Rizzo, we're showing you what we're
19    calling Defendants' Exhibit E for the deposition.  Do
20    you recognize this document?
21                    MR. POOLE:  And, Ms. Dominguez, if you
22    could scroll down just a bit so that he could see the
23    rest of it.
24                    THE REPORTER:  Let me know if I'm going
25    too fast.
```

Michael Sean Rizzo

Page 87

```
 1              MR. POOLE:  You can stop there and let
 2     him read it.
 3              THE WITNESS:  Yeah, I think that was
 4     the appeal process that they gave us.  And that was
 5     rigged also.  They forced you to go one route.  And
 6     they told you you had to put what union you were in, a
 7     contact number.  Again, which I did, which nobody
 8     reached out to me.  Same thing with Christopher
 9     Morella.  He had my phone number, he had my email,
10     never reached out to me.  Same thing here.  And
11     they -- they --
12     BY MR. POOLE:
13        Q    Okay.  When you say it was rigged, what do
14     you mean?
15        A    Because in the instructions, they basically
16     forced you to go -- I think there was an
17     independent -- you could have chosen an independent
18     appeal company or whatever.  Or you could had the city
19     appeal do it.  But if you chose the -- if you chose
20     the private one, if you were denied, right there was a
21     red flag.  If you go that route, you were denied any
22     other -- I don't remember what -- what exactly it
23     said.  It -- it should be in there.
24              You could pull it up.  It said something
25     about if -- if you're denied going that route, you
```

Michael Sean Rizzo

Page 88

1    give up all your other chances of anything else, and

2    you can't sue, and you can't do nothing.  So they --

3    they pushed everybody to the direction they wanted to

4    go with a threat that, "Hey, if you go this way,

5    you're not going to get it, and you're giving up any

6    other possibilities or chances of" -- I don't remember

7    exactly what it said, but we could pull it up.

8                    MR. POOLE:  Okay.  Ms. Dominguez, could

9    we scroll to the page that's marked Defendants'

10   000292, please?  There is fine.  You can stop there.

11   Oh, go back up.  Stop right here.  Thank you.

12   BY MR. POOLE:

13       Q    Okay.  Mr. Rizzo, I'm going to refer you to

14   the paragraph that's at the very top of the page.

15   Again, I'll read it onto the record, and you can tell

16   me whether you agree that that's what it says.  Okay?

17       A    [No audible response.]

18       Q    "What this means is that I keep my body

19   clean as intended by God, I do not desecrate my body

20   with that which God would consider sinful, including

21   but not limited to vaccines that were created using

22   human cell lines derived abortion during any stage of

23   the vaccine's development, including the testing

24   phase.  The bodies of innocent victims that were

25   aborted deserve the same respect as any other person,

Michael Sean Rizzo

Page 89

1    not to be treated as a commodity to be scavenged for
2    body parts.  The body is the Temple, and we are
3    compelled to protect it from defilement."
4             Do you agree that that's what that paragraph
5    says?
6        A    Yep.
7        Q    Was that a "yes"?
8        A    Yes.
9        Q    Okay, thank you.  Okay.  So here in your
10   appeal email, you do mention abortion.  So tell me why
11   you decided to mention it in this email but not in the
12   previous emails.
13       A    Because my initial ones were supposed to be
14   simple answers.  I -- I tried to keep it simple like
15   they said.  The second one I gave a little more.  I
16   asked, "What exactly do they need?"  I'm just picking
17   straws right here.  Like, I don't know what you guys
18   are talking about.  Twice, I -- I gave information
19   that wasn't good enough for you guys.  I don't know
20   what kind of threshold I have to meet.  What is a
21   religion that's worthy of the city?
22            Again, I'm just -- I'm putting in more
23   detail.  A little at a time.  I'm putting in more
24   detail.  I put in more detail.  And again, it still
25   wasn't enough and still nobody reached out to me.  I

Michael Sean Rizzo

Page 90

1    never had a -- nobody reached out to me.  I don't
2    think that's normal.
3         Q    Okay.  So did someone advise --
4         A    Am I not allowed -- isn't the purpose of me
5    redoing this thing is to help you guys understand?  I
6    tried to help understand.
7         Q    Okay.
8         A    Did I not do that?
9         Q    Did someone advise you to mention abortion
10   in this email that we've marked as DEF000292?
11        A    God.
12        Q    Your testimony is that God advised you to
13   use the language that you put in this email?  Is that
14   a "yes" or "no"?
15        A    From in my conscience.
16        Q    Okay.
17        A    That's -- that's what I was able to come up
18   with, trying to explain how I felt.  That's the best I
19   could come up with at the time.
20        Q    Okay.  And what was the result of your
21   appeal?
22        A    This -- where -- where I'm living, this
23   is -- this is it.
24        Q    Okay.  So I'll rephrase.  Was your appeal --
25   were you granted an exemption, or were you not granted

Michael Sean Rizzo

Page 91

```
 1   an exemption?
 2        A    I'm -- I'm confused.
 3        Q    Did --
 4             MR. MERMIGIS:  Rodalton, why don't you
 5   ask him, "Was the appeal approved or denied?"
 6             MR. POOLE:  Yeah.
 7   BY MR. POOLE:
 8        Q    Yeah.  Mr. Rizzo, was your appeal approved
 9   or denied?
10        A    It was denied.
11        Q    Okay.  And after your appeal was denied, did
12   you then get a COVID-19 vaccine?
13        A    No.
14        Q    And since you did not get a COVID-19
15   vaccine, were you allowed to keep your job?
16        A    No.
17        Q    Okay.  What was your last date of work for
18   the Department of Sanitation, if you can recall?
19        A    I was working overtime.  It was after the
20   shift.  I think it was the 27th.  They called me into
21   the office because my name was highlighted on the
22   computer.  They didn't know what it was.  They thought
23   it was because my -- they thought maybe my test was
24   expired.  And I said, "No, I still have a couple of
25   days left on the test."
```

Michael Sean Rizzo

Page 92

1           And -- and then they called up to the
2    borough.  They asked what was going on.  And then they
3    said, "Oh, your thing was denied.  You can't come into
4    work anymore."  I told them to give me a piece of
5    paperwork because I don't want to not show up tomorrow
6    and be marked AWOL.  So they signed a piece of paper.
7           I went and called Ryan David.  I spoke to
8    him.  I asked him if he knew Chris Morella and if he
9    was around.  He asked me, "Why?"  I said, "Well, I'm
10   curious about my religious exemption.  I said I never
11   got a response from him.  I don't know if he got it."
12   He didn't know what to say.  He was quiet for a little
13   bit.  I asked him if Christopher Morella had anything
14   to do -- "Did he make the decision?  Who made the
15   decision?"
16          And he said, "He was one of them.  That
17   there was a lot of guys.  They were overwhelmed."  And
18   I asked him -- I said, "I sent him something.  I don't
19   even know if he got it.  He never replied."  He got
20   quiet.  He says, "Let me look."  He went and looked
21   for me.  And he said, "Yeah, he did get it."  And I
22   said, "So why was I denied?  I don't understand.  I
23   did everything I was supposed to do."  And I said,
24   "What can I do now?"
25          He says, "Nothing.  That's it."  He goes,

Michael Sean Rizzo

Page 93

1    "You got to go get the shot."  I said, "Well, I really
2    can't do that."  He told me that "it's not a big deal
3    that he got it."  Why he would tell me that?  I don't
4    know.  Why he felt that because he got it, it was okay
5    for me to get it.  I mean, is that the position that
6    he's feeling?  To tell people that it's okay to do
7    something?
8             I don't know why he told me that.  And he
9    told me that Christopher Morella was one of the people
10   making the decisions.  He told me that they were
11   overwhelmed.  They had a lot of people.  I asked him
12   why I didn't get -- nobody reach out to me.  And he
13   had no answer for me.
14        Q    Okay.  To clarify.  My question is, what was
15   your last date of employment with the Department of
16   Sanitation?
17        A    -- my last pay day.  So what was it?  The
18   28th, I was put on leave without pay.
19        Q    The 28th of what month and what year?
20        A    January 28th, I was put leave without pay,
21   which is exactly what the order said would happen.
22        Q    Is that 2022?
23        A    2022.
24        Q    Okay.  So you were put on -- I just want to
25   clarify for the record.  You were put on leave without

Michael Sean Rizzo

Page 94

1    pay on January 28th of 2022.  Is that correct?

2         A    On or about.

3         Q    Okay.

4         A    Yeah, I believe, but I don't have a calendar

5    in front of me.  Yeah, I think it was the 28th I was

6    put leave without pay.  And then Ryan David also lied

7    in his reply, saying that multiple times.  But one

8    time he said that they mailed something out to me.

9    And I never received anything in the mail.  I only got

10   an email telling me that as of the 11th, I was

11   terminated.  What I did to be terminated?

12             I mean, I was -- I gave my life to the city

13   and I'm -- I'm terminated like I did something wrong.

14   Terminated.  Like, I was caught doing drugs or I stole

15   a truck or, you know, hit and runs with department

16   vehicles and not reporting it and go and parking the

17   truck all smashed up.

18        Q    Okay.

19        A    And guys kept their job.  And guys -- guys

20   kept their job.  And -- and I'm being terminated.

21        Q    Okay.

22        A    I have no -- I have --

23        Q    I just want to clarify for the record.  You

24   said the 11th.  Do you mean February 11th of 2022?

25        A    Yes.

Michael Sean Rizzo

Page 95

```
 1        Q    Okay.  And on February 11th of 2022, you
 2   received notice that you were terminated from the
 3   Department of Sanitation.  Is that right?
 4        A    One day I got -- one day I got an email.  I
 5   think it was that -- I think it was the 11th.  I got
 6   an email.  And then that following Monday --
 7        Q    Okay.  What --
 8        A    -- was the -- an envelope.
 9        Q    Okay.  So what did the email say, if you can
10   recall?  And it's okay if you can't recall exactly.  I
11   just want to know what your recollection of the email
12   was.
13        A    That I'm worthless to the city.  Everything
14   I ever did for the city meant nothing, not literally.
15   But it said, as of that date "I was terminated."  And
16   as of the day before, "my insurance was terminated."
17   How do they terminate my insurance the day before I
18   was terminated?
19        Q    And after you were terminated, did the
20   Department of Sanitation ever offer to reinstate you?
21        A    Yeah.  After the mayor got a lot of heat for
22   allowing sports players and actors and all this other
23   stuff work without a vaccine and the pressure was on
24   him, he decided to.
25        Q    Okay.
```

Michael Sean Rizzo

Page 96

1          A     No, that was -- that was after.  Yeah,
2     they -- in -- I think it was June or July.  I'm not
3     sure.  Don't quote me.  They sent out a letter.
4          Q     Wait.  I just want to go back.  Is it June
5     or July of 2022?
6          A     Yeah, whatever -- yeah, whatever -- it was.
7     I don't put up -- it's somewhere on or about that --
8     that time in 2022.  I got a letter saying if I betray
9     my religion, I can have my job back.  But only -- only
10    if.
11         Q     Is that explicitly what the email said, or
12    are you paraphrasing?
13         A     Basically, that's what it was.  It -- it --
14    they said that they were going to give me my job back
15    if I showed them by this date that I had at least one
16    of the vaccines by -- I -- I don't remember what date
17    it was.  That they would let me come back without my
18    seniority, without -- no.  That was the second one
19    with the seniority.  I think it was just I can come
20    back if I showed proof by a certain date that I had a
21    vaccine.
22         Q     Okay.
23         A     Which --
24         Q     And what was your response to that email?
25         A     Huh?

Michael Sean Rizzo

Page 97

```
 1        Q     What was your response to that email?
 2        A     It was a letter.
 3        Q     I'm sorry.  What was your response to that
 4   letter?
 5        A     There was no response.
 6        Q     Okay.  So you didn't submit a response to
 7   that letter?
 8        A     I don't remember if I called.  I might've
 9   called the union.
10        Q     Okay.  And --
11        A     But -- but it -- it didn't matter because, I
12   mean, I made it clear.  And, I mean, it was basically
13   like --
14        Q     Okay.  So is it fair to say --
15        A     It was basically like -- it was basically
16   like, putting me out to lose my livelihood.  And then
17   try to lure me back in, like, bribery.
18        Q     Okay.  And after the vaccine mandate was
19   lifted, did the Department of Sanitation offer to
20   reinstate you?
21        A     The following year it was announced that
22   they were going to let the people come back.  I got a
23   letter.  The letter said magically "You don't need
24   a" -- "you don't need a vaccine."  I got fired for it.
25   It was something that -- it had to be done or lose
```

Michael Sean Rizzo

1    your job.  But not even a year later, it wasn't in

2    effect no more.  And I could have my job back, but I

3    had to sign away my -- any -- any chance of back pay.

4              Holding anybody in the department that had

5    anything to do with the decision free of any damages.

6    I had to sign away my civil service rights, which I

7    don't understand being a civil service title how

8    that -- how can that possibly -- possibly be.  And I

9    wouldn't have my seniority.

10        Q    Okay.  And when did you --

11        A    I did my time at the bottom of the barrel

12   for many years until all these senior guys left.  I

13   just got my seniority.  Seniority, seniority.  I was

14   the second guy in the garage.  And as of this year, I

15   would have been the number one guy in the garage.  And

16   they told me that I come back, I don't have my

17   seniority.

18        Q    Okay.  And when was this communicated to

19   you?

20        A    '20 -- it's in -- it's in the paperwork.  I

21   think it was '2023.

22        Q    Okay.  Do you recall the month?

23        A    I want to say June-ish again.

24        Q    Okay.  All right.  And did you agree to be

25   reinstated in 2023?

Michael Sean Rizzo

Page 99

```
 1        A      No.

 2        Q      Why not?

 3        A      Because I did 20 years in the streets

 4    lifting up ten, fifteen tons a day in the rain

 5    standing out on corners, working midnights, being shot

 6    out, getting hit by cars, being abused, and I'm

 7    supposed to be the second guy in the garage.  And I'm

 8    supposed to go in there and be the last guy in

 9    seniority on the job.  It wasn't meant for me to come

10    back.

11        Q      Okay.  So how long --

12        A      They destroyed me.

13        Q      I'm sorry.  What was that last part?

14        A      They destroyed me.

15               MR. MERMIGIS:  Rod, is it okay if I

16    take a five-minute break?  I need to go to the

17    restroom now.

18               MR. POOLE:  Okay.  Yeah, let's --

19               MR. MERMIGIS:  If that's okay.  I don't

20    mean to interrupt you at all, but I need to -- I have

21    a little bit of an emergency right now.

22               MR. POOLE:  Why don't we take a

23    seven-minute break?  I need to go as well.

24               MR. MERMIGIS:  Okay, great.  So 1:15

25    we'll be back?
```

Michael Sean Rizzo

Page 100

1                       MR. POOLE:  Yeah, that's great.  Thank

2      you.

3                       MR. MERMIGIS:  All right.  Thank you.

4                       THE REPORTER:  We are now off the

5      record at 1:07 p.m.

6                       (Off the record.)

7                       THE REPORTER:  We are now back on the

8      record at 1:28 p.m.

9      BY MR. POOLE:

10         Q    Okay.  Mr. Rizzo, how -- so is it correct to

11     say that you were terminated from the City of New York

12     on February 11, 2022?

13         A    Yeah, I think so.  Yeah.

14         Q    And how long after you were terminated

15     did -- I'm sorry.  I'll rephrase.

16              How long after you -- how long did it take

17     for you to start getting pension benefits after you

18     were terminated?

19                       MR. MERMIGIS:  Objection as to form.

20                       But he can answer.

21                       THE WITNESS:  Huh?

22                       MR. MERMIGIS:  You can answer, Mike

23     [ph].

24                       THE WITNESS:  I think  -- yeah, I

25     froze.  I think -- I was calling inquiring because I

Michael Sean Rizzo

Page 101

1    didn't know what happened.  I didn't know I was going

2    to be terminated.  So I was -- I didn't know what to

3    do.  So I started calling to get information.  What I

4    need to do.  I got no responses.  I reached out to the

5    union.  They told me that they would have someone call

6    me.  Somebody called me.  I don't know.  I really -- I

7    don't remember.  I'm thinking -- I'm thinking May-ish.

8    BY MR. POOLE:

9         Q    Okay.  May of 2022?

10        A    Off the record, yes.  On the record,

11   somewhere around there, I believe.

12        Q    Okay.

13        A    I think it was --

14             MR. MERMIGIS:  Rodalton, before you

15   answer [sic] another question, I just want to let my

16   client know not to guess, only if he knows the exact

17   date because, you know, obviously he's on the record

18   under oath.  And I don't want any guesses on the

19   record.

20             So only if you know, from now on, Mike

21   [ph].

22             THE WITNESS:  Offhand -- yeah.  Okay.

23   So offhand, I -- I don't know right now.

24   BY MR. POOLE:

25        Q    But you think it was around May of 2022?

Michael Sean Rizzo

Page 102

1          A    I think it was -- it was in 2022.  I -- I
2    think, but I can't say, I think.  So I -- I don't
3    know.
4          Q    Okay.  What was your salary at the time of
5    your termination?
6          A    Well, it just started a new year.  So -- but
7    the year before, it was about 200.
8          Q    I'm sorry.  Is that $200,000 a year?
9          A    Yes, sir.
10         Q    Okay.
11         A    Might've been, like, 190-something.
12         Q    Okay.  Are you claiming that you've suffered
13   any damages based on the allegations in the complaint?
14                   MR. MERMIGIS:  Objection as to form.
15   What type of damages are you asking about exactly?
16   BY MR. POOLE:
17         Q    Let's start with economic damages.  Have you
18   suffered any economic damages as a result of being
19   terminated, Mr. Rizzo?
20         A    Yes.
21         Q    Okay.  What are those economic damages?
22         A    -- again.  My salary.
23         Q    Okay.  Anything else other than loss of
24   salary?
25         A    My salary that was my pensionable years.  My

Michael Sean Rizzo

Page 103

1   most profitable years that I ever would have been able
2   to possibly get being the number one guy in the
3   garage.  Anything that included money would go to me
4   first.  I would have first choice on every job. Going
5   out of town.  Getting money gone from going out of
6   town, picking up hours to use or -- or to get paid at
7   the end of my career.

8          To vacation picks, which destroyed my
9   pension of what it would have and should have been.
10  Not only did it destroy my pension, which I worked my
11  whole life for to get it to what it should have been,
12  I was deprived the chance to make a decision with my
13  family of how to collect that pension.  If I wanted to
14  leave it to my wife or leave it to my kid so they
15  would be taken care of if I ever wasn't around.

16          If my kid never got to know me, at least he
17  knew that I -- I'm still taking care of him, even
18  though I'm not around.  That is priceless.  I'm sick
19  to my stomach over it because that should have been a
20  choice between me and my family.  That should have
21  been a choice that I could have made to secure my
22  family when I'm not around.

23          And they took that from me.  They forced me
24  off a job in my golden years, my most profitable
25  years.  My retirement.  My -- buying myself -- taking

Michael Sean Rizzo

Page 104

1    out a pension loan, which you can't do afterwards, you

2    could only do it beforehand.  I could have gotten

3    myself a little present like most people do.  They buy

4    themselves a new car.  I never owned a new car in my

5    life.

6              And I should have been able to give myself

7    something before I left.  I should have been able to

8    leave what I worked for my whole life and sacrificed

9    my life, my body, my time for.  I should have been

10   able to leave it with my family.  Because they fired

11   me like I was a criminal.  Like, I did something

12   wrong.

13             When I don't even believe I look -- I -- I

14   was ever suspended.  And now I had a -- I had a very

15   good sick record.  The guys on the job, when I came

16   on, they always said, "If you don't go sick, you're

17   wasting it.  It's there, use it.  They don't care.

18   You're just a number."  But I -- I always had pride in

19   my sick record.  My work ethics.

20             I showed up to work at least an hour early

21   every single day, just so I knew I was there.  Get

22   ready.  Responsible.  I stayed after work, not getting

23   paid sometimes helping the next shift do something

24   during snow storms, putting plows on.  Meanwhile, I

25   wasn't even on the shift.  Teaching new guys that

Michael Sean Rizzo

Page 105

1    were -- got stuck in the garage, but they didn't know

2    what they were doing, so the garage officer would ask

3    me to help them out or show them.  And I would stay

4    when it wasn't even my shift.

5         Q    Okay.  Have you suffered any emotional

6    damages as a result of being terminated?

7         A    Oh --

8              MR. MERMIGIS:  Wait.  Rodalton, you

9    said I could ask a question on topic; right?  I just

10   want to ask him one question.

11              MR. POOLE:  Go for it.

12                   EXAMINATION

13   BY MR. MERMIGIS:

14        Q    You just testified, Mr. Rizzo, that you said

15   that your pension was not where it should be.  All

16   right.  Where did you foresee your pension to be if

17   you were not terminated by the City of New York.

18        A    Going by what guys retired with that I had

19   beat and guys that retired recently and guys that are

20   going to be retiring, from the numbers that I should

21   have made with my salary, the amount difference.  I --

22   I asked -- I asked pay records to have the -- the

23   exact amount.

24              I have estimated amounts.  But you're

25   talking somewhere around $25,000 that I could have had

Michael Sean Rizzo

Page 106

```
1    for the rest of my life.  The rest of my wife's life.
2    Or the rest of my kid's life.  Not that whole amount,
3    but depending on how I broke it up to -- to
4    bracket-wise of how much I would receive and then how
5    much they would continue to receive after I die.
6              I don't know what the number that they would
7    get at that point, but there's different brackets.
8    And I should have been able to go through it with an
9    economic person.  They -- they have classes that they
10   give at the job.  I was deprived of that.  To prepare
11   for my future.  To decide when I was able to leave
12   to -- on -- on my terms.  A happy, happy terms.
13        Q    Now --
14        A    Have a retirement party.
15        Q    Now, Mr. Rizzo, is that 25,000 extra per
16   year --
17        A    Of a loss.  Of a loss.
18        Q    You lost --
19        A    Of a loss.  I worked -- I worked my butt off
20   nonstop.  Overtime.  Around the clock.  Because I was
21   just -- I was just getting into my most profitable
22   pensionable years.  And they fired me before -- during
23   and -- and the years that counted for my pension were
24   not years that I intended to be for my pension.  Years
25   that I was not taking the overtime.
```

Michael Sean Rizzo

Page 107

1          I was giving it up to junior guys that asked
2     me if they could do it.  Guys that had kids.  That
3     were hurting.  And I did the right thing to give it up
4     to guys.  They would come up to me, ask me nicely.
5     And I said, "You know what?  Okay."  Because I
6     wasn't -- I wasn't looking for it.  It wasn't my
7     pensionable years.
8          And then also years that I was injured on
9     light duty and I couldn't work and I couldn't get
10    overtime and I couldn't make that extra money, those
11    years started my pension years off, which crippled two
12    of my most profitable years.  The way it's structured,
13    I -- I didn't get not -- not even half of it counted
14    towards my pension because the way it -- it works.
15          I wasn't intending to retire those years.  I
16    wasn't chasing the money those years.  I was giving it
17    away to other guys.  Helping them out.  Therefore the
18    two -- those two years determine what your last three
19    years are going to be.  The two years I finished with,
20    at minimum, should have been my two start years and
21    then my three years after that, and that should have
22    locked in my most profitable years.
23          And if I decided I wanted to retire at that
24    point, if I was -- you know, if I knew that I'd be
25    able to not worry about kids, school, whatever.  Or if

Michael Sean Rizzo

Page 108

1    I needed to have the extra -- keep working, I could

2    have stayed longer if I wanted.  I could have stayed

3    till 30 years if I wanted.  Those years still would

4    have been locked in.  They would have never changed.

5    That would have been my most profitable years.

6          They go by your most profitable years.  But

7    at the least it could have been more.  Because I don't

8    know when the next hurricane comes.  Or the next

9    blizzard, like, in 2000, where we had, I think, 20

10   snowstorms in a row.  Those -- those years would have

11   been locked in as my most profitable years.  And then

12   I could have just -- if I wanted to stay, if I wasn't

13   ready to retire because retiring is a hard thing.

14         Everyone looks forward to it, but it's a

15   hard thing.  Because you give up your life.  You give

16   up your friends.  You -- you -- you're at work more

17   than you're at home.  You -- you build friendships.

18   We go -- we used to go away on vacations together.  We

19   used to ballgames, barbecues, and I lost all of that.

20   I lost all of that.

21         The people in the neighborhood, I was part

22   of the community.  I had been there for 22 years.

23   Everybody knew me.  I used to speak to everybody.  The

24   old people used to love to talk to me.  I always gave

25   them time because they loved to talk, and they don't

Michael Sean Rizzo

Page 109

1    have people to talk to.  I would talk to them.  Hang

2    out with them.  My partner would get mad at me

3    sometimes.  Like, "Come on, let's go."  But I always

4    felt bad.

5              The people in the neighborhood -- I had so

6    many friends.  I didn't -- I don't have their numbers

7    now.  Some of the people that had their numbers, I --

8    I -- my phone got destroyed.  I lost all of the

9    numbers.  The people in the neighborhood that I would

10   have -- if I would have known I was leaving, I would

11   have went around getting people's phone numbers, so I

12   can keep in touch.  That was all stolen from me.  Why?

13             I picked bodies out of World Trade Center.

14   I dug out the -- I -- I think it was, like, six of the

15   worst snowstorms in the city history.  I dedicated,

16   got hurt, walked it off.  I spent more time at work

17   than I did with my own family with overtime.  With

18   working.  With being forced to work.  And now, I have

19   nothing.

20                  MR. POOLE:  Okay.  James, are you

21   finished?

22                  THE WITNESS:  Lost my friends.

23                  MR. MERMIGIS:  Yes.

24                  THE WITNESS:  I lost my community.

25                  MR. POOLE:  Okay.

Michael Sean Rizzo

Page 110

1              MR. MERMIGIS:  Yes, you can continue,

2    Rodalton.  Thank you, sir.

3                    EXAMINATION

4    BY MR. POOLE:

5         Q    Okay.  To clarify.  At the time you were

6    terminated, Mr. Rizzo, were you eligible for

7    retirement?

8         A    Yeah, just barely.

9         Q    Okay.  What do you mean?  Why do you say

10    just barely?

11         A    Because you have to do -- you have to do 20

12    years minimum, and then you have to make up and bad

13    time, so I was -- where was I at?  Twenty-one,

14    twenty-one and a half.  So --

15         Q    Okay.  Are you claiming any emotional

16    damages as a result of being terminated?

17         A    Yeah.

18         Q    Okay.  Tell me what those emotional damages

19    are.

20         A    From day one not knowing what was going on.

21    Looking for people in the same situation as me, which

22    I was -- I had no way to contact nobody.  I did find a

23    group.  I linked up that with them with a lawyer.  I

24    put money into a group for a lawyer.  The lawyer was

25    busy with another case, and she was trying to save us

Michael Sean Rizzo

Page 111

1    money by winning the other case first.

2            The guys got tired of waiting, and they

3    would -- they were chatting on -- on a -- on a app.

4    They were chatting on an app.  I was communicating

5    with them through text message.  And when the guy said

6    he wasn't going to go no -- use her anymore, he was

7    going to ask for the money back, and then put it

8    somewhere else.

9            They -- the guys -- he went into another

10   group that I was originally with that I was talking

11   to.  I got left out because my stupid phone was

12   broken.  And I was all -- I was -- I couldn't find

13   anybody that wasn't hooked up with a lawyer already.

14   So I had to look for myself.  I had to call EEOC

15   nonstop, 24 hours a day looking for an appointment.

16   That's how they had the schedule set up.

17           There was no appointments for over a year.

18   I spent a year all the way to -- almost -- almost a

19   year.  All the way to December -- December-something

20   trying to get an appointment just so EEOC could hear

21   me.  Around the clock everywhere I went.  Waking up in

22   the middle of the night hoping someone would have

23   cancelled and something would open up and I could grab

24   it before someone else grabbed it.  And I kept

25   calling.

Michael Sean Rizzo

Page 112

1          And I kept telling -- "I can't find nothing.
2    What do I do?  What happens when my time runs out?"
3    And they didn't know.  "Well, you should be all
4    right."  "But you don't know?"  And they're like,
5    "No."  I said, "Well, I'm getting down to a month.
6    I'm getting down to three weeks.  I'm getting down to
7    two weeks."  They're like, "Well, when you get
8    down" -- finally I got a day one day later than what
9    my time limit would have been.
10          I called them up.  I said, "Am I going to be
11    okay?"  "Yeah, you should be."  I said, "Should be or
12    am I?"  They're like, "I don't know."  I was like,
13    "Well, what do I do?"  I said, "Is there a supervisor
14    or something?"  Supervisor got on the phone.  She
15    goes -- she took down my information.  She says, "All
16    right.  The day before, if you don't get nothing, call
17    back this number."
18          The day before my deadline was going to be
19    expired, I got a hold of them or a couple of days
20    before, and they -- they took my report, like, last
21    minute.  That alone just -- all my paperwork, I was
22    afraid to go anywhere without it.  I carried it
23    everywhere just in case the house went on fire.  Just
24    in case something happened.
25          All my paperwork, like, everywhere I went, I

Michael Sean Rizzo

Page 113

1    had to carry it around with me afraid that something
2    would happen.  That I would lose all my paperwork.
3    Finally EEOC gets in touch with me.  I don't know how
4    many days I spent.  How many hours working on that
5    paper.  It's not something I do.
6         Q    Okay.
7         A    I kept asking for extensions - extensions.
8    These last three years have been the worst, miserable
9    days of my life.  I would never wish anybody to go
10   through this.  I would never want anybody to do this.
11   I feel like I'm better off than some people because
12   I'm in a -- technically, my position, right now, I can
13   handle not losing my house.
14              If I had kids like some people and -- and
15   were in debt.  People lost their houses.  So in a way
16   sometimes I look at it like there's a reason why I'm
17   here.
18        Q    Do you currently have health insurance,
19   Mr. Rizzo?
20        A    Excuse me?
21        Q    Do you currently have health insurance?
22        A    No, the last -- when I was trying to get --
23   what was it?  I think it ended in -- well, some ended
24   in February.  And then I think some ended in March.
25   And I wound up having to pay out of my own pocket.

Michael Sean Rizzo

Page 114

1          Q     And when you say February, do you mean
2     February of 2022?
3          A     Yes.
4          Q     Okay.
5          A     Because I -- I -- yeah.  When they said that
6     "Oh, you're going to lose your insurance," I said,
7     "Well, let me try to go get myself checked out.  And
8     try to get something done," because the last few years
9     was so hectic, there wasn't time to do anything.  We
10     didn't -- we weren't allowed to have days off.  You
11     know, we had -- we -- they -- we were forced to work
12     seven days a week around the clock.  Everybody else
13     was home for two years.
14               We worked for two years.  Went to -- went to
15     work.  Put our families in danger for two years.
16     Everybody, all the employees stayed home; even DOT
17     stayed home.  Transit went on --they swapped weeks
18     that they stayed home and then other guys went in.
19     There was no -- there --
20          Q     Okay.
21          A     I -- I can't even -- I have a hard time
22     thinking straight anymore.  My sleep pattern is messed
23     up.  I -- I can't get more than an hour's sleep at a
24     time.  I'm always waking up, like, just -- like,
25     thinking I got to do something.  Thinking that, "When

Michael Sean Rizzo

Page 115

1    is the lawyer going to call me?"  Thinking like, "When

2    is the next paper due?  When is the next" -- I

3    missed -- I missed my aunt's funeral because the

4    deposition was supposed to be last November.

5            And I was told it was going to be in

6    November, and I wanted to go and take my mom down, and

7    I -- we couldn't do it because the deposition was

8    supposed to be that week.  And then it got canceled.

9    Then the next -- every time -- like, I think, "All

10   right.  We're getting something done," something

11   happens.

12           MR. POOLE:  Okay.  We're going to wrap

13   up.  So after the transcript of this deposition is

14   prepared, I'll send it to you through your counsel and

15   ask that you review it.  If there are any errors,

16   you'll have the opportunity to correct them at that

17   time.

18           THE WITNESS:  I want you to know that I

19   wasn't yelling at anybody.  I'm just -- wasn't yelling

20   at you.  I'm -- I'm upset.

21           MR. POOLE:  Okay.  I understand.

22           MR. MERMIGIS:  Rodalton, thank you so

23   much.

24           MR. POOLE:  Yes.  We can go off the

25   record.  Thank you.

Michael Sean Rizzo

Page 116

1                    THE REPORTER:  If you could stick
2       around, I just have a few spelling questions.  We are
3       now off the record on April 3, 2025, at 1:55 p.m.
4                         (Signature reserved.)
5                         (Whereupon, at 1:55 p.m., the
6                         proceeding was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Michael Sean Rizzo

Page 117

1          CERTIFICATE OF DEPOSITION OFFICER

2              I, JACQUELINE DOMINGUEZ, the officer before

3      whom the foregoing proceedings were taken, do hereby

4      certify that any witness(es) in the foregoing

5      proceedings, prior to testifying, were duly sworn;

6      that the proceedings were recorded by me and

7      thereafter reduced to typewriting by a qualified

8      transcriptionist; that said digital audio recording of

9      said proceedings are a true and accurate record to the

10     best of my knowledge, skills, and ability; that I am

11     neither counsel for, related to, nor employed by any

12     of the parties to the action in which this was taken;

13     and, further, that I am not a relative or employee of

14     any counsel or attorney employed by the parties

15     hereto, nor financially or otherwise interested in the

16     outcome of this action.

17

18

19                              JACQUELINE DOMINGUEZ

20                         Notary Public in and for the

21                              State of New York

22     [X] Review of the transcript was requested.

23

24

25

Michael Sean Rizzo

Page 118

1                    CERTIFICATE OF TRANSCRIBER

2              I, RAVINNA WILLS, do hereby certify that

3     this transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13                        *Ravinna S. Wills*

14

15                              RAVINNA WILLS

16

17

18

19

20

21

22

23

24

25

Michael Sean Rizzo

Page 119

1   Rizzo, Michael v. Sanitation, Department of, NYC, Et Al.

2   Michael Sean Rizzo (#7290470)

3                      E R R A T A   S H E E T

4   PAGE_____  LINE_____  CHANGE_____

5   _____

6   REASON_____

7   PAGE_____  LINE_____  CHANGE_____

8   _____

9   REASON_____

10  PAGE_____  LINE_____  CHANGE_____

11  _____

12  REASON_____

13  PAGE_____  LINE_____  CHANGE_____

14  _____

15  REASON_____

16  PAGE_____  LINE_____  CHANGE_____

17  _____

18  REASON_____

19  PAGE_____  LINE_____  CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Michael Sean Rizzo                            Date

25

Michael Sean Rizzo

**Page 120**

1    Rizzo, Michael v. Sanitation, Department of, NYC, Et Al.

2    Michael Sean Rizzo (#7290470)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Michael Sean Rizzo, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Michael Sean Rizzo                            Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

Michael Sean Rizzo

**[000292 - 6:19]**                                                    Page 1

**0**

**000292**   88:10
**07190**   1:7
**08/07/74**   12:2
**09/11**   84:16

**1**

**1**   3:1 4:21
   27:17 82:3,17
**10**   3:12
**10/26/21**   4:14
**100**   2:22 52:24
**10007**   2:23
**10309**   2:6
**105**   4:6
**10:18**   1:14 5:5
**11**   3:13 100:12
**11/05/21**   4:15
**11/11/2021**
   80:9
**11/11/21**   4:16
**11/23/21**   4:17
**110**   4:7
**11501**   1:16
   5:10
**11791**   2:14
**11:13**   44:8
**11:28**   44:11
**11th**   94:10,24
   94:24 95:1,5
**12**   3:14 70:16
**13**   3:15
**14**   3:16

**15**   3:17 71:2
**16**   3:18 71:2
**161**   5:9
**17**   3:19
**18**   3:20 69:7
**19**   3:21 36:23
   39:23,24 40:2
   41:7,11 43:5
   46:25 55:23
   61:5 63:25
   64:15 82:3
   91:12,14
**190**   102:11
**1:07**   100:5
**1:2023**   1:7
**1:28**   100:8
**1:30**   23:3,3,7
**1:55**   116:3,5

**2**

**2**   3:2 23:8
**2,000**   14:15
**20**   3:22 46:19
   47:16 52:1
   82:3,17 98:20
   99:3 108:9
   110:11 120:15
**200**   102:7
**200,000**   102:8
**2000**   16:17,19
   108:9
**2020**   36:23
   41:10 43:5

**2021**   12:24
   46:19 47:1,16
   60:5
**2022**   33:1,4
   93:22,23 94:1
   94:24 95:1
   96:5,8 100:12
   101:9,25 102:1
   114:2
**2023**   32:24
   98:21,25
**2023-079020**
   2:24
**2024**   32:11,13
**2025**   1:13 5:9
   116:3
**21**   3:23
**212**   2:24
**215-4543**   2:8
**218th**   14:22
**22**   3:24 84:1
   108:22
**23**   3:24 7:9
**24**   3:25 10:23
   11:1,4 111:15
**245**   2:5
**25**   3:25
**25,000**   105:25
   106:15
**26**   60:5
**26th**   54:10
**27th**   54:10
   91:20

**28th**   93:18,19
   93:20 94:1,5
**29**   47:1
**29931**   118:14

**3**

**3**   1:13 3:3,6 5:9
   116:3
**30**   52:1 108:3
**32609**   117:18
**347**   2:8
**353-0075**   2:16
**356-2203**   2:24
**36**   46:13,15
   47:17

**4**

**4**   3:4,7 27:6,7
   30:15,18
**4,000**   30:19,20
**400**   30:18
**436**   14:4
**44**   4:12
**491929**   2:25

**5**

**5**   3:5 16:17
**516**   2:16
**53**   4:14

**6**

**6**   3:8
**68**   4:4,15
**69**   4:5
**6:19**   82:17

Michael Sean Rizzo

**[6:19-20 - answering]**                                    Page 2

| | | | |
|---|---|---|---|
| **6:19-20**  82:4 | **aborted**  63:21 | 64:12 65:2 | **ain't**  81:22 |
| **7** | 63:25 88:25 | 76:24,25 80:25 | **aisle**  41:15 |
| | **abortion**  56:7 | **additional**  37:6 | **al**  119:1 120:1 |
| **7**  3:9 4:3 | 56:10,14 63:19 | 73:11,13 | **alcohol**  29:8,10 |
| **7190**  7:9 | 63:23 81:20,22 | **additionally** | 29:17 81:6 |
| **7290470**  1:18 | 88:22 89:10 | 5:15 | **alcoholic**  11:3 |
| 119:2 120:2 | 90:9 | **additions**  120:6 | **alex**  28:20 |
| **78**  4:22 | **abortions**  56:1 | **address**  11:22 | **allegations** |
| **79**  4:16 | 60:22 | 14:3 52:12 | 7:11 102:13 |
| **8** | **above**  120:7 | 53:16 | **allergic**  76:4,7 |
| | **absent**  5:15 | **addresses** | **allowed**  18:14 |
| **8**  3:10 20:22 | **absolutely** | 14:18,21 | 18:18 38:1 |
| **85**  2:13 | 38:13 40:4 | **administer** | 40:24 78:2 |
| **86**  4:17 | 51:1 77:16 | 5:12 | 90:4 91:15 |
| **9** | 78:20 86:9 | **admitting** | 114:10 |
| | **abused**  99:6 | 84:12 | **allowing**  95:22 |
| **9**  3:11 | **accept**  50:2 | **advice**  78:3 | **alter**  81:7 |
| **9115**  14:22 | **accomplish** | **advil**  65:10 | **amount**  32:16 |
| **a** | 83:22 | **advise**  90:3,9 | 32:17,21 33:3 |
| | **accurate**  46:9 | **advised**  90:12 | 105:21,23 |
| **a.m.**  1:14 5:5 | 117:9 118:5 | **afraid**  62:19 | 106:2 |
| 44:11 | **accurately**  7:18 | 112:22 113:1 | **amounts** |
| **abide**  75:18 | **accused**  34:17 | **age**  12:3,12 | 105:24 |
| **ability**  10:19 | **acknowledge...** | **agency**  15:22 | **anesthesia**  66:6 |
| 83:11,15,18,25 | 120:3 | 16:13 | **announced** |
| 117:10 118:7 | **acknowledg...** | **ago**  83:7 | 97:21 |
| **able**  8:8 22:18 | 5:12 | **agree**  5:13,17 | **answer**  7:18,22 |
| 44:25 45:6 | **action**  1:6 85:3 | 74:6,10 81:4 | 8:1,2,16 10:11 |
| 46:15 47:8 | 117:12,16 | 81:14 83:1 | 33:23 37:21 |
| 50:2 54:1 55:7 | 118:8,12 | 88:16 89:4 | 93:13 100:20 |
| 55:9 69:18 | **actors**  95:22 | 98:24 | 100:22 101:15 |
| 79:18,20,21 | **actual**  23:12 | **ahead**  47:12 | **answered**  10:3 |
| 86:15 90:17 | **actually**  38:8 | 68:19 | **answering**  11:8 |
| 103:1 104:6,7 | 42:9 58:5,25 | | |
| 104:10 106:8 | | | |
| 106:11 107:25 | | | |

Michael Sean Rizzo

**[answers - basic]**                                                           Page 3

| | | | |
|---|---|---|---|
| **answers** 89:14 | **approached** | **assume** 8:20 | **back** 22:4,7,14 |
| **anticipate** 8:8 | 68:15 | 52:19 67:22 | 22:16,18 26:24 |
| **anybody** 83:10 | **approved** 91:5 | **assuming** 57:25 | 27:1 31:1 |
| 85:14 98:4 | 91:8 | **attempted** | 34:21 35:15 |
| 111:13 113:9 | **april** 1:13 5:9 | 52:15 | 42:15 43:10,18 |
| 113:10 115:19 | 116:3 | **attend** 66:19 | 47:14 49:14,20 |
| **anybody's** | **area** 21:19 | 67:4,21 68:24 | 50:19 61:1 |
| 85:14 | **arguing** 27:1 | **attendance** 6:3 | 62:25 67:9,23 |
| **anymore** 13:7 | **army** 76:5,7 | **attending** | 67:24 70:23 |
| 92:4 111:6 | **asked** 43:6 | 68:23 | 71:2,9,16,24 |
| 114:22 | 48:23,23 51:6 | **attention** 73:8 | 88:11 96:4,9 |
| **anytime** 85:2 | 77:2 83:25 | 73:9 81:1 | 96:14,17,20 |
| **apart** 83:16 | 89:16 92:2,8,9 | **attorney** 7:5 | 97:17,22 98:2 |
| **apartment** 14:7 | 92:13,18 93:11 | 117:14 118:10 | 98:3,16 99:10 |
| **app** 111:3,4 | 105:22,22 | **attorneys** 9:23 | 99:25 100:7 |
| **appeal** 86:7,8 | 107:1 | 10:2 | 111:7 112:17 |
| 87:4,18,19 | **asking** 7:10 8:7 | **audible** 88:17 | **bad** 17:25 |
| 89:10 90:21,24 | 54:22 55:19 | **audio** 117:8 | 27:14 34:5 |
| 91:5,8,11 | 57:19,24 58:5 | 118:3 | 41:18 109:4 |
| **appeals** 4:17 | 70:24 75:6 | **aunt's** 115:3 | 110:12 |
| **appearing** 6:5 | 84:7 102:15 | **author** 54:14 | **badly** 84:12 |
| **appears** 11:13 | 113:7 | **authorized** | **ballgames** |
| **appended** | **asleep** 74:17,18 | 5:11 | 108:19 |
| 120:7 | **aspirin** 65:12 | **aware** 11:6 | **baptism** 12:12 |
| **applicable** 5:21 | **assigned** 5:3 | 69:9 | **barbecues** |
| **application** | 20:12 24:7 | **awol** 92:6 | 108:19 |
| 48:24 51:7 | 27:4,5,20,21 | **b** | **bare** 37:13 |
| **apply** 16:24 | 34:22,25 37:3 | | **barely** 44:22 |
| 50:4,6 | 40:1 | **b** 4:9,13 53:20 | 110:8,10 |
| **appointment** | **assignments** | 53:21,25 56:13 | **barrel** 98:11 |
| 111:15,20 | 23:13 | 56:18 59:24 | **based** 21:7 |
| **appointments** | **assistant** 6:4 | 67:25 | 102:13 |
| 111:17 | 7:4 | **babies** 82:9 | **basic** 39:13 |
| | | | 84:8 |

Michael Sean Rizzo

**[basically - call]**                                    Page 4

| | | | |
|---|---|---|---|
| **basically** 18:7 | **benjamin** | 89:2 104:9 | **brooklyn** 20:9 |
| 21:5,21 35:5 | 15:16 | **born** 11:21,24 | 21:10,10,11 |
| 40:25 56:2 | **best** 46:9 61:24 | **borough** 19:4,5 | 27:6,7,17 |
| 60:22 61:19 | 80:19 83:8,11 | 19:7 20:3,5,7 | 50:18 |
| 62:8 70:25 | 83:15,17,24 | 27:17 53:2 | **broom** 25:12 |
| 87:15 96:13 | 90:18 117:10 | 92:2 | **build** 42:22 |
| 97:12,15,15 | 118:6 | **boroughs** 21:14 | 108:17 |
| **basis** 19:12 | **betray** 96:8 | 21:15 | **building** 26:22 |
| 21:16 25:10,14 | **better** 49:16 | **bother** 22:8 | 27:14,18,19,19 |
| **baskets** 25:11 | 70:2 113:11 | **bothering** | **buildings** 26:15 |
| **beat** 24:15,16 | **beverages** 11:3 | 48:23 | 26:19,20,21 |
| 105:19 | **big** 20:22 23:11 | **bottom** 98:11 | **bullet** 73:10 |
| **bed** 41:21 | 50:5,8 75:19 | **bought** 82:8,20 | **bushwick** 20:6 |
| **began** 36:23 | 93:2 | **bounced** 21:4,8 | 20:8,12 27:4 |
| **beginning** | **birth** 11:13,19 | 22:24 | 37:4 40:1 |
| 73:25 | 12:1,9 15:1 | **bracket** 106:4 | **busy** 110:25 |
| **behalf** 2:2,10 | 31:20 57:3 | **brackets** 106:7 | **butt** 106:19 |
| 2:18 6:5 | **bit** 47:14 49:21 | **brains** 41:22 | **buy** 36:11 |
| **belief** 55:21 | 75:16 77:11 | **break** 10:6,7,8 | 104:3 |
| 73:15 74:8,8 | 86:22 92:13 | 10:11 43:22,23 | **buying** 103:25 |
| **beliefs** 12:11 | 99:21 | 43:24 44:5 | |
| 55:17 60:11 | **bk3** 27:19 | 66:24 99:16,23 | **c** |
| 61:6,9,18 62:4 | **blizzard** 108:9 | **bribery** 97:17 | **c** 2:1 3:1 4:15 |
| 65:5 81:8,8 | **blood** 42:7 | **bricktown** 2:5 | 4:16 5:1 68:9 |
| **believe** 13:20 | **board** 19:4 | **brief** 62:9,11 | 68:10 69:18 |
| 53:7 56:9 64:2 | 23:2,7,9,12,15 | **bring** 36:10 | **calendar** 94:4 |
| 76:9 94:4 | 23:19,20,25 | **bringing** 78:12 | **call** 19:16 23:4 |
| 101:11 104:13 | 24:3 25:2 | 78:13 | 25:15,22 38:22 |
| **benadryl** 65:20 | **bodies** 88:24 | **broke** 42:4 | 40:20 43:19 |
| **beneficiary** | 109:13 | 106:3 | 48:3,21 49:14 |
| 31:9,19 | **body** 29:3,4 | **broken** 111:12 | 50:23,25 52:2 |
| **benefits** 17:7 | 69:5 81:5,7 | **bronx** 19:10 | 71:14 101:5 |
| 100:17 | 82:4,9,10,18,21 | 21:12 22:14,14 | 111:14 112:16 |
| | 88:18,19 89:2 | | 115:1 |

Michael Sean Rizzo

**[called - clean]** Page 5

**called** 4:21 6:20 16:8 45:11 48:19,21 49:13 49:21 50:19 51:4 77:6,6,18 77:20 91:20 92:1,7 97:8,9 101:6 112:10
**calling** 28:9 53:24 59:24 86:19 100:25 101:3 111:25
**canceled** 70:14 115:8
**cancelled** 111:23
**capable** 61:25
**car** 21:6,22,25 22:11,21,23 35:3 104:4,4
**cardozo** 15:16
**care** 38:6 103:15,17 104:17
**career** 103:7
**carried** 112:22
**carry** 113:1
**cars** 35:4 99:6
**case** 110:25 111:1 112:23 112:24
**catholic** 12:6,7 12:11 57:3 60:18 75:19

**caught** 94:14
**cell** 88:22
**cells** 63:21,25
**center** 109:13
**certain** 8:12 20:13 21:18 25:7 36:8 70:3 96:20
**certificate** 11:14 31:20 117:1 118:1
**certified** 5:18
**certify** 117:4 118:2
**chain** 39:16,16
**chains** 18:12 36:18
**chance** 25:3 98:3 103:12
**chances** 88:1,6
**change** 26:3 119:4,7,10,13 119:16,19
**changed** 35:10 42:1 108:4
**changes** 31:12 120:6
**changing** 26:5 36:16 47:6
**charge** 69:1
**chasing** 107:16
**chatting** 111:3 111:4

**check** 43:7 71:4
**checked** 42:3,5 77:1 114:7
**checks** 75:13
**cherish** 82:14
**child** 67:14 68:24 69:2,5
**children** 13:18
**chipped** 22:17
**choice** 103:4,20 103:21
**chokshi** 46:20
**choose** 19:7
**chose** 17:4 87:19,19
**chosen** 87:17
**chris** 92:8
**christi** 12:20,22 13:2,9,11
**christina** 2:3,4 6:7 82:23
**christinamart...** 2:7
**christopher** 69:20 78:25 80:18 87:8 92:13 93:9
**church** 2:22 12:16,18 13:2 13:4 57:6,8 58:15 59:1,21 60:12 64:4,11 64:18,19,20,23 75:13

**city** 1:7,8 2:18 2:19,21 5:8,8 6:6 7:6,6,8 11:23 15:19,22 15:23 16:11,13 16:16,22 17:5 17:9 21:16 22:13 26:17 33:19 34:18 37:9 40:6 46:22,24,24 70:7 75:6,7,7,8 83:21 84:15 87:18 89:21 94:12 95:13,14 100:11 105:17 109:15
**city's** 40:15
**civil** 1:6 17:15 17:17,20 98:6 98:7
**civilian** 47:11
**claiming** 102:12 110:15
**clarification** 48:12,14 74:3
**clarify** 8:18,20 93:14,25 94:23 110:5
**class** 83:9
**classes** 106:9
**clean** 81:6 88:19

Michael Sean Rizzo

**[clear - corrections]**

**clear**  8:11 70:2
  97:12
**clearer**  75:5
**client**  101:16
**clock**  70:16
  106:20 111:21
  114:12
**clothes**  42:1
**cold**  2:13
**collect**  103:13
**collecting**
  25:13
**college**  16:10
**combined**
  27:18
**come**  22:14
  38:20 39:15
  41:5 43:4
  57:13 64:2
  71:2 76:1
  90:17,19 92:3
  96:17,19 97:22
  98:16 99:9
  107:4 109:3
**comes**  108:8
**comfortable**
  49:13
**coming**  71:3
**command**
  39:16
**commenced**  7:7
**commercial**
  18:7

**commissioner**
  46:22
**commodity**
  89:1
**communicated**
  98:18
**communicating**
  10:2 111:4
**community**
  108:22 109:24
**company**  87:18
**compelled**  89:3
**complaint**  4:12
  45:15,17 46:2
  46:5,8 102:13
**complaints**
  34:4
**complete**  120:8
**complicated**
  23:15
**complying**
  73:13
**computer**  9:18
  23:10 51:10,12
  59:15 73:5
  91:22
**concern**  54:12
**concerns**  55:3,4
**concluded**
  116:6
**condemned**
  26:16,20,22
**conditions**
  10:18

**confirmation**
  68:3,4 71:18
  71:18
**conflict**  59:25
  73:14
**confused**  48:10
  69:24 91:2
**congratulations**
  31:16
**connected**
  26:12
**conscience**  56:4
  57:7 58:16
  60:12,14,15,15
  60:17,19 90:15
**consider**  88:20
**consist**  35:9
**constitute**  5:25
**construct**  58:17
**consult**  9:23
**consulting**  10:4
**consume**  29:8
**consumed**  11:3
  29:10,16
**cont'd**  3:1
**contact**  62:9
  87:7 110:22
**contacted**  70:1
**containers**
  20:22
**continue**  106:5
  110:1
**continued**
  74:18 81:10

**contract**  39:24
  41:7
**contracted**
  40:2 41:11
**control**  2:25
  69:4
**controlled**
  10:25 30:1
**conversation**
  8:12 50:11
  76:14,16
**convert**  83:10
**copy**  85:24
**corinthians**
  82:3,3,17
**corner**  24:17
**corners**  25:12
  99:5
**corporation**
  6:4 7:5
**corpus**  12:20
  12:21 13:2,8
  13:11
**correct**  11:11
  11:12 14:6
  15:20 21:22
  49:22 53:9
  56:10 57:21
  58:6,9 76:21
  82:21 94:1
  100:10 115:16
  120:8
**corrections**
  120:6

| | | | |
|---|---|---|---|
| **cotton** 66:9 | **crippled** | **dated** 80:9 | **deadline** 71:8 |
| **couch** 22:11 | 107:11 | **dates** 14:24 | 112:18 |
| **coughing** 41:22 | **criteria** 85:11 | 54:9 | **deal** 47:6 50:5 |
| 41:24 | 85:13,13,15,18 | **dave** 46:19 | 50:8 93:2 |
| **counsel** 2:12 | **curious** 92:10 | **david** 4:22 77:6 | **debt** 113:15 |
| 6:5 7:5 115:14 | **current** 12:3 | 77:7,18,20 | **december** |
| 117:11,14 | 14:3 | 92:7 94:6 | 111:19,19 |
| 118:7,10 | **currently** 12:15 | **day** 19:2,2,3,14 | **decency** 40:21 |
| **counted** 106:23 | 13:20,21,25 | 19:15,16,17 | **decide** 106:11 |
| 107:13 | 30:4 113:18,21 | 20:12 21:16,16 | **decided** 89:11 |
| **countertop** | **cut** 58:19,20 | 22:3,15 23:3 | 95:24 107:23 |
| 48:4 | 59:5,7 | 24:7,21,23 | **decision** 69:2 |
| **couple** 21:7 | **cv** 1:7 7:9 | 25:14,14 27:21 | 92:14,15 98:5 |
| 42:4,11 50:16 | | 27:23 28:2,5 | 103:12 |
| 68:18 74:16 | **d** | 28:12 35:6 | **decisions** 74:9 |
| 91:24 112:19 | **d** 4:1,16,19 5:1 | 36:7 40:8 | 93:10 |
| **course** 8:11 | 79:2,5,8,9 85:6 | 43:15 48:1 | **declare** 120:4 |
| 56:20 69:6 | **daily** 19:12 | 69:24 70:15,16 | **dedicated** |
| **court** 1:1 7:15 | 25:10 | 72:11 74:18,21 | 83:23 109:15 |
| 7:22,23,24 | **damages** 98:5 | 93:17 95:4,4 | **deemed** 120:6 |
| **courtesy** 78:22 | 102:13,15,17 | 95:16,17 99:4 | **def000292** |
| **covid** 36:22,23 | 102:18,21 | 104:21 110:20 | 90:10 |
| 37:11 39:23,24 | 105:6 110:16 | 111:15 112:8,8 | **defendant** 4:11 |
| 40:2,13,18,20 | 110:18 | 112:16,18 | 44:14 53:21 |
| 40:23 41:1,7 | **danger** 114:15 | 120:15 | 68:10 79:5 |
| 41:11 43:5 | **dark** 35:23 | **days** 20:13,24 | 86:12 |
| 46:25 55:23 | **date** 1:13 8:14 | 20:24 41:2 | **defendants** |
| 61:5 63:20,25 | 12:1 14:25,25 | 42:4,11 43:16 | 1:10 2:18 |
| 64:15 91:12,14 | 16:15 23:24 | 70:14,18,23 | 53:25 68:9 |
| **created** 82:24 | 51:16,17 54:5 | 71:2,6 77:5 | 86:19 88:9 |
| 88:21 | 91:17 93:15 | 91:25 112:19 | **defilement** 89:3 |
| **credits** 16:10 | 95:15 96:15,16 | 113:4,9 114:10 | **definitely** 43:11 |
| **criminal** | 96:20 101:17 | 114:12 | **delegate** 50:17 |
| 104:11 | 119:24 120:12 | | |

Michael Sean Rizzo

**[deliveries - drugs]**                                    Page 8

**deliveries**
  42:16
**denial** 86:8
**denied** 76:8
  86:4 87:20,21
  87:25 91:5,9
  91:10,11 92:3
  92:22
**department** 1:7
  2:18,21 5:8 6:6
  7:6 15:20,23
  16:2,3,5,6,9,12
  16:16,22 17:5
  17:10 26:20
  33:19 37:9
  41:6,12 47:11
  50:24 53:5
  60:7 75:22,24
  85:7 86:1
  91:18 93:15
  94:15 95:3,20
  97:19 98:4
  119:1 120:1
**depended**
  27:24
**depending**
  18:25 19:8
  28:4 36:15
  38:23 106:3
**depends** 26:15
  36:18
**deponent** 68:13
  120:3

**deposited**
  30:17 33:9
**deposition** 1:12
  5:6,23 9:12,16
  9:23 10:3,5,9
  53:25 86:19
  115:4,7,13
  117:1
**deprived**
  103:12 106:10
**derived** 55:24
  63:21,25 88:22
**description**
  4:10,20
**desecrate** 88:19
**deserve** 88:25
**desktop** 9:17
**destroy** 103:10
**destroyed**
  31:25 99:12,14
  103:8 109:8
**detail** 62:14,15
  89:23,24,24
**details** 39:1
  42:17
**determine**
  81:11 107:18
**develop** 12:11
**development**
  88:23
**device** 9:15,17
  71:22 72:8,13
  73:4

**die** 106:5
**died** 76:6,8
**difference**
  105:21
**different** 16:1
  18:6 22:2
  23:13 25:15,17
  27:22 47:5
  106:7
**digging** 84:16
**digital** 117:8
  118:3
**direct** 30:16
  33:9 73:9
  77:25 81:1
**directing** 78:4
**direction** 88:3
**directly** 53:3
**discipline** 85:3
**disciplined**
  33:20
**discrimination**
  34:18
**discuss** 9:12
**disgusting** 56:2
  60:21
**dispenser**
  37:18
**distance** 39:14
**distancing**
  38:11
**district** 1:1,2
  7:8 19:9 20:15
  21:1,6,9,10,18

  21:20 23:6
  24:16 25:6
  26:15 38:2,4
  51:21 62:9
**districts** 19:8
**disturbing**
  55:25
**division** 52:23
**docket** 7:9
**doctor** 43:6
**document** 45:7
  54:6 69:21
  86:20
**doing** 19:13
  22:2 25:9 35:6
  36:15,19 94:14
  105:2
**dominguez**
  1:17 5:3 44:12
  45:2,18 46:12
  53:19 63:2
  68:8 79:1
  86:21 88:8
  117:2,19
**dot** 114:16
**drive** 42:22
  71:1
**driver** 23:23
**driver's** 18:8
**dropping** 41:15
**drug** 29:24
**drugs** 29:6 81:6
  94:14

Michael Sean Rizzo

dry   41:24
due   37:6,8 50:1
  115:2
dug   109:14
duly   6:20 117:5
dumbfounded
  84:14
dump   20:22
  25:18
duties   18:14,19
  18:23 34:21
  37:6
duty   39:20
  107:9

**e**

e   2:1,1 3:1,1 4:1
  4:9,17,19,19,19
  5:1,1 79:9
  86:11,12,19
  119:3,3,3
earlier   11:10
  63:19,23
early   104:20
easy   7:13 18:10
  20:20 35:2
  42:14 49:6,7
  52:14
economic
  102:17,18,21
  106:9
edges   39:9
education
  15:12,13

eeoc   52:20,22
  70:8 84:23
  111:14,20
  113:3
effect   98:2
efficient   7:14
eight   22:5,5
either   10:18
  31:19
electronic   9:17
eligible   110:6
email   4:13,15
  4:16,17 49:1,4
  49:4 52:9,12
  53:11,13,15,16
  54:14,15,17
  56:14,17,18
  58:6 59:23
  60:4,6 61:14
  61:18 62:4
  67:25 68:1
  70:13,17,19
  71:4,14,16
  72:4,7,14,21
  73:4,10,21
  74:15 77:1,1,3
  77:5,8 78:21
  80:7,8,9,15
  81:19,21 83:2
  83:4,6 85:5,8,9
  85:21,25 87:9
  89:10,11 90:10
  90:13 94:10
  95:4,6,9,11

96:11,24 97:1
emailing   74:20
emails   10:1
  71:20,22 72:19
  89:12
emergencies
  84:15
emergency
  99:21
emory   5:9 14:4
emotional
  105:5 110:15
  110:18
employed   30:4
  36:25 117:11
  117:14 118:8
  118:11
employee   34:18
  117:13 118:10
employees
  46:24 114:16
employment
  33:18 93:15
ended   72:25
  113:23,23,24
endorsements
  18:8
enforced   39:17
enforcing
  47:10
ensure   8:10
entirely   73:23
entitled   10:6

envelope   95:8
equipment
  18:15 34:23,25
errors   115:15
es   117:4
especially   22:9
esquire   2:3,11
  2:20
estimated
  32:16,17,20
  33:3 105:24
et   119:1 120:1
ethics   104:19
everybody   26:7
  44:19 47:10
  82:24,25 88:3
  108:23,23
  114:12,16
everyone's
  38:25 70:14
everything's
  49:3
evidentiary
  5:22
exact   101:16
  105:23
exactly   54:25
  70:3,6 74:2
  75:6,9 80:21
  80:22 84:8
  87:22 88:7
  89:16 93:21
  95:10 102:15

**exam**  17:15,17
17:20
**examination**
4:2 7:1 68:21
69:16 105:12
110:3
**examined**  6:22
**except**  16:9
79:9
**excuse**  113:20
**exempt**  86:2
**exemption**
48:24 50:4,22
56:25 61:4
76:4,21 78:18
90:25 91:1
92:10
**exemptions**
4:13 75:22
76:2
**exhibit**  4:12,13
4:15,16,17
44:13,14 53:20
53:21,25 56:13
56:18 59:24
67:24,25 68:9
68:10 69:18
79:2,5,8 85:6
86:11,12,19
**exhibits**  44:18
**exit**  24:18
**experienced**
41:22

**experiences**
12:14 81:10
**experimenting**
29:12
**expired**  91:24
112:19
**explain**  30:22
51:8 54:25
59:20,24 61:22
61:24 70:2
71:11,11 80:23
82:6 83:5,8,11
83:24 84:17
85:14 90:18
**explaining**
54:18
**explains**  59:25
60:6
**explanation**
62:10,11 86:6
**explicitly**  96:11
**extensions**
113:7,7
**extra**  106:15
107:10 108:1

**f**

**f**  4:19
**facts**  8:12
**failed**  83:19
**fair**  24:4 84:5
97:14
**families**  114:15

**family**  40:13
81:13 103:13
103:20,22
104:10 109:17
**fashioned**
35:12 39:7
**fast**  86:25
**fault**  84:20
**february**  94:24
95:1 100:12
113:24 114:1,2
**feel**  18:1 49:11
49:11 56:1
83:20,21
113:11
**feeling**  42:23
93:6
**fell**  74:17,18
**felt**  42:12 48:20
49:22,24 55:2
90:18 93:4
109:4
**fetal**  55:25
63:21,25
**fetals**  82:9
**fever**  42:3,4,5
**fifteen**  99:4
**fifty**  12:4
**figured**  42:2
**file**  2:24 80:4
**filing**  54:22,22
**fill**  28:4 37:20
51:23 53:12
78:11

**final**  59:8
**finalize**  31:6,7
**finalized**  31:4
31:11,12,16
32:7
**finally**  26:23
112:8 113:3
**financially**  30:6
117:15 118:11
**find**  19:16
21:17 23:4
25:1 40:16
51:12 59:13
110:22 111:12
112:1
**fine**  46:21
54:11 78:14
88:10
**finish**  18:17
38:9
**finished**  8:7
107:19 109:21
**fire**  16:2,4,5,8
112:23
**fired**  19:25
97:24 104:10
106:22
**first**  6:20 24:21
26:22 27:13
28:19,19,22
31:10,22 33:2
42:14 48:8
51:6 54:12
56:24 61:2

Michael Sean Rizzo

64:13 65:2
71:17 72:4,7,9
72:13 73:4,10
78:7 103:4,4
111:1
**fitness** 10:17
**five** 16:20
21:14,15 43:22
99:16
**flag** 87:21
**flies** 41:16
**flip** 71:25 72:5
72:17,20
**floor** 2:22
26:25
**flu** 41:17,18
42:2 66:12
**focus** 58:14
**follow** 40:9
81:3 83:12
**following** 95:6
97:21
**follows** 6:22
**force** 47:7,13
**forced** 87:5,16
103:23 109:18
114:11
**foregoing**
117:3,4 118:4
120:5
**foreman** 38:23
**foresee** 105:16
**forest** 35:24

**forget** 28:18
36:10
**forgot** 41:2
79:17
**forks** 20:21
**form** 33:21,22
49:2 55:10
66:25 67:7
100:19 102:14
**forms** 49:2
**forth** 27:1
**forward** 108:14
**found** 40:7
59:10 77:2
**four** 12:23 22:3
22:6,6 42:1
74:20 76:11
**free** 98:5
**friends** 108:16
109:6,22
**friendships**
108:17
**front** 18:10
20:21 35:2
77:7 94:5
**froze** 100:25
**full** 6:12
**fully** 7:18 11:7
**funeral** 115:3
**funny** 35:19
**further** 117:13
118:9
**future** 106:11

**g**

**g** 5:1
**gamble** 25:10
**garage** 20:20
22:22 24:1,2,3
24:5,6,20
25:19,24 26:2
27:5 36:14,18
38:5 47:21,22
75:24 98:14,15
99:7 103:3
105:1,2
**garages** 38:12
38:16
**garbage** 25:13
25:15 27:2
35:2 36:10,12
**general** 18:24
**generic** 85:10
85:10,21,21
**gentleman**
78:11
**gesture** 8:1
**getting** 15:25
30:7 31:3
34:11 41:16
42:16 50:2,22
55:22 62:1
72:22,25 73:24
99:6 100:17
103:5 104:22
106:21 109:11
112:5,6,6

115:10
**gift** 82:13
**girlfriend** 9:3
**give** 59:18
75:10,16 77:22
77:23 78:3,8,8
88:1 92:4
96:14 104:6
106:10 107:3
108:15,15
**given** 24:21,23
37:6 66:3,6
78:18 120:9
**giving** 32:15
56:22 88:5
107:1,16
**glorify** 82:9,20
**gloves** 35:25
36:1,5,7,13,17
37:13
**gmail.com** 2:7
2:15
**go** 7:12 10:8
20:14,16,21
21:9,14 22:3,6
22:15 23:5
28:5 34:7,15
36:11 38:1,9
47:14 52:12
62:14,15 68:19
74:21 80:1
87:5,16,21
88:4,4,11 93:1
94:16 96:4

Michael Sean Rizzo

**[go - hard]**

Page 12

99:8,16,23
103:3 104:16
105:11 106:8
108:6,18,18
109:3 111:6
112:22 113:9
114:7 115:6,24
**god** 81:11,11
82:13,19,24
88:19,20 90:11
90:12
**godchildren**
75:12
**godfather**
75:12
**goes** 49:9 77:4
77:12 81:7
92:25 112:15
**going** 7:9 8:9
15:23 19:17,17
21:17 22:8,16
22:21 23:5
31:1,18 36:21
39:3 41:16
43:21 44:18
47:7 50:2,6
60:25 62:20
66:22,25 67:6
67:24 71:1
75:1 77:25
81:1 83:16
84:7,11,12
86:24 87:25
88:5,13 92:2

96:14 97:22
101:1 103:4,5
105:18,20
107:19 110:20
111:6,7 112:10
112:18 114:6
115:1,5,12
**golden** 103:24
**good** 5:2 7:3
38:10 52:16
71:10 77:12,14
89:19 104:15
**gotten** 84:10
104:2
**grab** 111:23
**grabbed**
111:24
**graduate** 15:17
**granted** 90:25
90:25
**grapevine**
40:22
**great** 80:15
99:24 100:1
**green** 35:11,16
35:18,19,24
**greenish** 35:15
**grew** 12:13
**ground** 7:13
**group** 2:12
25:6 110:23,24
111:10
**guess** 8:15
11:25 39:7

41:20 42:9
45:10 73:3
101:16
**guesses** 101:18
**guidance** 56:22
83:25
**guidelines**
39:13
**gum** 66:7
**guy** 17:25
19:19 20:14
21:3 23:23
34:6 40:9,12
40:17 70:11,17
71:9,19 74:1
74:22 75:2
76:3,24 77:18
98:14,15 99:7
99:8 103:2
111:5
**guys** 20:16,16
20:19,20 24:3
25:4,6 26:3
27:1 28:1,16
34:11 35:19
36:16,17 38:6
38:6,7,9,24
40:7,8,21,21
41:2 42:18
47:24 50:16
64:4,14,15
76:3 89:17,19
90:5 92:17
94:19,19,19

98:12 104:15
104:25 105:18
105:19,19
107:1,2,4,17
111:2,9 114:18

**h**

**h** 4:9 119:3
**half** 107:13
110:14
**hall** 50:17
**hand** 6:17 7:25
37:13,14,17,17
38:25 72:24
**handle** 113:13
**handled** 53:5
**handles** 50:24
**handling** 53:4
**hands** 39:14
**hang** 109:1
**happen** 28:7
38:23 40:19
93:21 113:2
**happened** 28:6
51:4 54:23
70:19 85:1
101:1 112:24
**happens** 112:2
115:11
**happy** 106:12
106:12
**hard** 51:13
71:11 108:13
108:15 114:21

Michael Sean Rizzo

**[hat - injured]**

**hat** 34:6,8
**head** 7:25
  62:13 65:9
**health** 40:10
  46:22 113:18
  113:21
**hear** 28:8 40:22
  64:23 111:20
**heard** 31:17
  48:1,8 64:16
  64:19 70:11
  71:8 75:2
**hearing** 6:15
**heat** 95:21
**heaven** 81:13
**hectic** 77:8
  114:9
**held** 20:17
  60:10 61:6,9
  61:18 62:3
  73:15 74:7
**help** 7:13 21:1
  51:12 52:3
  70:9 75:7,8
  83:18,25 84:2
  84:7 90:5,6
  105:3
**helpful** 48:22
  52:4
**helping** 104:23
  107:17
**hereto** 117:15
  118:11 120:7

**hernandez** 3:6
  9:7,13
**hey** 40:12,17
  88:4
**high** 15:14,15
**highest** 15:3,10
  15:12,13
**highlighted**
  91:21
**highway** 24:18
**highways** 25:17
**hipaa** 40:10
**hired** 15:25
  16:15,18,21
**hiring** 16:8
**history** 109:15
**hit** 28:7 94:15
  99:6
**hits** 21:18
**hmm** 73:16
**hold** 112:19
**holding** 98:4
**holes** 39:10
**holiday** 74:22
**holy** 82:4,18
**home** 14:10
  22:1,3,6,9,15
  38:9 41:2,5
  71:2,3 74:18
  76:25 77:9
  78:20 108:17
  114:13,16,17
  114:18

**honest** 84:5,6
**honor** 75:20
**hooked** 111:13
**hoping** 31:21
  111:22
**horrible** 41:24
  84:11
**hotel** 22:17,18
**hotter** 42:10
**hour** 43:22
  71:2 104:20
**hour's** 114:23
**hours** 10:23
  11:1,4 103:6
  111:15 113:4
**house** 14:7,9
  112:23 113:13
**houses** 113:15
**huh** 8:3 96:25
  100:21
**human** 52:21
  84:23 88:22
**hurricane**
  108:8
**hurt** 109:16
**hurting** 107:3
**hygiene** 46:23

**i**

**idea** 31:15
  50:12
**identification**
  44:15 53:22
  68:11 79:6

  86:13
**identified** 12:7
**identify** 6:3
  12:5
**immediate** 53:1
**impacted** 74:8
**impair** 10:19
  11:7
**important** 8:15
  8:16 60:15
  82:11 83:11
**imposed** 61:5
**include** 35:25
  74:7
**included** 103:3
**including** 88:20
  88:23
**independent**
  87:17,17
**individual**
  18:16
**infection** 42:7
**information**
  62:9 64:9
  70:20 73:11,13
  74:7 75:11,14
  76:5 80:19
  89:18 101:3
  112:15
**initial** 89:13
**initially** 65:3
  85:9
**injured** 107:8

Michael Sean Rizzo

**[innocent - know]**

Page 14

| | | | |
|---|---|---|---|
| **innocent** 88:24 | **j** | **junior** 107:1 | 34:13 35:3,6 |
| **inquiring** | | **jury** 7:17 | 35:11 36:12,18 |
| 100:25 | **j** 2:5 6:5 | **k** | 36:19 39:3,10 |
| **institute** 37:10 | **jacqueline** 1:17 | | 39:15 40:10,16 |
| **instructions** | 5:3 117:2,19 | **keep** 7:23 39:14 | 40:20 41:5,13 |
| 8:22 62:6 | **james** 2:11 6:9 | 81:5 88:18 | 41:13 42:8,11 |
| 87:15 | 58:11 69:13 | 89:14 91:15 | 42:19,24,25 |
| **insurance** | 109:20 | 108:1 109:12 | 43:4,14 44:17 |
| 95:16,17 | **january** 41:10 | **kept** 22:20,23 | 45:3,10,13 |
| 113:18,21 | 43:5 93:20 | 47:6 51:22 | 46:19 47:12,20 |
| 114:6 | 94:1 | 94:19,20 | 48:2 49:3,5,11 |
| **intended** 5:20 | **jav** 1:7 | 111:24 112:1 | 49:11,18 50:6 |
| 84:21,21 88:19 | **jim** 82:23 | 113:7 | 50:7,8,9 51:13 |
| 106:24 | **jim's** 39:10 | **kid** 29:11,13 | 51:15,17,21 |
| **intending** | **job** 1:18 19:1 | 103:14,16 | 52:1,2,4,9,9,10 |
| 107:15 | 19:18 20:17 | **kid's** 106:2 | 52:10,14,15,20 |
| **interested** | 21:5,16 24:15 | **kids** 31:24 77:9 | 54:7 55:2 56:2 |
| 117:15 118:12 | 51:17 83:24 | 107:2,25 | 57:24 58:1 |
| **interject** 57:16 | 84:1 85:2 | 113:14 | 59:22 60:14,17 |
| **internet** 59:14 | 91:15 94:19,20 | **kind** 18:12 30:2 | 60:18,19,19,21 |
| **interrupt** 99:20 | 96:9,14 98:1,2 | 85:3 89:20 | 60:21,21,22,24 |
| **interview** 17:2 | 99:9 103:4,24 | **kinds** 18:6,9 | 61:17,25 64:7 |
| **introducing** | 104:15 106:10 | **knew** 25:9 92:8 | 64:12 66:4,8 |
| 35:14 | **jobs** 19:2 24:11 | 103:17 104:21 | 66:11,18 67:9 |
| **involved** 27:2 | 24:17 42:14 | 107:24 108:23 | 67:12,17,18,23 |
| **ish** 31:4 98:23 | **joining** 81:12 | **know** 8:13,16 | 68:14 71:6,7 |
| 101:7 | **judge** 7:17 | 10:9 12:12,14 | 71:15,15 73:6 |
| **island** 2:6 | **july** 31:4 32:9 | 15:18 17:25 | 74:2,17,22 |
| 18:21 19:10 | 32:10,13 96:2 | 19:12 21:15,18 | 75:2,18,19,21 |
| 21:12 | 96:5 | 22:8,9,10,18,19 | 75:24 76:1 |
| **issue** 60:7 | **jump** 25:7 | 22:20,23 23:14 | 77:2,13,21,24 |
| **issued** 46:23 | **june** 96:2,4 | 23:24 25:1,16 | 79:3 80:21,23 |
| **it'll** 76:12 | 98:23 | 26:2 28:2,21 | 83:15,16,20,22 |
| | | 31:5,11,18 | 83:23 84:20 |

Michael Sean Rizzo

**[know - longer]**                                                      Page 15

85:1,12,13,20
86:24 89:17,19
91:22 92:11,12
92:19 93:4,8
94:15 95:11
101:1,1,2,6,16
101:17,20,23
102:3 103:16
105:1 106:6
107:5,24 108:8
112:3,4,12
113:3 114:11
115:18
**knowing**
110:20
**knowledge**
46:9 51:9
61:24 117:10
118:6
**known** 11:16
57:12,13 59:11
109:10
**knows** 101:16

**l**

**lady** 12:19 13:1
13:13 48:21
51:6,6 52:5,17
61:19 62:2
**landon** 28:17
28:17
**landon's** 28:18
**language** 90:13

**laptop** 9:18
**law** 2:4,12,21
35:21
**law.nyc.gov**
2:23
**laws** 5:22
**lawsuit** 7:7,11
45:11
**lawyer** 70:7
84:6,22,23,24
84:25 110:23
110:24,24
111:13 115:1
**lazy** 38:24
**lead** 81:12
**learn** 23:15
64:8
**learned** 76:13
**leave** 8:13
78:10 93:18,20
93:25 94:6
103:14,14
104:8,10
106:11
**leaving** 109:10
**left** 91:25 98:12
104:7 111:11
**legal** 78:3
**legally** 78:2
**letter** 4:10
31:15 32:2,4,6
96:3,8 97:2,4,7
97:23,23

**letting** 40:11
**level** 15:12,13
85:4
**license** 18:8
31:20
**lied** 94:6
**life** 12:8,13,14
41:23,25 81:9
81:12 83:23
84:1 94:12
103:11 104:5,8
104:9 106:1,1
106:2 108:15
113:9
**lifted** 97:19
**lifting** 99:4
**light** 107:9
**lightheaded**
42:12
**limit** 112:9
**limited** 88:21
**line** 46:16
119:4,7,10,13
119:16,19
**lines** 88:22
**linked** 43:15
110:23
**list** 17:12 67:13
67:18
**listen** 8:6
**literally** 21:24
95:14
**little** 12:25 39:9
47:14 49:15,16

49:21 51:9
62:10 70:2,25
75:16 77:11
80:19,21 89:15
89:23 92:12
99:21 104:3
**live** 13:25 14:3
14:24
**lived** 13:9 21:6
**livelihood**
97:16
**living** 13:21
21:21,24 90:22
**loaders** 18:10
35:3
**loan** 104:1
**location** 1:15
23:1 27:16
37:25
**locked** 20:19,24
107:22 108:4
108:11
**locker** 22:22
25:23,25 26:1
26:2,4,12,25
27:7 41:15
**locks** 23:3
**long** 10:8 12:7
12:21 18:17
28:23 74:7
83:7 99:11
100:14,16,16
**longer** 37:15
108:2

Michael Sean Rizzo

**[look - medication]**                                                    Page 16

**look** 9:21 56:13
  70:19 81:24
  92:20 104:13
  111:14 113:16
**looked** 25:1
  78:21 84:18
  92:20
**looking** 39:3
  41:3 56:12,17
  59:23 60:4
  61:1,3 70:9
  75:6 80:22,25
  84:8 107:6
  110:21 111:15
**looks** 108:14
**lopez** 28:16,16
**lopez's** 28:19
**lose** 97:16,25
  113:2 114:6
**losing** 113:13
**loss** 102:23
  106:17,17,19
**lost** 106:18
  108:19,20
  109:8,22,24
  113:15
**lot** 26:3,15,21
  28:1 33:24
  34:10,10 39:2
  39:25 47:5
  82:14 92:17
  93:11 95:21
**lots** 36:6

**lourdes** 12:19
  13:1,13
**love** 108:24
**loved** 108:25
**low** 42:5,8,8
**lunch** 10:7
**lungs** 43:9
**lure** 97:17

**m**

**m** 4:15,19
**mad** 109:2
**made** 7:11
  17:12 50:5,7
  60:16 74:9
  76:17 92:14
  97:12 103:21
  105:21 120:5
**magically**
  97:23
**mail** 94:9
**mailed** 94:8
**make** 7:13
  22:16,18 31:12
  60:25 75:5
  92:14 103:12
  107:10 110:12
**makes** 75:14
**making** 69:2
  93:10
**man** 81:5,18
**mandate** 46:24
  55:7,14 73:14
  78:19 86:3

97:18
**mandatory**
  70:14,16
**manhattan**
  19:5,11 21:12
  39:15
**manner** 5:23
**manpower**
  19:6,9 20:25
**march** 36:23
  113:24
**marijuana**
  29:19,21
**marked** 44:14
  53:21 56:17
  68:10 79:5
  86:11,12 88:9
  90:10 92:6
**marriage** 31:19
**married** 13:16
  31:10,22
**martinez** 2:3,4
  6:7,7
**masks** 37:13
  38:7,16 39:12
  39:19
**matter** 5:7
  97:11
**maximize**
  79:20
**mayor** 95:21
**mean** 11:20
  16:5 17:14
  21:8,24 22:11

22:13 23:24
  26:19 29:14
  30:22 31:7
  35:5,22 36:14
  36:15 38:19
  39:5 47:23
  49:25 54:20
  55:1 56:7 59:3
  60:3 61:19
  62:13 64:18
  65:23 66:23
  67:14 71:6
  75:5 77:19
  78:3 87:14
  93:5 94:12,24
  97:12,12 99:20
  110:9 114:1
**meaning** 12:9
  58:18 59:17
  71:21
**means** 5:24 7:5
  10:1 77:13
  88:18
**meant** 46:3
  48:9 70:3,6
  73:22 74:13
  95:14 99:9
**measles** 66:17
  67:13
**medical** 69:1
  74:9 75:25
  76:4
**medication**
  10:22

Michael Sean Rizzo

**[medications - necessarily]**                                     Page 17

**medications**
 65:6,8
**meds** 81:6
**meet** 85:10,13
 85:15,18 89:20
**melters** 18:11
**member** 12:15
 12:21 13:4,8
 76:17
**members** 75:21
**men** 25:15 27:2
**mental** 10:18
 46:23
**mention** 62:3
 89:10,11 90:9
**mentioned** 13:1
 30:21 53:8
 63:19,23 64:16
 81:20
**mentions** 56:14
**mermigis** 2:11
 2:12 4:4,6 6:9
 6:9 33:21,23
 55:10 57:16,22
 58:4,8,12,23
 62:21 66:22
 67:6,14 68:12
 68:18,20,22
 69:11,14 78:9
 80:10 91:4
 99:15,19,24
 100:3,19,22
 101:14 102:14
 105:8,13

109:23 110:1
 115:22
**mermigislaw**
 2:15
**message** 111:5
**messages** 39:8
**messed** 114:22
**michael** 1:4,12
 2:2,10 5:6,7
 6:8,10,13,19
 11:10,17 119:1
 119:2,24 120:1
 120:2,4,12
**middle** 10:10
 41:21 111:22
**midnights** 99:5
**might've** 64:16
 97:8 102:11
**mike** 100:22
 101:20
**mind** 46:17
**mine** 42:15
**mineola** 1:16
 5:10 13:12
 14:1,5
**minimal** 37:13
**minimum**
 107:20 110:12
**minute** 16:9
 44:5 99:16,23
 112:21
**minutes** 43:23
 44:1 52:1

**miserable**
 113:8
**missed** 115:3,3
**misunderstan...**
 57:23
**misunderstood**
 57:18
**mix** 62:17,20
 63:16,18
**mm** 73:16
**mom** 115:6
**monday** 95:6
**money** 32:14
 33:12,15 103:3
 103:5 107:10
 107:16 110:24
 111:1,7
**monitored**
 37:19
**monitoring**
 42:3
**month** 18:20
 93:19 98:22
 112:5
**monthly** 14:14
 30:11,13
**morella** 4:16
 69:20 78:25
 87:9 92:8,13
 93:9
**morning** 5:2
 7:3 22:5,19
 74:21

**mortgage**
 14:12,14,16
**mother** 13:21
**mouth** 65:25
 66:2,5
**move** 19:8
 20:25 25:3
**moved** 27:15
 27:15,19 81:24
**moving** 81:25
 82:1
**multiple** 26:5
 28:15 39:25
 64:12 79:15
 94:7

**n**

**n** 2:1 3:1 4:1,19
 4:19 5:1
**name** 4:21 5:2
 6:12 7:3 9:5
 11:10,13,16
 15:15 23:13,21
 28:18,19,19,22
 46:20 49:9
 51:14,20 52:13
 62:8 76:10
 77:17,22,23,24
 78:1,4,11 80:5
 91:21
**nassau** 11:24
**necessarily**
 62:5

Michael Sean Rizzo

**necessary**
   120:6
**need**   9:5 10:7,8
   36:9 43:22,23
   44:2,3 62:24
   77:22 79:4
   80:23 89:16
   97:23,24 99:16
   99:20,23 101:4
**needed**   19:6,11
   21:1 31:17,19
   74:2 108:1
**neighborhood**
   13:5,7 108:21
   109:5,9
**neither**   117:11
   118:7
**neon**   35:15,18
   35:19
**never**   21:5 25:9
   29:5 34:1,4,4,5
   34:13,14,20
   38:21,21,22
   41:22,24 42:12
   43:3 70:11,20
   70:21 71:8,12
   71:18 74:3
   75:2,4 79:7
   81:23 84:20,21
   87:10 90:1
   92:10,19 94:9
   103:16 104:4
   108:4 113:9,10

**new**   1:2,7,8
   2:18,19,21,23
   5:7,8,10,12 6:6
   7:6,6,8,9 11:24
   14:5 15:19,23
   16:11,16,22
   17:5,9 20:25
   27:15 33:18
   34:11,18 37:9
   46:22,24
   100:11 102:6
   104:4,4,25
   105:17 117:21
**news**   64:4,8,9
**nice**   49:15 52:6
**nicely**   107:4
**night**   22:4,7
   34:9 41:22
   42:1 76:25
   111:22
**nod**   7:25
**non**   29:23
**nonstop**   106:20
   111:15
**nope**   29:2,5
**normal**   90:2
**normally**   41:18
**north**   27:6,7,17
   50:18
**notarized**   31:8
**notary**   5:11
   117:20 120:13
   120:19

**noted**   120:7
**notice**   32:1
   47:3,15,19
   55:6,13 95:2
**noticed**   64:22
**notification**
   19:5
**notify**   41:12
**november**
   115:4,6
**novocaine**   66:3
**numb**   66:8
**number**   7:9
   20:14 48:21,21
   50:20,23,25
   51:5 87:7,9
   98:15 103:2
   104:18 106:6
   112:17
**numbers**   33:7
   105:20 109:6,7
   109:9,11
**numerous**
   18:12
**ny**   1:16 2:6,14
   2:23
**nyc**   119:1
   120:1
**nycis**   32:5,6

**o**

**o**   4:19,19 5:1
**o'clock**   22:4,6,7
   23:8

**oath**   7:15,15
   101:18
**oaths**   5:12
**object**   66:22,25
   67:6
**objection**   5:15
   6:15 33:21
   55:10 100:19
   102:14
**observances**
   60:11 61:7
**obviously**   70:1
   101:17
**october**   46:19
   47:1,16 54:9
   54:10 60:5
**offer**   95:20
   97:19
**offhand**   20:2
   32:19 101:22
   101:23
**office**   37:18
   48:15 91:21
**officer**   105:2
   117:1,2
**offices**   2:4
**oh**   26:7 28:18
   33:24 41:4
   45:2 48:25
   49:6 51:11,12
   52:11 55:11
   64:25 77:4
   79:16,20 88:11
   92:3 105:7

| | | | |
|---|---|---|---|
| 114:6 | 62:12,19 63:11 | 102:4,10,12,21 | **order** 46:23 |
| **okay** 9:4,8,11 | 63:19 64:2,6 | 102:23 105:5 | 47:3,16 48:9 |
| 9:20 10:1,17 | 65:1,8,18 | 107:5 109:20 | 93:21 |
| 12:15,24 13:8 | 66:10,16,21 | 109:25 110:5,9 | **ordered** 43:9 |
| 13:23 14:10 | 67:1,11,20 | 110:15,18 | **orders** 24:8 |
| 15:3,19 16:11 | 68:7,19,20 | 112:11 113:6 | 38:21 47:5 |
| 18:17,22 19:24 | 69:11,11,15,23 | 114:4,20 | **originally** |
| 21:7,13 22:25 | 69:25 70:4 | 115:12,21 | 12:19 27:13 |
| 23:17,25 24:9 | 71:13,20 72:1 | **old** 12:4 16:18 | 111:10 |
| 24:13,20 25:23 | 72:4,7,13,16 | 27:18 35:12,12 | **outcome** |
| 26:4 27:4 28:9 | 73:3,7,9 74:5 | 39:6,7 108:24 | 117:16 118:12 |
| 28:10,24 29:16 | 74:12,15,24 | **once** 18:9 21:2 | **outs** 25:18 |
| 29:19 30:4,10 | 76:16 77:25 | 21:3 23:15 | **overdoing** |
| 31:1,13 32:1,4 | 78:14 79:1,7 | 24:20 26:5 | 42:25 |
| 33:2 34:21,25 | 79:10,17,19,25 | 31:11,11 | **overtime** 91:19 |
| 36:21 37:21 | 80:2,15,17 | **one's** 54:9,10 | 106:20,25 |
| 39:23 42:21 | 81:1,16,19 | **ones** 16:1 28:15 | 107:10 109:17 |
| 43:2,4,21,24,25 | 82:6,12 83:5 | 31:3 67:18 | **overwhelmed** |
| 44:4,6,12 45:6 | 83:13 85:5,16 | 89:13 | 92:17 93:11 |
| 45:12,17,20 | 85:23 86:5,8 | **online** 51:8,9 | **own** 14:10 |
| 46:1,4,7,11 | 86:16 87:13 | 51:25 53:9 | 19:19,22,24 |
| 47:14,19 48:6 | 88:8,13,16 | **open** 25:8 | 24:2 28:11 |
| 48:11,14,17 | 89:9,9 90:3,7 | 78:10 80:7,20 | 36:2 58:21 |
| 49:17,20,21,24 | 90:16,20,24 | 111:23 | 82:20 109:17 |
| 50:10,14 51:2 | 91:11,17 93:4 | **opening** 79:3 | 113:25 |
| 53:5,8 54:3,8 | 93:6,14,24 | **operation** 19:3 | **owned** 104:4 |
| 54:14,19,24 | 94:3,18,21 | 23:2,7,9,25 | **p** |
| 55:4,6,16,18,21 | 95:1,7,9,10,25 | 24:2 | |
| 56:6,12,17,21 | 96:22 97:6,10 | **opportunity** | **p** 2:1,1 3:1,1 |
| 56:23 57:2,5,9 | 97:14,18 98:10 | 115:16 | 5:1 |
| 57:15 58:16,21 | 98:18,22,24 | **oral** 65:22 | **p.c.** 2:12 |
| 59:8,13,16,23 | 99:11,15,18,19 | **orange** 35:11 | **p.m.** 100:5,8 |
| 60:4,13,20 | 99:24 100:10 | 35:13 | 116:3,5 |
| 61:1,7,21 62:6 | 101:9,12,22 | | |

Michael Sean Rizzo

[pack - pick]                                                                    Page 20

pack  20:20
packs  18:10
  35:2
page  4:2,10,20
  45:19,22 88:9
  88:14 119:4,7
  119:10,13,16
  119:19
paid  30:11 73:8
  103:6 104:23
pair  36:11
pamphlet
  59:21
pandemic
  36:22,23 37:7
  39:12,23
panel  32:5
paper  39:9 92:6
  113:5 115:2
paperwork
  31:8 38:25
  92:5 98:20
  112:21,25
  113:2
parade  21:17
paragraph
  46:13,15 47:17
  56:24 57:2,5,9
  58:14,17,22,23
  59:1,8,10,11,17
  61:2 81:2,16
  82:7 88:14
  89:4

paraphrasing
  96:12
parents  69:3
parking  26:3
  94:16
part  38:5 56:21
  56:23 59:24
  60:6,23 99:13
  108:21
participate
  9:16
parties  5:13,16
  117:12,14
  118:8,11
partner  19:20
  27:21,25 28:11
  28:12,14 109:2
partners  39:24
parts  89:2
party  106:14
passed  17:17
  17:22 42:11
  84:21
passing  71:3
past  14:18 74:9
paste  58:19,20
  59:5,7 85:24
patch  35:12,13
pattern  114:22
paul  57:14,23
  58:1 59:9
  62:12
pay  36:2 93:17
  93:18,20 94:1

94:6 98:3
  105:22 113:25
payments  31:2
pays  14:16
peeled  39:9
pending  9:22
  9:24 62:22
pension  30:7
  30:10,11,14
  31:1,2 32:7,14
  33:3,11,16
  100:17 103:9
  103:10,13
  104:1 105:15
  105:16 106:23
  106:24 107:11
  107:14
pensionable
  102:25 106:22
  107:7
people  18:1
  25:15 30:8,24
  37:25 38:15
  40:1 47:7,24
  48:15 52:3
  64:4,20,23
  82:14 93:6,9
  93:11 97:22
  104:3 108:21
  108:24 109:1,5
  109:7,9 110:21
  113:11,14,15
people's  109:11

percent  52:24
period  50:13
permission
  77:23 78:5
permitted  5:20
person  4:21
  40:11,16 49:14
  49:15 76:23
  77:15,19 78:18
  88:25 106:9
person's  28:22
  76:10
personal  33:25
  35:3
personally
  39:21 48:19
ph  32:5,7
  100:23 101:21
phase  88:24
phone  9:17,19
  9:21 49:12
  52:6,15 61:20
  62:2 71:14,25
  72:5,18,20
  77:11 87:9
  109:8,11
  111:11 112:14
physical  10:19
  23:19,19
physically
  59:19
pick  19:7,19
  20:22 31:9,9
  31:18

Michael Sean Rizzo

**[picked - profitable]**                                      Page 21

**picked** 34:11
  83:17 109:13
**picking** 89:16
  103:6
**picks** 19:2
  103:8
**picture** 23:16
**piece** 92:4,6
**piercings** 29:3
  29:4
**pile** 42:19
**piled** 22:17
**piling** 42:16
**place** 11:19
  14:22 22:24
  37:25 61:3
**placed** 7:14
**places** 64:10,13
**plaintiff** 1:5 2:2
  2:10 6:8,10
**plan** 10:7
**players** 95:22
**please** 6:3,12
  6:17 8:2,6,9,12
  8:18 9:6,12,20
  9:22 10:9
  11:19 44:13
  46:13 53:19
  63:1 68:9
  73:11,12 80:17
  88:10
**plexiglass**
  23:12

**plows** 18:11
  104:24
**pocket** 113:25
**point** 10:9
  19:21 28:10
  33:13 34:9
  38:8 106:7
  107:24
**policy** 40:15
**poole** 2:20 4:3
  4:5,7 6:4,5 7:2
  7:4 15:7,11
  34:16 43:21,25
  44:4,12,20,25
  45:5,18,21
  46:11,14 53:18
  53:23 55:11,12
  57:21 58:3,7
  58:10,13,25
  59:4 62:23
  63:2,6,11,12
  67:1,2,11,16,19
  68:8,16,19
  69:13,15,17
  73:20 78:14,17
  79:1,10,14,19
  79:23,25 80:2
  80:6,8,12
  86:10,15,17,21
  87:1,12 88:8
  88:12 91:6,7
  99:18,22 100:1
  100:9 101:8,24
  102:16 105:11

  109:20,25
  110:4 115:12
  115:21,24
**pop** 76:12
**portion** 56:18
**position** 17:25
  93:5 113:12
**positive** 41:5
**possession** 68:6
**possibilities**
  88:6
**possibility** 85:2
**possibly** 50:17
  98:8,8 103:2
**practices** 60:11
  61:7 81:9
**practicing** 57:3
**prayer** 81:10
  81:11
**predicament**
  54:21,25 55:1
**prepare** 106:10
**prepared**
  115:14 118:3
**prescription**
  10:22 29:6,23
**present** 3:5
  104:3
**presently** 5:9
**pressure** 95:23
**pretty** 11:15
  18:25 19:12,19
  71:10

**prevent** 11:7
  37:11
**prevented**
  55:22 65:5
**previous** 89:12
**price** 82:8,20
**priceless**
  103:18
**pride** 104:18
**printer** 39:8
**prior** 117:5
**private** 87:20
**probably** 10:16
  12:23 39:21
  47:20 72:8,10
**problem** 50:3
**procedural**
  5:21
**proceed** 6:24
**proceeding**
  1:15 5:4,19
  116:6 118:4
**proceedings**
  117:3,5,6,9
  118:6
**process** 7:13
  15:25 16:7
  51:19 72:24
  79:13 87:4
**produced** 5:18
**profitable**
  103:1,24
  106:21 107:12
  107:22 108:5,6

Michael Sean Rizzo

**[profitable - receiving]**                          Page 22

| | | | |
|---|---|---|---|
| 108:11 | 97:16 104:24 | **ra** 4:13 | **really** 15:1 |

108:11
**program** 20:25
**proof** 84:10
   96:20
**properly** 71:16
**protect** 89:3
**provide** 73:11
   73:12 75:10,11
**provided** 59:18
   76:5
**public** 66:19
   67:4,21 68:23
   68:24 117:20
   120:19
**pull** 87:24 88:7
**punished** 84:12
**purpose** 54:17
   90:4
**pushed** 88:3
**put** 23:13 25:20
   31:18,23,23,24
   37:18 49:9
   51:14,19,19,20
   51:20,20 52:13
   54:21 69:4
   70:15 71:9
   83:5 85:22
   87:6 89:24
   90:13 93:18,20
   93:24,25 94:6
   96:7 110:24
   111:7 114:15
**putting** 36:17
   37:15 89:22,23

**q**

97:16 104:24
**qualified** 117:7
**queens** 13:15
   14:22,22 21:11
**question** 8:7,18
   8:19,20 9:24
   10:3,10,11
   47:15 57:18
   58:16 62:22,24
   63:6,14,24
   68:13,17 72:9
   77:20 80:20
   83:1 93:14
   101:15 105:9
   105:10
**questions** 7:10
   7:18,22 8:2,6
   8:17 9:12,21
   10:14,20 11:8
   21:7 36:22
   66:24 69:12
   84:8 116:2
**quiet** 92:12,20
**quiz** 75:17
**quote** 82:17
   83:6 96:3
**quoted** 82:17

**r**

**r** 2:1 3:1 4:19
   4:19 5:1 119:3
   119:3

**ra** 4:13
**rain** 24:17 99:4
**raise** 6:17
**ramp** 24:18
   42:22
**randall's** 18:21
**rare** 43:19
**rarely** 20:15
**rather** 8:3
   68:13
**ravinna** 118:2
   118:15
**reach** 19:21
   70:22 84:2
   93:12
**reached** 70:8
   70:11,19 73:25
   75:3 84:23
   87:8,10 89:25
   90:1 101:4
**reaching** 70:7
   71:5
**reaction** 76:7
**read** 38:21,21
   38:22,24 46:17
   61:2 62:24
   63:3 74:5 81:2
   81:19 82:16
   87:2 88:15
   120:5
**ready** 31:6 45:3
   45:4 104:22
   108:13

**really** 15:1
   29:18 30:16
   33:8,10,17
   38:6 48:10
   49:5,7 51:10
   59:20 62:14
   65:9 70:5,5,10
   73:6 80:24
   93:1 101:6
**reason** 11:6
   83:19 113:16
   119:6,9,12,15
   119:18,21
**reasoning**
   51:19
**recall** 17:19
   32:17 33:6
   36:22 39:18
   45:17 46:1
   47:2,15 50:14
   76:10,23 91:18
   95:10,10 98:22
**receive** 32:1,6
   46:25 47:19
   67:20 71:20,22
   75:14 106:4,5
**received** 33:15
   55:6,13 68:3,5
   69:8 73:21
   79:7 94:9 95:2
**receiving** 30:13
   31:2 32:13,20
   33:2,11 47:3
   47:15

Michael Sean Rizzo

| | | | |
|---|---|---|---|
| **recently** 61:4 | **referenced** 47:4 | **religious** 48:24 | 15:5 44:7,10 |
| 75:12 105:19 | 47:16 | 50:4 55:17,21 | 44:16,18,19,21 |
| **recognize** 45:9 | **referencing** | 60:10 61:6,9 | 44:23 45:4,20 |
| 54:3 69:21 | 52:18 82:16 | 61:18 62:3 | 63:4,8,9 73:17 |
| 80:15 86:20 | **referring** 31:14 | 65:5 73:15 | 79:7,12,16,22 |
| **recollection** | 52:17 78:24 | 76:21 81:8 | 79:24 80:1,4,7 |
| 95:11 | 82:7 86:1 | 92:10 | 80:11 86:14,24 |
| **record** 5:4,5,16 | **reflectant** | **remember** 8:12 | 100:4,7 116:1 |
| 6:3 7:24,25 | 35:14 | 20:1 33:8 34:2 | **reporting** |
| 44:8,9,10 | **refuse** 27:1 | 43:17 48:1 | 94:16 |
| 46:18 61:2 | **refused** 37:19 | 52:20 66:15 | **representation** |
| 63:4,9 74:6 | **regarding** | 68:4 69:10 | 84:25 |
| 81:3 82:16 | 73:13 | 72:15 77:15 | **represented** |
| 88:15 93:25 | **regular** 27:25 | 87:22 88:6 | 85:4 |
| 94:23 100:5,6 | **regulations** | 96:16 97:8 | **request** 49:19 |
| 100:8 101:10 | 37:10 | 101:7 | 54:13,22 68:6 |
| 101:10,17,19 | **reinstate** 95:20 | **remote** 1:15 | 76:13,18 79:15 |
| 104:15,19 | 97:20 | **remotely** 5:14 | **requested** 63:5 |
| 115:25 116:3 | **reinstated** | **repeat** 63:22 | 63:10 75:22 |
| 117:9 118:5 | 98:25 | **repeated** 63:4,9 | 76:2,20 117:22 |
| **recorded** 5:23 | **related** 7:10 | **rephrase** 8:19 | **requesting** |
| 117:6 | 117:11 118:7 | 8:20 55:11 | 56:25 61:4 |
| **recording** 5:18 | **relative** 117:13 | 58:10 90:24 | **required** 23:1 |
| 117:8 118:4 | 118:10 | 100:15 | 24:22 25:20 |
| **records** 84:9 | **reliable** 22:10 | **replied** 75:4 | 35:21 38:11,15 |
| 105:22 | 22:19 | 92:19 | 38:17 67:3,20 |
| **recycling** 25:13 | **religion** 12:5 | **reply** 77:5 | 120:13 |
| **red** 87:21 | 49:10 50:1 | 80:18 94:7 | **requirement** |
| **redid** 27:18 | 51:20 55:5 | **report** 23:1 | 81:23,23 |
| **redo** 26:23 | 56:16 60:25 | 24:6 112:20 | **requirements** |
| **redoing** 90:5 | 75:19,25 83:8 | **reported** 1:17 | 61:5 |
| **reduced** 117:7 | 84:13 85:12,14 | **reporter** 5:2,3 | **requires** 7:17 |
| **refer** 88:13 | 85:15 89:21 | 6:11,14,23 | **requiring** |
| | 96:9 | 7:15,22,24,25 | 46:24 |

Michael Sean Rizzo

**[reserved - sacrificed]**                                      Page 24

| | | | |
|---|---|---|---|
| **reserved**  116:4 | **retaliate**  34:12 | **rights**  98:6 | 105:8 110:2 |
| **residence**  14:8 | **retire**  107:15 | **ringing**  41:25 | 115:22 |
| **resources** | 107:23 108:13 | **ripped**  83:16 | **roll**  25:22 |
| 52:21 84:23 | **retired**  105:18 | **rizzo**  1:4,12 2:2 | 38:22 48:3 |
| **respect**  60:18 | 105:19 | 2:10 4:15 5:7,7 | **ronald**  28:19 |
| 78:8 88:25 | **retirement**  32:5 | 6:8,10,13,13,19 | **room**  8:24 9:2 |
| **respectfully** | 103:25 106:14 | 7:3,8 11:11,17 | 9:9 26:4,25 |
| 56:24 61:4 | 110:7 | 28:24 43:23 | 27:7 41:15 |
| **respond**  68:1 | **retiring**  28:16 | 44:13,25 45:6 | **rooms**  25:23,25 |
| 74:15 85:7 | 105:20 108:13 | 45:22 46:15 | 26:8,13 |
| **responded** | **review**  46:4 | 47:2 53:20,24 | **ropoole**  2:23 |
| 84:15 | 115:15 117:22 | 55:7 58:14 | **round**  22:2 |
| **responding**  8:7 | **rigged**  87:5,13 | 61:8 62:12,25 | **route**  19:19,20 |
| 8:10 84:25 | **right**  6:17 8:24 | 63:13 67:3 | 19:22,24 20:3 |
| **response**  48:18 | 10:6 27:20 | 68:1,9,23 69:7 | 20:4,11 27:21 |
| 71:12 72:12 | 33:14 35:18 | 69:18 71:20 | 28:5 38:9 87:5 |
| 88:17 92:11 | 42:2,25 44:21 | 74:10 79:2 | 87:21,25 |
| 96:24 97:1,3,5 | 45:7,14 48:2 | 80:13 86:10,18 | **row**  108:10 |
| 97:6 | 53:20 57:20 | 88:13 91:8 | **rows**  23:12 |
| **responses**  7:24 | 58:12 61:16 | 100:10 102:19 | **rubbed**  66:7 |
| 101:4 | 62:13 66:19 | 105:14 106:15 | **rules**  5:22 7:13 |
| **responsibilities** | 67:24 69:19 | 110:6 113:19 | **runs**  94:15 |
| 75:17 | 70:13,23 72:16 | 119:1,2,24 | 112:2 |
| **responsibility** | 72:23,23 76:12 | 120:1,2,4,12 | **ryan**  4:22 77:6 |
| 36:2 | 77:6 78:6 | **road**  2:13 5:9 | 77:7,18,20 |
| **responsible** | 85:25 87:20 | 14:4 | 92:7 94:6 |
| 104:22 | 88:11 89:17 | **robins**  22:2 | |
| **rest**  86:23 | 95:3 98:24 | **rod**  99:15 | **s** |
| 106:1,1,2 | 99:21 100:3 | **rodalton**  2:20 | **s**  2:1 3:1 4:9,19 |
| **restroom**  99:17 | 101:23 105:9 | 6:5 7:4 57:17 | 5:1 119:3 |
| **result**  81:12 | 105:16 107:3 | 58:5,24 62:21 | **sacraments** |
| 90:20 102:18 | 112:4,16 | 66:23 67:15 | 75:15 |
| 105:6 110:16 | 113:12 115:10 | 68:12 78:9 | **sacrificed** |
| | | 91:4 101:14 | 104:8 |

Michael Sean Rizzo

**[safety - shift]** Page 25

| | | | |
|---|---|---|---|
| **safety** 35:20,20 | **save** 110:25 | **sean** 1:12 5:6 | 22:12 23:22 |
| 35:22 37:10 | **saw** 59:19 | 6:19 11:11,17 | 24:12,15 25:4 |
| **saint** 63:16,18 | 70:19 71:5 | 119:2,24 120:2 | 25:5 27:25 |
| **salary** 102:4,22 | 73:4 77:7 | 120:4,12 | 28:5 96:18,19 |
| 102:24,25 | 78:21 | **season** 41:18 | 98:9,13,13,13 |
| 105:21 | **saying** 31:15 | **second** 2:22 | 98:17 99:9 |
| **salt** 42:15,16,16 | 58:2 61:16 | 57:2,17 58:22 | **sent** 49:18 |
| 42:19,20 | 64:15,22,24 | 74:10 85:12,19 | 53:17 60:5 |
| **sanctity** 57:6 | 81:4 85:10 | 89:15 96:18 | 67:25 71:16,17 |
| 58:16 | 94:7 96:8 | 98:14 99:7 | 85:5 92:18 |
| **sanitation** 1:8 | **says** 49:6 57:2 | **section** 23:23 | 96:3 |
| 2:19 5:8 6:6 | 58:15 60:5,9 | **secure** 103:21 | **sentence** 73:22 |
| 7:7 15:20,24 | 74:10 77:13 | **security** 17:7 | 74:5,10,13 |
| 16:3,8,12,16,22 | 81:5,14 82:18 | **see** 23:16 28:8 | **separate** 13:2 |
| 16:23,24 17:5 | 88:16 89:5 | 44:19 45:1,6 | 26:7 |
| 17:6,9,10 18:3 | 92:20,25 | 45:22 46:15 | **september** |
| 18:19,23 26:5 | 112:15 | 49:14 54:1 | 16:17 |
| 26:20 27:22 | **scared** 70:22 | 69:18 70:13,23 | **series** 7:10 |
| 33:19 34:22,23 | **scavenged** 89:1 | 72:4,7,13 | **service** 17:15 |
| 36:4,25 39:19 | **schedule** | 73:12,15 79:11 | 17:17,20 98:6 |
| 40:2,19 41:7 | 111:16 | 79:21 80:3,4 | 98:7 |
| 41:12 48:11 | **school** 15:14,15 | 80:10,13 86:22 | **set** 19:4 23:2,7 |
| 53:6 60:7 | 66:19 67:4,21 | **seeing** 39:18 | 23:14 27:22 |
| 75:22 85:7 | 68:24 107:25 | **seemed** 48:22 | 111:16 |
| 86:1 91:18 | **schools** 20:22 | **seems** 23:14 | **seven** 14:19 |
| 93:16 95:3,20 | 25:17 | **self** 12:5 | 99:23 114:12 |
| 97:19 119:1 | **screen** 23:11 | **send** 19:10 49:8 | **sewers** 26:24 |
| 120:1 | 44:24 45:7 | 52:12 53:11,14 | **shape** 27:15 |
| **sanitations** | 56:12 67:25 | 115:14 | **share** 79:4 |
| 37:10 | 69:19 79:11,21 | **senior** 19:19,22 | **sharing** 79:14 |
| **sanitizer** 37:14 | 85:6 | 21:2 28:11,16 | 79:17 |
| 37:15,17,17 | **scroll** 45:19 | 98:12 | **sheet** 25:1 |
| **sara** 3:6 9:7 | 46:12 86:22 | **seniority** 19:1,1 | **shift** 22:25 23:8 |
| | 88:9 | 19:9 20:13 | 24:5 37:24 |

Michael Sean Rizzo

**[shift - spring]**                                                        Page 26

76:25 91:20
104:23,25
105:4
**shifts**  22:2
70:16
**ship**  21:19
**shirt**  35:16,17
**shop**  34:9
48:15
**short**  43:22
**shot**  46:25
66:14 93:1
99:5
**shoveling**  24:18
**show**  19:17
31:19 44:13
53:19 68:9
79:2 86:10
92:5 105:3
**showed**  96:15
96:20 104:20
**shower**  27:9,10
**showers**  26:8
26:10,12
**showing**  86:18
**sic**  46:25
101:15
**sick**  38:4 40:7,9
41:3,4,16,19
42:25 43:3,19
43:19 103:18
104:15,16,19
**side**  33:25

**sign**  24:8,25,25
24:25 31:8
35:6 48:4 98:3
98:6
**signature**  45:24
116:4 117:18
118:14
**signed**  92:6
**signing**  45:17
46:1,5
**silence**  9:20
**similarly**  10:4
**simple**  51:19
62:10 81:5
83:12 89:14,14
**simplest**  83:14
**sin**  60:25
**sincere**  60:10
**sincerely**  60:10
61:6,9,18 62:3
73:14
**sinful**  88:20
**single**  81:18
104:21
**sir**  45:8 54:2
102:9 110:2
**situation**  54:18
54:19 110:21
**six**  109:14
**skills**  117:10
118:6
**sleep**  11:9
22:11 114:22
114:23

**sleeping**  65:19
**slow**  49:20
**small**  44:23
**smartphone**
72:3 73:2
**smashed**  94:17
**smoking**  81:6
**snow**  18:11,11
18:12 20:15
22:16 24:18
104:24
**snowed**  20:24
**snowstorms**
22:9 108:10
109:15
**social**  38:11
**somebody**
24:14 28:4
37:16,16 49:5
52:5 59:18
101:6
**somebody's**
33:25
**someone's**  28:9
81:25 82:10
85:12
**someplace**
59:13
**sorry**  13:6 14:2
15:5,7 20:4
31:2 38:14
45:2 46:3
58:25 71:21
73:12,19 79:17

82:1 97:3
99:13 100:15
102:8
**sort**  66:6
**source**  33:12,15
58:18,19 59:6
**south**  21:11
**southern**  1:2
7:8
**space**  8:13
78:10
**speak**  108:23
**speaker**  44:17
**specialized**
42:17
**specific**  20:1,3
20:4 23:1 27:5
59:17 61:17
83:6
**specifically**
50:21
**spelling**  116:2
**spent**  52:6
109:16 111:18
113:4
**spirit**  82:4,18
**split**  37:24
**spoke**  48:22
50:14,16 62:2
76:20 92:7
**sports**  95:22
**spread**  37:11
**spring**  2:13

Michael Sean Rizzo

**[st - sure]**

**st**  57:14,23 58:1
  59:9 62:12
**stage**  88:22
**stairs**  24:19
**stall**  31:21
**stand**  63:8
**standby**  44:16
**standing**  34:10
  99:5
**stands**  82:24
**start**  10:17
  18:14,18 22:25
  23:24 24:4
  31:2 32:20
  51:16,17 64:8
  82:2 100:17
  102:17 107:20
**started**  12:12
  20:25 21:5
  26:22 27:14
  33:2 35:13
  38:9 41:15
  44:18 47:10
  74:17 101:3
  102:6 107:11
**starts**  56:24
  57:5 59:1,9
  73:10
**state**  6:11
  11:19,23
  117:21
**stated**  11:10
  14:2

**statements**
  46:8
**staten**  2:6
  19:10 21:12
**states**  1:1
**stay**  22:11
  40:13 41:1,1,5
  105:3 108:12
**stayed**  104:22
  108:2,2 114:16
  114:17,18
**stenographic**
  5:24
**steward**  34:10
**stewards**  48:15
**stick**  116:1
**stipulation**
  5:25
**stole**  37:16,16
  94:14
**stolen**  109:12
**stomach**
  103:19
**stop**  41:23
  79:17 87:1
  88:10,11
**store**  36:11
**storm**  21:18
**storms**  104:24
**straight**  114:22
**straws**  89:17
**street**  2:22
  18:10 20:18
  27:16

**streets**  99:3
**strengthened**
  81:9
**strict**  75:13
**strip**  35:14
**stripe**  35:11
**structured**
  107:12
**stuck**  25:2 34:4
  34:14 105:1
**stuff**  18:6,12
  23:22 28:3
  34:11 35:4
  51:9 95:23
**stupid**  83:20,21
  111:11
**subject**  68:14
  68:17
**submit**  48:25
  97:6
**subscribed**
  120:14
**substance**  30:1
**substances**
  10:25 81:7
**sudafed**  65:16
**sue**  88:2
**suffer**  10:18
**suffered**  102:12
  102:18 105:5
**suggested**  62:3
**suggesting**
  39:19

**suite**  2:5
**summer**  32:22
  32:24 33:3
**supervisor**
  17:12 35:4
  76:24 112:13
  112:14
**supervisors**
  53:1
**supplement**
  8:14
**supply**  74:1
**support**  3:6 9:3
**supporting**
  30:6
**supposed**  26:16
  28:17 38:22
  41:17 51:18
  82:13 85:3
  89:13 92:23
  99:7,8 115:4,8
**supposedly**
  41:14
**sure**  8:1 11:15
  15:2,10,18
  17:24 29:18
  30:16 32:25
  33:10 39:21
  46:21 51:17
  52:24 63:15,15
  65:17 66:4
  67:1,10 69:22
  75:14 96:3

Michael Sean Rizzo

**[surgery - thing]**                                                    Page 28

| | | | |
|---|---|---|---|
| **surgery** 65:22 | **taken** 5:7 10:22 | 59:9 60:6 | **test** 17:11,11,14 |
| 65:24 66:2,5 | 10:25 65:10,12 | 61:13 69:23,25 | 43:10 47:8 |
| **suspended** 34:5 | 65:14,16,20 | 74:6 77:25 | 91:23,25 |
| 104:14 | 103:15 117:3 | 78:4 80:17 | **tested** 60:16 |
| **suvs** 35:4 | 117:12 118:9 | 81:3,20 84:3 | **testified** 6:22 |
| **swab** 66:9 | **talk** 108:24,25 | 88:15 89:10 | 105:14 |
| **swapped** | 109:1,1 | 93:3,6 110:18 | **testify** 10:17 |
| 114:17 | **talking** 58:24 | **telling** 38:9 | **testifying** 7:16 |
| **swear** 5:13 | 64:5,20,23 | 52:8 86:2 | 117:5 |
| 6:15 | 71:2 73:1 77:4 | 94:10 112:1 | **testimony** 7:21 |
| **sweated** 41:25 | 83:7 89:18 | **temperature** | 90:12 120:8 |
| **sweating** 41:24 | 105:25 111:10 | 42:8 | **testing** 47:9 |
| **sweepers** 18:11 | **tattoos** 28:24 | **temple** 82:4,18 | 88:23 |
| 20:18 | 29:1 81:6 | 89:2 | **tests** 43:9 |
| **sweeping** 24:17 | **teaches** 57:8 | **temporary** 31:3 | **tetanus** 66:14 |
| 25:12 | 60:12 | **ten** 44:1,5 99:4 | **text** 10:1 111:5 |
| **swing** 34:21 | **teaching** 83:9 | **tent** 42:20 | **thank** 6:14,23 |
| **sworn** 5:16 | 104:25 | **term** 61:8,13,17 | 43:4 46:11,13 |
| 6:20 117:5 | **teachings** 57:6 | **terminate** | 47:2 53:18,20 |
| 120:14 | 58:15 60:12 | 95:17 | 54:24 58:11 |
| **syosset** 2:14 | **tech** 3:6 9:3 | **terminated** | 61:1 63:11 |
| **t** | **technically** | 33:14 94:11,11 | 68:7 69:11 |
| | 38:19 113:12 | 94:13,14,20 | 86:16 88:11 |
| **t** 4:9,19,19 | **teenager** 29:15 | 95:2,15,16,18 | 89:9 100:1,3 |
| 35:16,17 119:3 | **teletype** 39:5,6 | 95:19 100:11 | 110:2 115:22 |
| 119:3 | 39:11,18 | 100:14,18 | 115:25 |
| **take** 5:4,11 | **teletypes** 38:20 | 101:2 102:19 | **thanks** 69:15 |
| 7:16 10:6,8 | 38:20 | 105:6,17 110:6 | **thermometer** |
| 18:17 28:1 | **tell** 6:21 8:18 | 110:16 | 42:9 |
| 29:6 43:12 | 17:4 18:22 | **termination** | **thing** 24:21 |
| 44:4 58:18 | 40:8,11 45:9 | 102:5 | 31:16 45:13 |
| 99:16,22 | 50:21 53:14 | **terms** 106:12 | 47:25 57:14 |
| 100:16 115:6 | 54:5,11 55:16 | 106:12 | 66:9 73:25 |
| | 55:21 56:13 | | 75:19 84:18,20 |

Michael Sean Rizzo

**[thing - training]**                                                    Page 29

| | | | |
|---|---|---|---|
| 84:22 85:10 | **thinking** 84:7 | 75:3 77:8,10 | 81:23 87:6 |
| 87:8,10 90:5 | 101:7,7 114:22 | 83:7 89:23 | 92:4 93:2,8,9 |
| 92:3 107:3 | 114:25,25 | 90:19 94:8 | 93:10 98:16 |
| 108:13,15 | 115:1 | 96:8 98:11 | 101:5 115:5 |
| **things** 18:10 | **thinks** 57:23 | 102:4 104:9 | **tomorrow** 92:5 |
| 25:7,8,15,17 | **third** 57:5 59:1 | 108:25 109:16 | **tons** 99:4 |
| 33:24 36:8 | 81:2 | 110:5,13 112:2 | **took** 17:11,11 |
| 37:12,13,22,22 | **thirty** 19:14,14 | 112:9 114:9,21 | 17:14,19 37:17 |
| 70:3 83:3,11 | **thought** 28:6 | 114:24 115:9 | 42:14 103:23 |
| 83:12,14 | 41:17 42:7,10 | 115:17 | 112:15,20 |
| **think** 8:8 11:25 | 52:5,16 70:6,8 | **times** 29:11 | **top** 46:16 60:9 |
| 18:20 30:15 | 71:10 74:14 | 38:10 39:2,25 | 62:13 65:9 |
| 32:9,9,22,25 | 75:1 91:22,23 | 42:1 43:20 | 81:24 82:1 |
| 34:3,3 43:15 | **threat** 88:4 | 94:7 | 88:14 |
| 50:19,19 51:25 | **three** 27:17 | **tire** 36:16 | **topic** 105:9 |
| 56:15 57:18,23 | 43:16 74:20 | **tired** 111:2 | **totally** 56:1 |
| 58:4 67:5,8,9 | 107:18,21 | **tissue** 20:16,17 | **touch** 78:22,23 |
| 68:2,2,4 69:25 | 112:6 113:8 | 20:23 | 109:12 113:3 |
| 70:17 72:11 | **threshold** | **title** 16:21 17:8 | **towards** 107:14 |
| 74:16,19,19,22 | 89:20 | 98:7 | **town** 19:3 |
| 78:6 79:19 | **threw** 16:10 | **today** 11:8 | 20:14,17 21:4 |
| 80:20 84:4,5,6 | 33:7 | **together** 26:9 | 21:8 22:21 |
| 84:11,16 85:8 | **thrown** 34:2,13 | 28:3 71:9 | 24:10 25:4 |
| 85:11,18 87:3 | **thursday** 1:13 | 81:11 85:22 | 26:1 38:1 |
| 87:16 90:2 | **till** 19:13 108:3 | 108:18 | 103:5,6 |
| 91:20 94:5 | **time** 1:14 6:2 | **toilet** 26:24 | **town's** 38:2 |
| 95:5,5 96:2,19 | 22:13 28:1 | **toilets** 26:23 | **towners** 24:11 |
| 98:21 100:13 | 29:16 31:17,20 | **told** 32:7 47:9 | 38:2,3,3 |
| 100:24,25 | 34:5,17 36:19 | 47:25 48:17,20 | **trade** 109:13 |
| 101:13,25 | 37:1,3,19,25 | 48:23,25 49:1 | **trained** 18:9 |
| 102:1,2,2 | 41:13 42:10 | 49:22,24 50:1 | 42:18 |
| 108:9 109:14 | 52:6 70:16,17 | 51:10 54:13 | **training** 18:2,4 |
| 113:23,24 | 70:25 71:1,10 | 61:20,23 70:9 | 18:5,14,18 |
| 115:9 | 72:18,19 73:21 | 76:3 77:4,7,12 | |

Michael Sean Rizzo

| | | | |
|---|---|---|---|
| **transcribed** 7:21 | **try** 28:1 79:11 83:12 97:17 114:7,8 | **u** | **unidentified** 44:17 |
| **transcriber** 118:1 | **trying** 31:9,10 | **u** 4:19 | **uniform** 25:20 25:21 35:8,8 35:25 |
| **transcript** 5:18 8:11,14 53:25 78:10 115:13 117:22 118:3,5 120:5,8 | 59:16 71:10 75:8 80:18 83:7,9,18,22 90:18 110:25 111:20 113:22 | **uh** 8:3 **uncomfortable** 56:5 **under** 5:21 7:14 23:13 42:19 101:18 | **uniforms** 22:20 **union** 27:2 47:6 47:9,24,24 48:16,20 49:22 50:11,15,17,21 52:18,25 87:6 97:9 101:5 |
| **transcriptionist** 117:8 | **turn** 17:23 | **undergo** 18:2,5 18:13 | **united** 1:1 |
| **transit** 114:17 | **turned** 17:12 17:22 41:4 69:7 | **underneath** 57:14 | **uproar** 47:21 47:22 |
| **treasures** 57:6 58:15 59:2 | **twelve** 22:3,4,7 | **understand** 5:17 7:19 8:4 | **upset** 115:20 |
| **treated** 27:3 89:1 | **twenty** 16:20 110:13,14 | 8:17,17,21 9:22 10:12,19 | **use** 25:5,25 27:1 29:19 34:7,23 35:1 |
| **trial** 7:16 34:14 | **twice** 51:3 89:18 | 48:9 58:3 59:16 62:1 | 36:5,7 42:18 61:8,13 71:22 |
| **tried** 30:24 34:1,12 37:14 51:8 71:5 78:21 83:10,15 83:24 84:17 89:14 90:6 | **two** 19:13 54:9 70:18,23 71:6 72:11 77:5 107:11,18,18 107:19,20 112:7 114:13 114:14,15 | 63:13 70:6 73:3,22,24 74:12 75:9 77:19 78:15 79:2 80:24 84:18,19,19,24 90:5,6 92:22 98:7 115:21 | 90:13 103:6 104:17 111:6 **used** 15:19 23:11 29:21,23 30:1 35:23,23 61:17 108:18 108:19,23,24 |
| **trouble** 79:3 | **tylenol** 65:14 | **understanding** 46:7 49:15 | **uses** 5:20 |
| **truck** 20:20 94:15,17 | **type** 14:8 102:15 | 58:8 63:20,24 70:10 82:15 | **using** 9:15 88:21 |
| **trucks** 35:2 38:18 | **typed** 57:19 59:3 | 83:19 | |
| **true** 46:8 117:9 118:5 120:8 | **typewriting** 117:7 | **understood** 8:21 | |
| **truth** 6:21,21 6:22 | **typically** 26:6 | | |
| **truthfully** 11:7 | | | |

Michael Sean Rizzo

**[v - wise]**                                                          Page 31

| v |
|---|
| **v** 1:6 119:1 |
| 120:1 |
| **vacation** 19:2 |
| 103:8 |
| **vacations** |
| 108:18 |
| **vaccinated** |
| 50:2 55:8,14 |
| 55:22 66:16 |
| 67:4 |
| **vaccination** |
| 55:24 61:5 |
| **vaccine** 46:23 |
| 46:25 47:8 |
| 55:7,13 59:25 |
| 60:8 63:20,25 |
| 64:15 66:12 |
| 73:14 75:22 |
| 76:7,13 78:19 |
| 86:2 91:12,15 |
| 95:23 96:21 |
| 97:18,24 |
| **vaccine's** 88:23 |
| **vaccines** 60:16 |
| 67:21 69:8 |
| 88:21 96:16 |
| **valencia** 28:18 |
| 28:21 |
| **vans** 35:5 |
| **varick** 27:16 |
| **vehicle** 35:7 |

**vehicles** 35:5
94:16
**verbally** 7:23
8:1 53:11
**verified** 4:12
**veritext** 5:4
**vest** 35:20
**victims** 88:24
**videoconfere...**
2:3,11,20 3:7
**view** 71:21,22
86:16
**viewing** 72:19
**village** 13:15
14:23
**violate** 56:3
**violates** 60:10
60:23 61:6
**violating** 60:24
**voice** 7:23
**voicing** 55:20
**vs** 5:7 7:8

| w |
|---|
| **wait** 8:6,9 24:8 |
| 31:10 96:4 |
| 105:8 |
| **waited** 51:25 |
| **waiting** 111:2 |
| **waking** 111:21 |
| 114:24 |
| **walk** 49:5 |
| 79:12 |

**walked** 49:16
109:16
**walking** 52:10
**want** 18:25
23:16 25:7
31:4 38:3,24
40:13 42:24
52:3 57:25
60:5,23 61:17
62:17 63:16,17
63:17 68:12
71:7 73:3
77:21,22 78:16
78:16 79:12
81:19 92:5
93:24 94:23
95:11 96:4
98:23 101:15
101:18 105:10
113:10 115:18
**wanted** 17:24
70:24 72:12
74:1,1,3 75:9
84:4 88:3
103:13 107:23
108:2,3,12
115:6
**wants** 78:7
**wash** 39:14
**wasting** 104:17
**watching** 64:9
**water** 26:25
**way** 2:5 49:11
88:4 107:12,14

110:22 111:18
111:19 113:15
**we've** 43:21
90:10
**wear** 36:16
38:7,15 39:19
**wearing** 34:6
39:12
**week** 41:21
47:10 114:12
115:8
**weekly** 47:8
**weeks** 112:6,7
114:17
**wen** 66:5
**went** 16:2 19:3
34:14 35:22
38:1 39:3
47:12,12 75:25
75:25 76:25
78:20 92:7,20
109:11 111:9
111:21 112:23
112:25 114:14
114:14,17,18
**wife** 31:23,24
103:14
**wife's** 106:1
**willing** 75:10
75:11
**wills** 118:2,15
**winning** 111:1
**wise** 106:4

Michael Sean Rizzo

**[wish - year]**                                                Page 32

| | | | |
|---|---|---|---|
| **wish** 113:9 | **worked** 16:5,12 | **worthy** 89:21 | 23:21,21,24 |
| **witness** 5:13,16 | 20:12 30:8,9 | **wound** 72:22 | 24:2,6,24 |
| 5:17 6:11,16 | 40:6,8,12,17 | 74:19,19 | 25:25 26:11,11 |
| 6:20 15:9 | 52:19 103:10 | 113:25 | 26:21 27:6,13 |
| 33:22,24 43:24 | 104:8 106:19 | **wrap** 115:12 | 30:12 32:15 |
| 44:2,6,22 59:3 | 106:19 114:14 | **wrecker** 35:2 | 33:5,9 35:22 |
| 63:1,3 67:8,12 | **worker** 16:23 | **wreckers** 18:11 | 36:8,11,18,24 |
| 67:17 73:19 | 16:25 17:5,9 | **write** 34:8 | 37:12,21,22 |
| 78:7,12,13,15 | 18:3,19,23 | 54:13,15 56:19 | 39:25 42:10 |
| 87:3 100:21,24 | 34:22,23 36:4 | 57:9,11,25 | 43:7,10,14,18 |
| 101:22 109:22 | 40:3 | 61:20 77:10 | 45:16 46:6 |
| 109:24 115:18 | **workers** 26:5 | 81:16 | 48:7,13 50:6 |
| 117:4 | 27:22 39:19 | **writing** 17:25 | 53:16 57:22 |
| **witness's** 3:6 | 40:20 46:25 | 58:21 74:17 | 58:3,7 63:15 |
| **woke** 41:21 | **workforce** | **written** 5:25 | 64:25,25,25 |
| **word** 81:22 | 37:11 47:11 | 34:1 35:21 | 66:1,20 67:12 |
| **words** 8:2 | **working** 22:2 | **wrong** 33:25 | 67:17 68:4 |
| 73:11 | 25:11,12 27:10 | 34:6 60:24 | 74:16 75:23 |
| **wore** 35:19 | 30:24 36:14 | 61:15,16 84:17 | 76:22 79:10 |
| **work** 15:19,22 | 41:6 42:15 | 94:13 104:12 | 80:2 81:15,18 |
| 16:16 19:2 | 70:14 91:19 | **wrote** 57:11,24 | 83:20 87:3 |
| 22:3,3,5 26:24 | 99:5 108:1 | 58:1,1,6 59:9 | 91:6,8 92:21 |
| 30:21,25 40:24 | 109:18 113:4 | 59:19 83:2,4 | 94:4,5 95:21 |
| 43:12 49:10 | **works** 107:14 | | 96:1,6,6 99:18 |
| 51:14 52:18 | **world** 109:13 | **x** | 100:1,13,13,24 |
| 64:4,14,15 | **worried** 42:6 | **x** 4:1,9 117:22 | 101:22 110:8 |
| 71:1,1,2 74:21 | 43:8 75:1 | **y** | 110:17 112:11 |
| 77:8 91:17 | **worry** 38:7 | **yard** 20:22 | 114:5 |
| 92:4 95:23 | 77:13 107:25 | **yeah** 7:20 9:25 | **year** 15:17 20:1 |
| 104:19,20,22 | **worst** 24:11,17 | 11:15 12:25 | 32:22 41:18 |
| 107:9 108:16 | 109:15 113:8 | 13:10 14:20 | 93:19 97:21 |
| 109:16,18 | **worthless** | 17:16,18 18:4 | 98:1,14 102:6 |
| 114:11,15 | 95:13 | 18:15,16 21:23 | 102:7,8 106:16 |
| | | 21:23 23:2,18 | 111:17,18,19 |

Michael Sean Rizzo

**years**   12:23
    14:19 19:25
    35:10 76:11
    84:1 98:12
    99:3 102:25
    103:1,24,25
    106:22,23,24
    106:24 107:7,8
    107:11,11,12
    107:15,16,18
    107:19,19,20
    107:21,22
    108:3,3,5,6,10
    108:11,22
    110:12 113:8
    114:8,13,14,15
**yelling**   115:19
    115:19
**yep**   28:13 37:2
    37:5 45:23,25
    46:16 54:4
    79:16 80:14,16
    89:6
**yesterday**
    40:18
**york**   1:2,7,9
    2:18,19,21,23
    5:8,9,10,12 6:6
    7:6,6,8,9 11:24
    14:5 15:19,23
    16:11,16,22
    17:5,9 33:18
    34:19 37:9
    46:22,24

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.